UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 (MJJ)<br>ALL CASES |

# ~~[PROPOSED]~~ ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH CROMPTON

It is hereby ORDERED:

1. The motion of Rubber Engineering and Development Company; Standard Rubber Products, Inc.; Polymerics, Inc.; Schlegel Corporation; Precision Associates, Inc.; and Monmouth Rubber & Plastics Corporation ("Rubber Chemicals Class Plaintiffs") for preliminary approval of the proposed settlement with defendants Crompton Corporation and Uniroyal Chemical Company, Inc. (collectively referred to as "Crompton") is hereby GRANTED.

2. The Court grants preliminary approval of the Rubber Chemicals Class, defined as follows:

> All persons (excluding governmental entities, Defendants named in this Action, and the present and former parents, predecessors, subsidiaries, and affiliates of such Defendants) who purchased Rubber Chemicals in the United States directly from any of the Defendants named in this Action or any present or former parent, subsidiary or affiliate thereof, at any time during the Class Period, May 1, 1995 through December 31, 2001.

3. The proposed settlement, as set forth in the Global Settlement Agreement dated January 11, 2005 and the Implementing Settlement Agreement with Crompton dated as of March 29, 2005 (the "Settlement Agreements"), is sufficiently fair, reasonable, and adequate to authorize the dissemination of notice of the proposed settlement to the Rubber Chemicals Class.

4. To the extent not previously provided to the Rubber Chemicals Class Plaintiffs, defendants shall provide to the Claims Administrator, in electronic format, the names and addresses of the members of the Rubber Chemicals Class who purchased Rubber Chemicals from them.

5. The Court approves the form and content of the: (a) Notice of Proposed Settlement of Class Action and Hearing on Settlement Approval, Plan of Allocation, and Request for Attorneys' Fees ("Notice"), attached hereto as Exhibit A; (b) Proof of Claim form, attached hereto as Exhibit B; and (c) Summary Notice of Proposed Settlement of Class Action and Hearing on Settlement Approval, Plan of Allocation, and Request for Attorneys' Fees ("Summary Notice"), attached hereto as Exhibit C.

6. The Notice and Proof of Claim form are to be mailed by First-Class mail on or about April 25, 2005 to the potential members of the Rubber Chemicals Class whose names and addresses are set forth on electronic databases produced by Crompton and the other defendants. The Notice and Proof of Claim form shall also be posted on the website of the Claims Administrator. The Summary Notice shall be published once, on or about April 27, 2005, in the national edition of *The Wall Street Journal* and in *Rubber & Plastics News* and *Chemical Market Reporter*. The Notice and Proof of Claim shall be mailed by First-Class mail to all persons and entities requesting those documents.

7. The Court finds that mailing the Notice and publishing the Summary Notice as set forth herein constitute the best notice practicable under the circumstances and will provide sufficient notice to those entitled to notice of the proposed settlement, thereby fulfilling the requirements of Rule 23 of the Federal Rules of Civil Procedure and the due process requirements of the United States Constitution.

//

8. The Court will hold a Final Approval Hearing on June 21, 2005 at 9:30 a.m at the United States District Court for the Northern District of California, Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, California to decide the Rubber Chemicals Class Plaintiffs' motions for final approval of the settlement and the plan of allocation, and for an award of attorneys' fees and reimbursement of expenses (the "Motions"). The date and/or time of the Final Approval Hearing may change without further notice. The Motions shall be filed with the Court no later than May 23, 2005.

9. Any member of the Rubber Chemicals Class who objects to the settlement, plan of allocation, or request for attorneys' fees and reimbursement of expenses must do so in writing. The objection must include the caption of this case, be signed, and be **received** by the Court and Rubber Chemicals Class Counsel no later than May 31, 2005.

10. All requests for exclusion from the Rubber Chemicals Class must be postmarked no later than May 27, 2005, and must otherwise comply with the requirements set forth in the Notice.

11. Ten (10) days before the Final Approval Hearing, Rubber Chemicals Class Counsel or their designee shall cause to be filed with the Court, and served upon the parties, an affidavit or declaration of the person under whose direction the Notice and Proof of Claim form were mailed and the Summary Notice was published, showing that the mailing and publication were made in accordance with this Order.

12. The Court approves the establishment of an escrow account, as set forth in the Settlement Agreements, as a "Qualified Settlement Fund" pursuant to Treas. Reg. §1.468B-1. The Court retains continuing jurisdiction over any issues regarding the formation or administration of the escrow account. Settlement Class Counsel and their designees are authorized to expend funds from the escrow account to pay taxes, related expenses and costs of notice and administration of the settlement, as set forth in the Settlement Agreements.

13. Gilardi & Co., LLC is approved to serve as the Claims Administrator.

//

//

14. The litigation against Crompton is stayed except as provided for in the Settlement Agreements.

Dated: April 13, 2005

/s/
HON. MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
APPROVED
Judge Martin J. Jenkins
NORTHERN DISTRICT OF CALIFORNIA