# EXHIBIT 3

**PERSONS REQUESTING**
**EXCLUSION FROM**
**THE FLEXSYS SETTLEMENT CLASS**

**(1) "Continental N.A. Opt-Outs"**

Continental Automotive, Inc.
Continental Tire North America, Inc.
(f/k/a General Tire, Inc. and Continental General Tire, Inc.)
ContiTech North America, Inc.
Continental Teves, Inc.
Temic Automotive of North America, Inc.
Continental Products Corporation (dormant)
GTY Tire Company
Continental Automotive Licensing Corporation
CTNA Manufacturing Limited Partnership
CTNA Holding Corporation
CG Tire, Inc.
General Tire de México S.A. de C.V.
Compania Hulera Euzkadi, S.A. de C.V.
Continental Tire de Mexico, S.A. de C.V.
Continental Tire Servicios, S.A. de C.V.
Continental Llantera Potosina, S.A. de C.V.
Continental Tire Canada, Inc. (f/k/a Continental General Tire, Inc. (Canada))
DynaGen, Inc.
General Tire International Company
Englewood Services, Inc.
General Tyre East Africa Ltd.
General Tyre and Rubber Co.
Compania Ecuatoriana del Caucho, S.A.
Andujar S.A.

**(2) "Continental non-N.A. Opt-Outs"**

Continental Aktiengesellschaft (a/k/a Continental AG)
Continental Caoutchouc-Export-Aktiengesellschaft
Continental do Brasil Produtos Automotivos Lda.
ContiTech Hycop AB (formerly Hycop AB)
ContiTech Scandinavia AB
Semperit Ireland Ltd.
I.T.U. Sarl.
D.M. Services Sarl.
Continental UK Group Holdings Ltd.

Continental Investment Ltd.
Viking Tyres (UK) Ltd.
Continental Tyre Investment UK Ltd.
Continental Tyres Ltd.
Continental Tyre Group Ltd.
Semperit (UK) Ltd.
CAS-One Holdingges.mbH
Continental Holding France S.á r.l.
Continental France Snc
Continental Teves France Snc
Alphalor Snc
Société Financiére du Penumatique S.A.S.
C.I.F.M. SA
Conti Tech United Kingdom Ltd.
Continental Teves UK Ltd.
Continental Teves AG & Co. OHG
Alfred Teves Beteiligungsgesellschaft mbH
Teves Servicios S.A. de C.V.
Conti Automotive Servicios S.A. de C.V.
UMB Beteiligungsgesellschaft mbH
Conti Temic micro-electronic Gmb
Holding ContiTech SA
ContiTech France Snc
ContiTech Anoflex SAS
Anoflex Ltd.
Uniroyal Englebert Reifen GmbH
Union-Mittelland-Gummi-GmbH & Co. Grundbesitz KG
Temic Elektroantriebssysteme Gmbh
Temic Automotive Phillippines Inc.
Temic Automotive Electric Motors GmbH
ASM Automobil-System-Montagen Gmbh
Temic Servicios S.A. de C.V.
Temic Telefunken micro-electronic Hungary Kft.
Temic Automotive (Singapore) Pte. Ltd.
Shanghai SIM-Temic Electronics Co. Ltd.
ADC Automotive Distance Control Systems GmbH
Semperit Reifen Ges. M. b. H.
Continental Daek Danmark A/S
ContiTech Kautschuk- u. Kunststoffvertriebsges m.b.H.
Wohlfahrtseinrichtung f.d. Arbeiter u. Angestellten d. SRAG Ges.m.b.H.
Barum Continental spol.s r.o
Rundpneu Beteilgungsgesellschaft m.b.H.
Profi Reifen- und Auto-service Ges.m.b.H.

