GIBSON, DUNN & CRUTCHER LLP
Daniel G. Swanson, SBN 116556
333 South Grand Avenue
Los Angeles CA 90071-3197
Telephone: (213) 229-7409
Facsimile: (213) 229-6409

Attorney for Defendant Flexsys America L.P.

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MJJ |
| THIS DOCUMENT RELATES TO: | Case No. C-05-00211 |
| RBX INDUSTRIES, INC., <br><br> Plaintiff <br><br> v. <br><br> BAYER CORP.; BAYER AG; RHEIN CHEMIE CORP.; AKZO NOBEL B.V.; AKZO NOBEL CHEMICALS, INC.; FLEXSYS N.V.; FLEXSYS AMERICA L.P.; CROMPTON CORP.; AND UNIROYAL CHEMICAL COMPANY, INC. <br><br> Defendants. | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT |

Pursuant to Rule 6-2 of the Civil Local Rules of the Northern District of California, Defendants Akzo Nobel Chemicals, Inc. and Flexsys America L.P., along with Plaintiff RBX Industries, Inc. (collectively, "the parties"), through the undersigned counsel, hereby move this Court to extend the time to answer or otherwise plead in the above-captioned action. The parties state as follows in support of their request:

1.     The Complaint was filed July 16, 2004 in the U.S. District Court for the Western District of Pennsylvania as an antitrust action alleging a conspiracy to fix prices in the rubber chemicals industry.  The Complaint has been served on Flexsys America L.P. and Akzo Nobel Chemicals, Inc.

2.     On December 21, 2004, the Judicial Panel on Multidistrict Litigation transferred this case from the Western District of Pennsylvania to the Northern District of California.  The court in the Western District of Pennsylvania granted three prior extensions for Flexsys America L.P. and Akzo Nobel Chemicals, Inc. to respond to the Complaint.

3.     On January 27, 2005, the parties filed a stipulation and proposed order memorializing their agreement to extend the date upon which Flexsys America L.P. and Akzo Nobel Chemicals, Inc. are to answer or otherwise respond to the Complaint to February 28, 2005.  Three subsequent stipulation and proposed orders were filed.  The current due date for Flexsys America L.P. and Akzo Nobel Chemicals, Inc. to answer or otherwise respond to the Complaint is June 13, 2005.

4.     The Court has coordinated this case with *In re Rubber Chemicals Antitrust Litigation* (C 03 1496 (MJJ)) (the "Consolidated Case").  On February 18, 2005, the Class Plaintiffs in the Consolidated Case filed a motion seeking the Court's preliminary approval of their settlement with, among other entities, Flexsys America L.P. and Akzo Nobel Chemicals, Inc.  On March 7, 2005, the Court granted the Class Plaintiffs' motion.  The hearing date for final approval of the settlement is currently set for June 21, 2005.

5.     In addition, on January 28, 2005, the Court entered a Practice and Procedure Order that stayed discovery in this case, the Consolidated Case, and other cases.  After holding a status conference with the parties on March 16, 2005, the Court ordered that the commencement of merits discovery be postponed until July 2005.

6.     The parties reasonably believe that an additional extension of time may avoid potentially unnecessary effort and expense in responding to the Complaint.  Plaintiff RBX Industries is a member of the proposed settlement class in the consolidated case and has not opted out of the proposed settlement class.  Accordingly, should the Court order the final approval of the proposed settlement in the consolidated case, further pleadings will be unnecessary in this case.

7.     Accordingly, the parties respectfully request that the date on which Flexsys America L.P. and Akzo Nobel Chemicals, Inc. are required to move, answer, or otherwise respond to the Complaint be extended until July 15, 2005.

8.     In seeking this extension, Flexsys America L.P. and Akzo Nobel Chemicals, Inc. do not waive, and expressly reserve, their right to assert any available defense to the Complaint, including, but not limited to, all defenses and objections under Rule 12 of the Federal Rules of Civil Procedure.

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

Flexsys America L.P. and Akzo Nobel Chemicals, Inc. shall have until July 15, 2005 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

Dated:  June 13, 2005

By:  /s/

The Honorable Martin J. Jenkins
United States District Judge

IT IS SO STIPULATED:

Dated:  June 13, 2005                    GIBSON, DUNN & CRUTCHER LLP

By:     /s/ Daniel G. Swanson
        Daniel G. Swanson

Daniel G. Swanson (116556)
333 South Grand Avenue
Los Angeles CA 90071-3197
Email:  dswanson@gibsondunn.com
Telephone:  (213) 229-7409
Facsimile:  (213) 229-6409

GIBSON, DUNN & CRUTCHER LLP
D. Jarrett Arp
Adam J. Di Vincenzo
1050 Connecticut Avenue, NW
Washington, D.C. 20036-5306
Telephone:  (202) 955-8678
Facsimile:  (202) 530-9527

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER

1                                       COVINGTON & BURLING

2     William D. Iverson
     Michael J. Fanelli

3     1201 Pennsylvania Avenue, N.W.
     Washington, D.C. 20004-2401

4     Telephone: (202) 662-5000
     Facsimile: (202) 662-6291

5

6     Attorneys for Defendant Flexsys America L.P.

7  Dated: June 13, 2005        GIBSON, DUNN & CRUTCHER LLP

8                     By: ___/s/ Daniel G. Swanson_____
                         Daniel G. Swanson

9

10     Daniel G. Swanson (116556)
     333 South Grand Avenue

11    Los Angeles CA 90071-3197
     Telephone: (213) 229-7409

12    Facsimile: (213) 229-6409

13

14    GIBSON, DUNN & CRUTCHER LLP
     D. Jarrett Arp

15    Adam J. Di Vincenzo
     1050 Connecticut Avenue, N.W.

16    Washington, D.C. 20036-5306
     Telephone: (202) 955-8678

17    Facsimile: (202) 530-9527

18    Attorneys for Defendant Akzo Nobel Chemicals, Inc.

19  Dated: June 13, 2005        RODA NAST, P.C.

20

21                     By: ___/s/ Dianne M. Nast_____
                         Dianne M. Nast

22    801 Estelle Drive

23    Lancaster, PA 17601
     Telephone: (717) 892-3000

24    Facsimile: (717) 892-1200

25    Attorney for Plaintiff RBX Industries, Inc.

26

27

28