E-filing

**FILED**

JUN 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 MJJ |
|---|---|
| | Class Action |
| | [~~PROPOSED~~] **ORDER GRANTING INTERIM ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS TO CLASS COUNSEL BASED ON THE SETTLEMENT WITH THE FLEXSYS DEFENDANTS** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | Date:  June 21, 2005<br>Time:  9:30 a.m.<br>Courtroom 11, 19th Floor |

Class Counsel's motion for approval of an interim award of attorneys' fees and reimbursement of expenses from the Flexsys Settlement Fund duly came on for hearing on June 21, 2005 after reasonable notice had been given to Flexsys Settlement Class Members in accordance with this Court's March 7, 2005 Order Granting Preliminary Approval of Proposed Settlement With The Flexsys Defendants. Having considered the motion, the argument of counsel, and good cause appearing therefor, the Court hereby finds that:

1.  An award of interim attorneys' fees equal to twenty-five percent (25%) of the Flexsys Settlement Fund, or $4,625,000, is fair and reasonable. That amount shall be paid to Class Counsel from the Flexsys Settlement Fund. Should any additional payments be made by the Flexsys Defendants to the Flexsys Settlement Class due to the "most favored nation" provision in

1 the Settlement Agreement, Class Counsel shall be entitled to attorneys' fees equal to twenty-five
2 percent (25%) of any such additional payments without further order of the Court. This award of
3 interim attorneys' fees is based on the recovery from the Flexsys Defendants for the benefit of the
4 Flexsys Settlement Class.

5     2. Class Counsel's expenses of $692,523.57 were reasonable and necessarily incurred
6 to prosecute this case. Class Counsel shall be reimbursed that amount from the Flexsys
7 Settlement Fund.

8     3. Class Counsel are hereby awarded interest on the attorneys' fees and expense
9 reimbursement awarded above. Interest shall accrue from the date the Flexsys Defendants
10 deposited the Settlement Fund into the Escrow Account until the date such funds are dispersed to
11 Class Counsel. Interest thereon shall be paid at the same interest rate as earned by the Settlement
12 Fund.

13     4. Co-Chairmen of Plaintiffs' Executive Committee shall allocate the fees awarded
14 herein among other counsel based on their assessment of the respective relative contributions of
15 other counsel to the prosecution of the case on behalf of the class.

16 **IT IS SO ORDERED.**

17 Dated: June 21, 2005

                         JUDGE MARTIN J. JENKINS
                         UNITED STATED DISTRICT JUDGE

#110337

[PROPOSED] ORDER GRANTING INTERIM ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS TO
CLASS COUNSEL BASED ON THE SETTLEMENT WITH THE FLEXSYS DEFENDANTS -
MDL Docket No. C-04-16488 MJJ     -2-