E-filing

**FILED**

JUN 2 1 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 (MJJ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Date:   June 21, 2005<br>Time:   9:30 a.m.<br>Courtroom 11, 19th Floor |

## [~~PROPOSED~~] RULE 54(b) FINAL JUDGMENT REGARDING THE FLEXSYS SETTLEMENT

**It is hereby ORDERED:**

1.     The motion of Rubber Engineering and Development Company; Standard Rubber Products, Inc.; Polymerics, Inc.; Schlegel Corporation; Precision Associates, Inc.; and Monmouth Rubber & Plastics Corporation ("Class Plaintiffs") for final approval of the proposed settlement with defendants Flexsys N.V., Flexsys America L.P., Akzo Nobel Chemicals International B.V. and Akzo Nobel Chemicals, Inc. ("the Flexsys Defendants") is hereby GRANTED.

2.     As used in this Final Judgment, all capitalized terms shall have the meaning as set forth in the Settlement Agreement dated as of January 13, 2005 ("Settlement Agreement"), a copy of which is attached as Exhibit A hereto.

//

[PROPOSED] RULE 54(b) FINAL JUDGMENT REGARDING THE FLEXSYS SETTLEMENT - MDL Docket No. C-04-1648 (MJJ)

-1-

1      3.     Notice of this settlement, the opportunity to object to its terms, and the

2 opportunity to exclude oneself from the settlement has been given in accordance with the Court's

3 Order Granting Preliminary Approval of Proposed Settlement with the Flexsys Defendants,

4 entered March 7, 2005.  Such notice is adequate and sufficient, and has been provided in a

5 reasonable manner to members of the Flexsys Settlement Class who will be bound by the

6 settlement.  The notice requirements of Rule 23(e) of the Federal Rules of Civil Procedure and

7 due process are satisfied.

8      4.     Pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure, and

9 for purposes of the Flexsys settlement only, the Court fully and finally certifies the following

10 Flexsys Settlement Class:

11      All persons (excluding governmental entities, Defendants, and the present and
     former parents, predecessors, subsidiaries and affiliates of the foregoing) which
12      purchased Rubber Chemicals and/or Miscellaneous Included Chemicals in the
     United States directly from any of the Defendants, or any of their respective present
13      or former parents, subsidiaries or affiliates, at any time during the period from May
     1, 1995 through December 31, 2001.
14

15 The Flexsys Settlement Class does not include: (a) any persons or entities who have already

16 settled their claims with the Flexsys Defendants other than through this settlement; and (b) the

17 persons and entities who have timely and validly requested exclusion from the Flexsys Settlement

18 Class and not timely withdrawn their requests, as identified in Exhibit B hereto.

19      5.     The settlement, as set forth in the Settlement Agreement, is fair, reasonable, and

20 adequate to the Flexsys Settlement Class within the meaning of Rule 23 of the Federal Rules of

21 Civil Procedure.  The parties are Ordered to consummate the settlement according to the terms of

22 the Settlement Agreement.

23      6.     The Actions are dismissed as to Defendants Flexsys N.V., Flexsys America L.P.,

24 Akzo Nobel Chemicals International B.V., Solutia Inc. and Akzo Nobel Chemicals, Inc., with

25 prejudice, and without costs to the Class Plaintiffs, the Flexsys Settlement Class, or those

26 Defendants.

27      7.     The Releasees are hereby released and forever discharged from all manner of

28 claims, demands, actions, suits, causes of action, whether class, individual or otherwise in nature,

[PROPOSED] RULE 54(b) FINAL JUDGMENT REGARDING THE FLEXSYS SETTLEMENT
- MDL Docket No. C-04-1648 (MJJ)      -2-

1  damages whenever incurred, liabilities of any nature whatsoever, including without limitation

2  costs, expenses, penalties and attorneys' fees, known or unknown, suspected or unsuspected,

3  asserted or unasserted, in law or in equity, which Releasors or any of them, whether directly,

4  representatively, derivatively or in any other capacity, ever had, now have or hereafter can, shall

5  or may have, relating in any way to any conduct prior to the date hereof concerning the purchase,

6  sale or pricing of Rubber Chemicals and/or Miscellaneous Included Chemicals or relating to any

7  conduct alleged in the Actions, including, without limitation, any such claims which have been

8  asserted or could have been asserted in the Actions against the Releasees or any of them except

9  that this release shall not affect the rights of Releasors or any of them (i) to seek damages or other

10 relief from any person with respect to any Rubber Chemicals and/or Miscellaneous Included

11 Chemicals purchased directly from the manufacturer (or any subsidiary or affiliate thereof) outside

12 the United States for delivery to a destination outside the United States; (ii) to participate in or

13 benefit from any relief or other recovery as part of a settlement or judgment on behalf of a class of

14 indirect purchasers of Rubber Chemicals and/or Miscellaneous Included Chemicals; (iii) to

15 participate in or benefit from any relief or recovery as part of a judgment or settlement in the

16 Actions against Bayer or Crompton or any other party named as a defendant (other than a

17 Releasee); or (iv) to assert any product liability or breach of contract claims which are not

18 dependent on proof of anticompetitive conduct.

