Edmund W. Searby
Walter W. Noss
Jennifer I. Cupar
SCOTT + SCOTT, LLC
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275
Email: esearby@scott-scott.com
        wnoss@scott-scott.com
        jcupar@scott-scott.com

Attorneys for Plaintiff Parker
Hannifin Corporation

**FILED**

JUL 0 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORINIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LIGIATION | MDL Docket No. 04-1648-MJJ |
| THIS DOCUMENT RELATES TO: <br><br> POLYONE CORP., *et al.* v. BAYER AG, *et al.*, Case No. 5:05-CV-0702 (N.D. Ohio) | PLAINTIFF PARKER HANNIFIN CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT AKZO NOBEL N.V., AKZO NOBEL CHEMICALS INTERNATIONAL B.V. AND FLEXSYS N.V. WITHOUT PREJUDICE |

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, plaintiff Parker Hannifin Corporation hereby voluntarily dismisses without prejudice defendants Akzo Nobel N.V., Akzo Nobel Chemicals International B.V. and Flexsys N.V. Defendants Akzo Nobel N.V., Akzo Nobel Chemicals International B.V. and Flexsys N.V. have not served an answer or filed a motion for summary judgment in this action.

1    Dated: July 1, 2005            Respectfully submitted,

2                                      /s/Walter W. Noss

Edmund W. Searby

3                                      Walter W. Noss

Jennifer I. Cupar

4                                      SCOTT + SCOTT, LLC

33 River Street

5                                      Chagrin Falls, Ohio 44022

Telephone: (440) 247-8200

6                                      Facsimile: (440) 247-8275

Email: esearby@scott-scott.com

7                                               wnoss@scott-scott.com

jcupar@scott-scott.com

8

9                                      David R. Scott

SCOTT + SCOTT, LLC

108 Norwich Avenue

10                                     P.O. Box 192

Colchester, Connecticut 06415

11                                    Telephone: (860) 537-5537

Facsimile: (860) 537-4432

12                                    Email: drscott@scott-scott.com

13                                    ATTORNEYS FOR PLAINTIFF

PARKER HANNIFIN

14                                    CORPORATION

15

16

17                                          **IT IS SO ORDERED**

18

19                                             **MARTIN J. JENKINS**

**UNITED STATES DISTRICT JUDGE**

20                                             7/5/2005

**DATE**

21

22                                             2

23    Plaintiff Parker Hannifin Corporation's Notice of Voluntary Dismissal of Defendants Akzo Nobel
N.V., Akzo Nobel Chemicals International B.V., and Flexsys N.V. Without Prejudice. (MDL Docket
No. 04-1648-MJJ)

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, a copy of the foregoing Plaintiff Parker Hannifin Corporation's Notice of Voluntary Dismissal of Defendants Akzo Nobel N.V., Akzo Nobel Chemicals International B.V., and Flexsys N.V. Without Prejudice was filed electronically with Court's Case Management / Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent to all parties by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system. Additionally, a copy of the foregoing was served via first-class U.S. Mail on the following:

| | |
|---|---|
| AKZO NOBEL N.V.<br>Velperweg 76<br>P. O. Box 9300<br>6800 SB Arnhem<br>The Netherlands | AKZO NOBEL CHEMICALS<br>INTERNATIONAL B.V.<br>Velperweg 76<br>P. O. Box 9300<br>6800 SB Arnhem<br>The Netherlands |
| BAYER AG<br>Bayerwerk, Gebaude, W11<br>Kaiser-Wilhelm-Allee<br>51368 Leverkusen<br>Federal Republic of Germany | FLEXSYS N.V.<br>Woluwe Garden, Woluwedal 24/3<br>St. Stevens Woluwe, 1932<br>Belgium |

RHEIN CHEMIE RHEINAU GMBH
Duesseldorfer Strasse 23-27
68219 Mannheim, Germany

/s/Walter W. Noss
An Attorney for the Plaintiff

3

Plaintiff Parker Hannifin Corporation's Notice of Voluntary Dismissal of Defendants Akzo Nobel N.V., Akzo Nobel Chemicals International B.V., and Flexsys N.V. Without Prejudice. (MDL Docket No. 04-1648-MJJ)