IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MJJ<br>ALL CASES<br><br>**SCHEDULING ORDER** |

Due to a family emergency, the hearing on Plaintiffs' motion for class certification, currently scheduled for July 13, 2005, is hereby **CONTINUED**. The Court will notify the parties regarding a new hearing date.

**IT IS SO ORDERED.**

Dated: July 12, 2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE