E-filing

1   Caroline N. Mitchell (State Bar No. 143124)
    Susan Q. Haines (State Bar No. 224611)
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA  94104
    Email: cnmitchell@jonesday.com
4   Telephone:  (415) 626-3939
    Facsimile:  (415) 875-5700
5
    William V. O'Reilly
6   J. Andrew Read
    JONES DAY
7   51 Louisiana Avenue, N.W.
    Washington, DC  20001-2113
8   Telephone:    (202) 879-3939
    Facsimile:    (202) 626-1700
9
    Attorneys for Defendants RHEIN CHEMIE
10  RHEINAU GMBH
11  [Additional Counsel Appear on Signature Page]

**FILED**

**JUL 2 2 2005**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12
13                  UNITED STATES DISTRICT COURT
14                  NORTHERN DISTRICT OF CALIFORNIA
15                  SAN FRANCISCO DIVISION
16

| | |
|---|---|
| 17  **IN RE RUBBER CHEMICALS**<br>**ANTITRUST LITIGATION** | **MDL Docket No. 04-1648 MJJ** |
| 18  **THIS DOCUMENT RELATES TO:** | **C 05-00211 MJJ** |
| 19  **THE GOODYEAR TIRE & RUBBER** | |
| 20  **COMPANY,** | **STIPULATION PURSUANT TO**<br>**CIVIL LOCAL RULE 6-1** |
| 21        **PLAINTIFF** | |
| 22  **v.** | |
| 23  **BAYER AG, BAYER CORPORATION,**<br>**RHEIN CHEMIE RHEINAU GmbH,** | |
| 24  **RHEIN CHEMIE CORPORATION,** | |
| 25  **CROMPTON CORP., AND**<br>**UNIROYAL CHEMICAL CO., INC.,** | |
| 26        **DEFENDANTS** | |
| 27 | |

28

1

1  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel,

2  pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH

3  ("RCR-GmbH") shall answer Plaintiff's Complaint and Demand for Jury Trial dated July 16,

4  2004 is extended to August 19, 2005.  This Stipulation shall in no way be deemed as consent by

5  RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over

6  RCR-GmbH.

7  Dated:  July 21, 2005

JONES DAY

8  By:_____

9  Caroline N. Mitchell (State Bar No. 143124)
10 Susan Q. Haines (State Bar No. 224611)
   555 California Street, 26th Floor
11 San Francisco, CA  94104
   Email:  cnmitchell@jonesday.com
12 Telephone:  (415) 626-3939
   Facsimile:  (415) 875-5700

13 William V. O'Reilly
14 J. Andrew Read
   JONES DAY
15 51 Louisiana Avenue, N.W.
   Washington, DC  20001-2113
16 Telephone:    (202) 879-3939
   Facsimile:    (202) 626-1700

17 *Counsel for Defendant*
18 *Rhein Chemie Rheinau GmbH*

19 Dated:  July 21, 2005

KENNY NACHWALTER, P.A.

20 By:_____

21 William J. Blechman
22 Pamela I. Perry
   201 South Biscayne Boulevard
23 Suite 1100
   Miami, FL  33131
24 **IT IS SO ORDERED**
   Email:  wblechman@knsacs.com
   Telephone:  (305) 373-1000
25 Facsimile:  (305) 372-1861

26 MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE
   *Counsel for Plaintiff The Goodyear*
27 7/22/2005
   *Tire & Rubber Company*
   DATE

28