GOLD BENNETT CERA & SIDENER LLP
STEVEN O. SIDENER (SBN 121062)
JOSEPH M. BARTON (SBN 188441)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-Mail: sos@gbcslaw.com

COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
MICHAEL D. HAUSFELD
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C.  20005
Telephone: (202) 408-4600
Facsimile (202) 408-4699
E-Mail: mhausfeld@cmht.com

- and -

LINDA P. NUSSBAUM
150 East 52nd Street, 30th Floor
New York, New York  10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
E-Mail: lnussbaum@cmht.com

Co-Chairs of Plaintiffs' Executive Committee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 MJJ |
| | Class Action |
| | **STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING HEARING FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| THIS DOCUMENT RELATES TO: | Date:   Submitted |
| C-03-01496 MJJ C-03-01516 MJJ C-03-02477 MJJ C-03-02805 MJJ C-03-03147 MJJ C-03-03418 MJJ C-04-00197 MJJ | Time:   Submitted Place:  Courtroom of Hon. Martin J. Jenkins |

#111257

1  Whereas, the motion for class certification filed by plaintiffs Rubber Engineering and

2  Development Company, Standard Rubber Products, Inc., Polymerics, Inc., Schlegel Corporation,

3  Precision Associates, Inc. and Monmouth Rubber & Plastics Corp. (collectively, "Class

4  Plaintiffs") had been set to be heard on July 13, 2005;

5  Whereas, on July 12, 2005, the Court issued an Order taking the motion for class

6  certification off calendar and advising the parties that the hearing would be reset for a future date;

7  and

8  Whereas, Class Plaintiffs and non-settling defendants Bayer AG, Bayer Corporation and

9  Rhein Chemie Corporation (collectively, "Bayer"), after meeting and conferring, wish to schedule

10 the hearing on the motion for class certification on September 20, 2005.

11 **IT IS HEREBY STIPULATED**, by and between Class Plaintiffs and Bayer, through their

12 counsel of record, as follows:

13 Class Plaintiffs' motion for class certification will be heard on Tuesday, September 20,

14 2005 at 9:30 a.m., in the Courtroom of the Honorable Martin J. Jenkins.

15 **IT IS SO STIPULATED**.

16 Dated: July 29, 2005                    GOLD BENNETT CERA & SIDENER LLP

17                                          -and-

18                                          COHEN MILSTEIN HAUSFELD
                                            & TOLL, P.L.L.C.
19

20                                          By: _____
21                                              Steven O. Sidener

22                                          Co-Chairs of Plaintiffs' Executive Committee

23

24

25

26

27

28

#111257

STIPULATION AND [PROPOSED] ORDER SETTING HEARING FOR CLASS PLAINTIFFS' CLASS
CERTIFICATION MOTION - MDL Docket No. C-04-1648 MJJ                                    1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JONES DAY
William O'Reilly
J. Andrew Read
Kevin B. Byrd
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

By: _William O'Reilly / sos_
    William O'Reilly

Attorneys for Defendants Bayer AG, Bayer
Corporation and Rhein Chemie Corporation

**IT IS SO ORDERED**.

Dated: _8/2_____, 2005

_____
UNITED                    NKINS
UNITED                    JUDGE

Judge Martin J. Jenkins

STIPULATION AND [PROPOSED] ORDER SETTING HEARING FOR CLASS PLAINTIFFS' CLASS
CERTIFICATION MOTION - MDL Docket No. C-04-1648 MJJ

# **CERTIFICATE OF SERVICE**

I, Candy G. Windsor, hereby declare under penalty of perjury as follows:

I am employed by Gold Bennett Cera & Sidener LLP, 595 Market Street, Suite 2300, San Francisco, California, 94105-2835.  I am over the age of eighteen years and am not a party to this action.

On July 29, 2005, I served a copy of the aforementioned **"STIPULATION AND [PROPOSED] ORDER SETTING HEARING FOR CLASS PLAINTIFFS' MOTION FOR CLASS CERTIFICATION"** to all counsel of record by electronic service pursuant to the Court's Order Regarding Electronic Service.

Executed on July 29, 2005, at San Francisco, California.

_____
Candy G. Windsor