1  Edmund W. Searby
   Walter W. Noss
2  SCOTT + SCOTT, LLC
   33 River Street
3  Chagrin Falls, Ohio 44022
   Tel: (440) 247-8200
4  Fax: (440) 247-8275
   Email:   esearby@scott-scott.com
5            wnoss@scott-scott.com

6  Attorneys for Plaintiffs PolyOne Corporation
   and Parker Hannifin Corporation

7
   [Additional Counsel Appear on Signature Page]
8

9                   **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
10                     **SAN FRANCISCO DIVISION**

11  **IN RE RUBBER CHEMICALS**                **MDL Docket No. 04-1648 MJJ**
    **ANTITRUST LITIGATION**
12
    **THIS DOCUMENT RELATES TO:**
13
                                             **C 05-02011 MJJ**
    **POLYONE CORPORATION and**
14  **PARKER HANNIFIN CORPORATION,**

15         **PLAINTIFFS,**

16  **v.**

17  **BAYER AG, et al.,**

18         **DEFENDANTS.**

19                   **STIPULATION AND [**~~PROPOSED~~**]**
                     **AMENDMENT TO PRETRIAL ORDER NO. 1**
20

21       On April 5, 2005, the Judicial Panel on Multidistrict Litigation ordered the action

22  captioned *PolyOne Corp., et al. vs. Bayer AG, et al.*, Case No. 5:05-CV-0702, N.D. Ohio) (the

23  "PolyOne Action") transferred to this Court for coordinated or consolidated proceedings.  The

24  PolyOne Action is a direct purchaser action brought by Plaintiffs PolyOne Corporation and

25
                                            1
26

Parker Hannifin Corporation (together, the "PolyOne Plaintiffs") and is not a putative class action. While the PolyOne Plaintiffs object to consolidation of their case with the *Rubber Chemicals Antitrust Litigation*, the PolyOne Plaintiffs agree to coordinate their case with the *Rubber Chemicals Antitrust Litigation*. Counsel for the PolyOne Plaintiffs, Counsel for The Goodyear Tire & Rubber Company ("Goodyear"), Counsel for RBX Industries, Inc. ("RBX"), Plaintiffs' Liaison Counsel, and Counsel for Defendants have agreed to modify Pretrial Order No. 1 to accommodate the transfer and coordination of the PolyOne Action. Accordingly, Pretrial Order No. 1 is amended as follows:

1. Paragraph A(1) is modified so that the PolyOne Action is coordinated with other cases pending before this Court in MDL No. 1648. Accordingly, the Court's May 16, 2005 Order Setting an Initial Case Management Conference issued in *PolyOne Corp. v. Bayer AG*, C 05-02011 MJJ is hereby vacated.

2. Paragraphs C(1), C(2)(a)-(g), C(4)(a)-(c) and C(5) shall not apply to the PolyOne Action. Counsel for the PolyOne Plaintiffs, Counsel for Goodyear, Counsel for RBX, Plaintiffs' Liaison Counsel, and Counsel for Defendants will, to the extent practicable, confer among themselves regarding coordination of discovery and the filing of pleadings, motions and the like.

3. Paragraph D(1) is modified in that any papers served or filed in MDL No. 1648 shall be served on the PolyOne Plaintiffs' counsel, Edmund W. Searby, Esquire, Scott + Scott, LLC, 33 River Street, Chagrin Falls, Ohio 44022.

4.     The remaining provisions of Pretrial Order No. 1 shall be read in a manner not inconsistent with the pendency and prosecution of the PolyOne Action.

Dated: August 8, 2005                                Respectfully submitted,

SCOTT + SCOTT, LLC                                   JONES DAY

By:/s/Walter W. Noss                                 By:/s/William V. O'Reilly

Edmund W. Searby, Esq.                               William V. O'Reilly, Esq.
Walter W. Noss, Esq.                                 51 Louisiana Avenue, N.W.
33 River Street                                      Washington, D.C.  20001-2113
Chagrin Falls, OH  44022                             Tel:    (202) 879-3939
Tel:    (440) 247-8200                               Fax:    (202) 626-1700
Fax:    (440) 247-8275                               Email: woreilly@jonesday.com
Email: esearby@scott-scott.com
          wnoss@scott-scott.com

*Counsel for PolyOne Corporation*                    *Counsel for Bayer Defendants*

O'MELVENY & MYERS, LLP                               KENNY NACHWALTER, P.A.

By:/s/Benjamin G. Bradshaw                           By:/s/William J. Blechman

Ian G. Simmons, Esq.                                 William J. Blechman, Esq.
Benjamin G. Bradshaw, Esq.                           201 S. Biscayne Boulevard
1625 Eye Street, N.W.                                Suite 1100
Washington, D.C.  20004-1109                         Miami, FL 33131
Tel:    (202) 383-5300                               Tel:    (305) 373-1000
Fax:    (202) 383-5414                               Fax:    (305) 372-1861
Email: isimmons@omm.com                              Email: wjb@kennynachwalter.com
          bbradshaw@omm.com

                                                     *Counsel for The Goodyear Tire &*
*Counsel for Crompton Defendants*                    *Rubber Company*

GOLD BENNETT CERA & SIDENER, LLP                     RODA NAST, PC

By:/s/Joseph M. Barton                               By:/s/Dianne M. Nast

Joseph M. Barton, Esq.                               Dianne M. Nast, Esq.
595 Market Street                                    801 Estelle Drive
Suite 2300                                           Lancaster, PA 17601
San Francisco, CA  94105                             Tel:    (717) 892-3000
Tel:    (415) 777-2230                               Fax:    (717) 892-1200

3

Fax: (415) 777-5189                            Email: dnast@rodanast.com
Email: jmb@gbcslaw.com

*Plaintiffs' Liaison Counsel*                       *Counsel for RBX Industries, Inc.*

## ATTESTATION AS TO SIGNATURES

     Pursuant to General Order No. 45, Section X(B), I, Walter W. Noss, do hereby attest that all parties to this stipulation have authorized me to sign on their behalf.

                                     /s/Walter W. Noss
                                     An Attorney for Plaintiffs PolyOne
                                   Corporation and Parker Hannifin
                                   Corporation

Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8/10/2005

STIPULATION AND [PROPOSED] AMENDMENT TO PRETRIAL ORDER NO. 1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 8, 2005, a copy of the foregoing Stipulation and [Proposed] Amendment to Pretrial Order No. 1 was filed electronically with Court's Case Management / Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent to all parties by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

/s/Walter W. Noss
An Attorney for Plaintiffs PolyOne
Corporation and Parker Hannifin
Corporation