| | |
|---|---|
| 1 | Caroline N. Mitchell (State Bar No. 143124) |
| 2 | Susan Q. Haines (State Bar No. 224611)<br>JONES DAY |
|   | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
|   | Email: cnmitchell@jonesday.com |
| 4 | Telephone: (415) 626-3939 |
|   | Facsimile: (415) 875-5700 |
| 5 | |
|   | William V. O'Reilly |
| 6 | J. Andrew Read |
|   | JONES DAY |
| 7 | 51 Louisiana Avenue, N.W. |
|   | Washington, DC 20001-2113 |
| 8 | Telephone: (202) 879-3939 |
|   | Facsimile: (202) 626-1700 |
| 9 | |
|   | Attorneys for Defendants RHEIN CHEMIE |
| 10 | RHEINAU GMBH |
| 11 | [Additional Counsel Appear on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MJJ |
| THIS DOCUMENT RELATES TO: | C 05-00211 MJJ |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| PLAINTIFF | STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 |
| v. | Granted |
| BAYER AG, BAYER CORPORATION, RHEIN CHEMIE RHEINAU GmbH, RHEIN CHEMIE CORPORATION, CROMPTON CORP., AND UNIROYAL CHEMICAL CO., INC., | |
| DEFENDANTS | |

1

STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH ("RCR-GmbH") shall answer Plaintiff's Complaint and Demand for Jury Trial dated July 16, 2004 is extended to September 9, 2005. This Stipulation shall in no way be deemed as consent by RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over RCR-GmbH.

Dated: August 18, 2005

JONES DAY

By:_____

Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:    (202) 879-3939
Facsimile:    (202) 626-1700

*Counsel for Defendant*
*Rhein Chemie Rheinau GmbH*

Dated: August 18, 2005

KENNY NACHWALTER, P.A.

By:_____

William J. Blechman
Pamela I. Perry
201 South Biscayne Boulevard
Suite 1100
Miami, FL 33131
Email: wblechman@knsacs.com
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Counsel for Plaintiff The Goodyear*
*Tire & Rubber Company*

[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Martin J. Jenkins]

2
STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1