Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
       sqhaines@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone:   (202) 879-3939
Facsimile:   (202) 626-1700

Attorneys for Defendant
RHEIN CHEMIE RHEINAU GmbH

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>POLYONE CORPORATION and PARKER HANNIFIN CORPORATION,<br><br>PLAINTIFFS,<br><br>v.<br><br>BAYER AG, et al.,<br><br>DEFENDANTS. | MDL Docket No. 04-1648 MJJ<br><br>C 05-02011 MJJ<br><br>[PROPOSED] ORDER AND STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH ("RCR-GmbH") shall answer or otherwise respond to Plaintiffs' Complaint dated March 9, 2005 is extended to October 3, 2005.  This Stipulation shall in no way be deemed as consent by RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over RCR-GmbH.

Dated:  August 31, 2005

JONES DAY

By:_____

Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
555 California Street, 26th Floor
San Francisco, CA  94104
Email:  cnmitchell@jonesday.com
        sqhaines@jonesday.com
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
Telephone:     (202) 879-3939
Facsimile:     (202) 626-1700

*Counsel for Defendant*
*Rhein Chemie Rheinau GmbH*

Dated:  August 31, 2005

SCOTT + SCOTT, LLC

By:_____

Edmund W. Searby
Walter W. Noss
33 River Street
Chagrin Falls, OH  44022
Email: wblechman@knsacs.com
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

*Counsel for PolyOne Corporation and*
*Parker Hannifin Corporation*

2
[PROPOSED] ORDER AND STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1

**IT IS SO ORDERED.**

Dated: 8/30/2005 2005.         By: *Martin J. Jenkins*
                                   JUDGE MARTIN J. JENKINS
                                   UNITED STATES DISTRICT JUDGE

3
[PROPOSED] ORDER AND STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1