Contintental Group Products Ltd.
Continental Hungaria Kft.
FSG Hungaria Kft.
McSyncro N.V. (Gent)
VERGOLST GmbH
Reifen Apel GmbH
Reifen Kauffmann GmbH
Reifenservice Clemens & Hegel GmbH
Continental HT Tyres s.r.o.
Continental Suisse S.A.
Adam Touring AG
Adam Touring GmbH
Pneu Etter AG
Hjulsystem MCP AB
McSyncro Supply GmbH
Korso Industriebeteiligungsgesllschaft mbH
Leukos Handelsgesellschaft für Kautschukprodukte mbH
CAS-Two Holdinggesellschaft mbH
Advance Tyre Company Ltd.
Irish Tyre Centres Ltd.
Capwell Tyre Center Ltd.
MC Syncro Vigo SA
Ensamblaje y Logistica de Conjuntos, S.A.
Conti Versicherungsdienst Vericherungsvermittlungsgesellschaft mbH
Tyre Reinsurance (Ireland) Ltd.
balance gmbH, Handel u. Beratungsservice im Gesundheitswesen
Drahtcord Saar Geschäftsführungs GmbH
Drahtcord Saar GmbH & Co. K.G.
Continental Tyre and Rubber Singapore Pte. Ltd.
Radsystem GmbH
Vogtländische Reifenwerke Sitz Bad Nauheim GmbH
Continental ISAD Electronic Systems Geschäftsfuhrüngsges mbH
Continental ISAD Electronic Systems GmbH & Co. OHG
Continental ISAD Electric Motors Verwalt. GmbH
IMAS A.E.
Syrma A.E.
Continental Benelux SA
U.T.I. SA
EuCo S.A.
Conti Cummi Finance B.V.
Correx Handelsgeselschaft f. Kautschukprodukte mbH
Continental Opony Polska spol. z o o.
ContiTech-Universe Verwallungs-GmbH

ContiTech Holding GmbH
ContiTech Techno-Chemie GmbH
ContiTech Verwaltungs-GmbH
ContiTech Techno-Chemie GmbH
ContiTech Formpolster GmbH
ContiTech Elastomer-Beschichtungen GmbH
ContiTech Printing Blanket Shanghai Co., Ltd.
ContiTech Vibration Control GmbH
ContiTech Vibration Control s.r.o.
ContiTech Luftfedersysteme GmbH
ContiTech Lastik San. Ve Tic. AS
ContiTech Dis Ticaret Ltd.
ContiTech Profile GmbH
ContiTech Profile Slovakia s.r.o.
ContiTech Schlauch GmbH
ContiTech Transportbandsysteme GmbH
ContiTech Kühner Beteiligungsges. mbh
Steinebronn Beteiligungs Gmbh
ContiTech Kühner GmbH & Cie.KG
ContiTech Antriebssysteme GmbH
ContiTech-INA Beteiligungses.Mbh
ContiTech-INA GmbH & Co. KG
ContiTech Romania s.r.l.
ContiTech Sealing Systems Slovakia s.r.o.
Formpolster GmbH
ContiTech Vibration Control Slovakia s.r.o.
ContiTech-Jiebao Power Transmission Systems Ltd.
ContiTech Grand Ocean Chang Chun Co. Ltd.
ContiTech Hungaria Kft.
ContiTech AGES SpA
Continental Italia SpA
FSC Franchising Service Company S.p.A.
ContiTech AGES Sud Srl
Caucho Tecnica SA
ContiTech Mexicana S.A. de C.V.
ContiTech Fluid Mexicana S.A. de C.V.
ContiTech Consulting Mexicana S.A. de C.V.
ContiTech Dae Won Airspring Systems Co. Ltd.
ContiTech Fluid Shanghai Co. Ltd.
ContiTech Benecke-Kaliko Verwaltungs-GmbH
Góppinger Kaliko GmbH
Benecke-Kaliko AG
Unterstützungskasse m. beschränkler Haftung d. Góppinger Kaliko GmbH