19     8.     No member of the Flexsys Settlement Class shall hereafter be permitted in any suit,

20 action or proceeding to dispute or seek to establish liability against any Releasees with respect to

21 any Released Claims.

22     9.     In addition to the provisions of paragraphs 7 and 8 of this Final Judgment, each

23 Flexsys Settlement Class Member is hereby deemed expressly to have waived and released, with

24 respect to the Released Claims, any and all provisions, rights and benefits conferred by (a) §1542

25 of the California Civil Code, which reads:

26  **A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE
    CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR
27  HER FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH
    IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED
28  HIS OR HER SETTLEMENT WITH THE DEBTOR.**

[PROPOSED] RULE 54(b) FINAL JUDGMENT REGARDING THE FLEXSYS SETTLEMENT
- MDL Docket No. C-04-1648 (MJJ)                                                    -3-

1 and (b) any similar state, federal or other law, rule or regulation or principle of common law.

2 Each Flexsys Settlement Class Member may hereafter discover facts other than or different from

3 those that it knows or believes to be true with respect to the subject matter of the Released

4 Claims, but each Flexsys Settlement Class Member as a Releasor shall hereby be deemed to have

5 waived and fully, finally and forever settled and released any known or unknown, suspected or

6 unsuspected, asserted or unasserted, contingent or non-contingent claim with respect to the

7 Released Claims, whether or not concealed or hidden, without regard to the subsequent discovery

8 or existence of such other or different facts.

9        10.    Without affecting the finality of this Final Judgment, the Court hereby retains

10 jurisdiction of this settlement and the Settlement Agreement, including the administration and

11 consummation of the settlement and the determination of issues relating to attorneys' fees and

12 expenses and distribution to the members of the Flexsys Settlement Class and, further, retains

13 exclusive jurisdiction for purposes of any suit, action or proceeding arising out of or relating in

14 any way to this Final Judgment, the settlement, the Settlement Agreement and/or the applicability

15 of the Settlement Agreement, and the Flexsys Defendants and each member of the Flexsys

16 Settlement Class shall hereby be deemed to have consented to such exclusive jurisdiction of the

17 Court for such purposes. Without limiting the generality of the foregoing, any dispute concerning

18 the provisions of paragraphs 7, 8 or 9 of this Final Judgment, including but not limited to any suit,

19 action or proceeding in which the provisions of paragraphs 7, 8 or 9 are asserted as a defense in

20 whole or in part to any claim or cause of action asserted by any plaintiff or otherwise raised as an

21 objection, shall constitute a suit, action or proceeding arising out of or relating to this Final

22 Judgment.  Solely for purposes of any such suit, action or proceeding, to the fullest extent

23 possible under applicable law, the Flexsys Defendants and the members of the Flexsys Settlement

24 Class are deemed to have irrevocably waived and to have agreed not to assert, whether by way of

25 motion, as a defense or otherwise, any claim, argument or objection that they are not subject to

26 the jurisdiction of this Court or that this Court is in any way an improper venue or an inconvenient

27 forum.

28 //

[PROPOSED] RULE 54(b) FINAL JUDGMENT REGARDING THE FLEXSYS SETTLEMENT
- MDL Docket No. C-04-1648 (MJJ)                                    -4-

1    11.    Nothing in this Final Judgment or the Settlement Agreement and no aspect of the

2    settlement or the negotiation thereof is or shall be deemed or construed to be an admission or

3    concession or evidence of any violation of any statute or law or of any liability or wrongdoing by

4    the Flexsys Defendants or of the truth of any of the claims or allegations contained in the

5    Complaint in the Actions or any other pleading or of the propriety of certifying a class of any

6    direct or indirect purchasers of Rubber Chemicals and/or Miscellaneous Included Chemicals other

7    than the Flexsys Settlement Class, and evidence thereof shall not be discoverable or used, directly

8    or indirectly, in any way, whether in the Actions or in any other action or proceeding.

9    12.    Remaining in the Flexsys Settlement Class will not prevent a person or entity from

10   opting out or seeking exclusion from any other class that may be certified in the Actions for

11   purposes of settlement or litigation, and requesting exclusion from the Flexsys Settlement Class

12   will not prevent a person or entity from participating as a member of any class that subsequently

13   may be certified in the Actions.

14   13.    There is no just reason for delay in the entry of this Final Judgment Regarding the

15   Flexsys Settlement. Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk of

16   the Court is directed to enter this Final Judgment, which shall be final and appealable.

17   **IT IS SO ORDERED.**

18   Dated: 6/21              , 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

#110713