J.H. Benecke Holding GmbH
Beneform GmbH
Benoac Fertigteile GmbH
Sansuy Benecke Ltda.
Continental Tyre South Africa (Pty.) Ltd.
Continental Tyre (Namibia) (Pty.) Ltd.
REG Reifen-Entsorgungsgesellschaft mbH
ROSEA Grandstücks-vermielungsgesellschaft mbH & Co. Obj. Hann.-Stöcken KG
Continental Automotive Products s.r.l.
Continental Tires of Moscow Z.A.O.
Continental Matador s r.o.
Continental Gislaved Däck AB
Continental Däck Sverige AB
Continental Rengas OY
Dekman Sverige AB
Gilex AB
Continental Dekk Norge A/S
Dekkman A/S
Continental Automotive Mexicana S.A. de C.V.
Continental-Mabor Industria de Pneus SA
Continental Pneus (Portugal), S.A.
Continental-Lemmerz Componentes para Automoveis Lda.
MABOR Manufactura Nacional de Borracha SA
SCP-Sociedade Comercial de Pneus Lda.
ITA Industria Textil do Ave SA
Continental Teves Portugal - Sistemas de Travagem Lda.
INFA Iniciativas Fabris Lda.
FIBRA Fibra Commercial Lusitana Lda.
TAP Textil Artificial do Porto Lda.
Continental Industrias del Caucho, S.A.
ContiTech Elastorsa SA
FSC Servicio de Franquicias SA
Continental Tires Espana S.L.
The General Tire & Rubber Company of Morocco Ltd.
The General Tyre & Rubber Company of Pakistan Ltd.
Continental Sime Tyres Sdn. Bhd.
Sime Tyres International (M) Sdn. Bhd.
DMIB Berhad
Sime Rubber Industries Sdn. Bhd.
Simex Tyres Marketing Sdn. Bhd.
Continental výroba pneumatic s.r.o.
Continental Teves Hungaria Kft.
Continental Teves Czech Republic s.r.o.

Continental Teves Japan Ltd.
Continental Teves Taiwan Co. Ltd.
Continental of Taiwan Co. Ltd.
Shanghai Automotive Brake Systems Co. Ltd.
Continental Teves Corporation Japan K.K.
Continental Teves Korea Corporation Ltd.
Continental Teves Corp. Lian Yun Gang Co. Ltd.
Simex Marketing Sdn. Bhd.
SDC Research Sdn. Bhd.
Simex Engineered Rubber Products Sdn. Bhd.
Simex Tyres Sdn. Bhd.
Sime Kitaran Bumi Sdn. Bhd
DMIB (Singapore) Pte. Ltd.
Simex Europe Ltd.
SDI Finance Ltd.
Contract Tyre Equipment Ltd.
Semperit Ltd.
ContiTech Formtelle-Hanover, GE
Pneu Uniroyal Englebert S.A.
Uniroyal Englebert Tyres Ltd.
Continental Mabor
Continental Tyre & Rubber Group Ltd (UK)
Hycop AB
Continental Rubber Inc.
Continental Rubber Products
Kemi Intressen
Sicup SNC-Pneu Uniroyal
KA-RI-FIX Transportband-Technik GmbH
Continental Pneus SNC
Continental Industria de Pneus S.A.
Continental Automotive Products s.r.l.
ContiTech Power Transmission Systems Ltd.
ContiTech Luftfedersysteme Gmbh
ContiTech Extrusions GmbH
ContiTech Fluid GmbH
ContiTech Conveyor Belt GmbH
Hulera Euzkadi S.A. de CV
Macomass Bratislava
O.Sundstrom AB

(3) **Cooper Tire & Rubber Company**
Oliver Rubber Company
Cooper-Avon Tyres, Ltd.

Cooper International Trading, Inc.
Cooper Tire & Rubber International Trading Ltd.

**(4) DuPont Dow Elastomers L.L.C.**
(Including its predecessors-in-interest and its subsidiaries, affiliates and their predecessors-in-interest)

**(5) E.I. DuPont de Nemours & Company**
(Including its predecessors-in-interest and its subsidiaries, affiliates and their predecessors-in-interest)

**(6) Goodyear Tire and Rubber Company**
Belt Concepts of America, Inc.
Compania Anonima Goodyear de Venezuela
Compania Goodyear del Peru S.A.
Compania Goodyear S. de. R.L. de C.V.
(formerly Compania Hulera Goodyear Oxo, S.A., de C.V.)
Compania Goodyear S.A. de. C.V.
(formerly Goodyear Oxo)
Cosmoflex, Inc.
Dunlop Airsprings
Dunlop GmbH & Co. KG
(formerly SP Reifenwerke GmbH, Dunlop GmbH, Pneumant Reifen & Gummi Werke GmbH and Pneumant Reifen GmbH & Co. KG) represented by RVM Reifen Vertriebsmanagement GmbH
Dunlop Tyres Limited
GD Fulda Vermogensverwaltungs GmbH
(formerly Fulda Reifen GmbH)
GD Furstenwald Vermogensverwaltungs GmbH
(formerly Pneumant Reifen GmbH)
Goodyear Quingdao Engineered Elastomers Co., Ltd.
Goodyear (Thailand) Public Company Limited
Goodyear Belting Pty. Ltd.
Goodyear Canada Inc.
(including former Granford Manufacturing, Inc. merged into Goodyear Canada)
Goodyear Dalian Tire Company, Limited
Goodyear de Chile S.A.I.C.
Goodyear de Columbia S.A.
Goodyear do Brasil Productos de Borracha Ltda.
Goodyear Dunlop Tires Europe B.V.
Goodyear Dunlop Tires France
(merger of former Goodyear France S.A. and Dunlop France S.A.)

Goodyear Dunlop Tires Germany GmbH
Goodyear Dunlop Tires Hellas SAIC
(formerly Goodyear Hellas SAIC)
Goodyear Dunlop Tires North America, Ltd.
(successor-in-interest of claims and assets of Dunlop Tire Corporation)
Goodyear Dunlop Tyres UK Limited
(formerly Goodyear Great Britain Ltd.)
Goodyear Engineered Products Europe, d.o.o.
Goodyear GmbH & Co. KG
(formerly Fulda Reifen GmbH, Gummiwerke Fulda GmbH, Deutsche Goodyear Holdings GmbH, Deutsche Goodyear GmbH, Goodyear GmbH and Fulda Reifen GmbH & Co. KG) represented by RVM Reifen Vertriebsmanagement GmbH
Goodyear India Limited
Goodyear Italiana S.p.A.
Goodyear Jamaica Limited
Goodyear Lastikleri T.A.S.
Goodyear Luxembourg Tires S.A.
Goodyear Malaysia Berhad
Goodyear Maroc S.A.
Goodyear (Nederland) B.V.
Goodyear Philippines Inc.
Goodyear Productos Industriales, C.A.
Goodyear Productos Industriales, S. de R.L. de C.V.
Goodyear S.A. (a French corporation)
Goodyear S.A. (a Luxembourg corporation)
Goodyear South Africa (Proprietary) Ltd.
Goodyear South Asia Tyres Private Limited.
Goodyear Taiwan Limited
Goodyear Tyres Pty. Ltd.
Gran Industria de Neumaticos Centroamericana S.A.
Neumaticos Goodyear S.R.L.
Nippon Giant Tire Co., Ltd.
Pacific Dunlop Tyres Pty. Ltd.
Polar Retreading (Pty.) Ltd.
PT Goodyear Indonesia Tbk.
PT Goodyear Sumatra Plantations
Sava Tire d.o.o
(surviving corporation of merger, formerly named Sava Tires Joint Venture Holding d.o.o.)
Servicios Y Montajes Eagle S. de R.L. de C.V.
South Pacific Tyres
South Pacific Tyres N.Z. Ltd.

T.C. Debica S.A.
(a/k/a/ Tire Company Debica S.A., formerly Firma Oponiarska "Debica" Spoika Akcyjna)
The Goodyear Tire & Rubber Company
(survivor of merger with The Kelly-Springfield Tire Company)
Tren Tyre Holdings
Tren Tyre (Pty) Limited
Tycon Retreading Products (Pty) Limited
Wingfoot de Chihuahua, S. de. R.L. de C.V.
Wingfoot Commercial Tire Systems, L.L.C.

**(7) Michelin North America, Inc. (f/k/a Michelin Tire Corporation)**
(on behalf of itself and as successor-in-interest to predecessors:
International BFGoodrich Services Company
Kleber Tire Corporation
The Uniroyal Goodrich Tire Company (G.P.)
The Uniroyal Goodrich Tire Company (Corporation)
Uniroyal Goodrich Manufacturing, Inc.
Uniroyal Goodrich Tire Company, Inc.
UGTC, Inc.)
Michelin Corporation
American Synthetic Rubber Company, LLC
(formerly American Synthetic Rubber Corporation)
Michelin Americas Research & Development Corp.
(on behalf of itself and as successor-in-interest to predecessor:
Michelin Technical Services, Inc.)
Michelin Aircraft Tire Company, LLC
(formerly Michelin Aircraft Tire Corporation)
Michelin Retread Technologies, Inc.
Michelin North America (Canada) Inc.
(f/k/a Michelin Tires (Canada) Ltd.)
(on behalf of itself and as successor-in-interest to predecessors:
Michelin Aircraft Tire (Canada) Limited
Uniroyal Goodrich Canada Inc.)
Michelin Retread Technologies (Canada) Inc.
Industrias Michelin, S.A. de C.V.
(on behalf of itself and as successor-in-interest to predecessor:
Michelin Mexico, S.A. de C.V.
Michelin Mexico Trading, S.A. de C.V.)
Michelin Mexico Holding, S.A. de C.V.
(on behalf of itself and as successor-in-interest to predecessor:
Uniroyal, S.A. de C.V.)
Compagnie Generale Des Etablissements Michelin

Compagnie Financiere Michelin
Michelin Tyre Public Limited Company
Michelin Reifenwerke - Kommanditgesellschaft Auf Aktien
Michelin Kroprinz Werks GmbH
Michelin Espana Portugal, S.A.
(formerly Neumaticos Michelin, S.A.)
Societa Per Azioni Michelin Italiana
Stomil-Olsztyn S.A.
Michelin Hungaria Tyre Manufacturing Ltd
Silvania S.A.
Victoria S.A.
Sociedade Michelin De Participacoes, Industria E Comercio Ltda
Industria Colombiana De Llantas S.A.
Viamichelin Espana S.L.
Michelin Algerie S.P.A.
Michelin (Nigeria) Limited
Michelin Siam Co., Ltd.
Siam Tyre Phrapradaeng Co., Ltd.
Siam Tyre Industry Co., Ltd.
Siam Steel Cord Co., Ltd.
Nihon Michelin Tire Co., Ltd.
(on behalf of itself and as successor-in-interest to predecessor:
Michelin Okamoto Tire Corporation)
Michelin Shenyang Tire Co., Ltd.
Shanghai Michelin Warrior Tire Co., Ltd.
Michelin Recherche Et Technique S.A. / AG / Limited
Manufacture Francaise Des Pneumatiques Michelin
Euromaster Dealerships in Europe and Tire Centers, LLC
Kleber Reifen GmbH
(formerly Kleber Reifen Aktiengesellschaft)
Michelin Holding (PAYS-BAS) B.V.
(on behalf of itself and as successor-in-interest to predecessor:
Michelin AVS Holding B.V.)
MSF Tire Rubber Inc.
Pneumatiques Kleber S.A.S.
(formerly Pneumatiques Kleber, S.A.)

**(8) Parker Hannifin Corporation**
Acadia Elastomers Corporation
Acadia Polymers Corporation
Acadia Polymers Corporation of Canada
Acadia Polymers Corporation of Illinois
Adell Plastics

Advanced Products (Seals and Gaskets) Ltd.
Advanced Products France Srl
Advanced Products NV
AEC Holdings, Inc.
Dayco Products, Inc.
Dayco Products, LLC
GNC Corporation
Goshen Rubber Co., Inc.
Imperial Eastman LLC
ITR Hydraulics Corporation
Leader Gasket (Cyprus) Limited
Leader Gasket of Slovakia, S.R.O.
Leader Gasket, Inc.
Leader Holdings, Inc.
Palmer Plastics, GSH
Parker ITR Srl
Syracuse Rubber Products Inc.
The Advanced Products Company
Waukesha Rubber Company
Webster Holdings, Inc.
Webster Plastics, Inc.
Wynn's International, Inc.
Wynn's Oil Company
Wynn's Precision, Inc.

**(9) R. D. Abbott Company, Inc.**

**(10) Sovereign Chemical Company**