Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
Email: sqhaines@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
Kevin B. Byrd
J. Andrew Read
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for DEFENDANTS BAYER AG,
BAYER CORPORATION AND RHEIN CHEMIE
CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>    C 04-00197 MJJ<br>    C 03-01496 MJJ<br>    C 03-01516 MJJ<br>    C 03-02477 MJJ<br>    C 03-02805 MJJ<br>    C 03-03147 MJJ<br>    C 03-03418 MJJ | Master Docket No. C-04-1648 (MJJ)<br><br><u>CLASS ACTION</u><br><br>**REQUEST AND [~~PROPOSED~~] ORDER AUTHORIZING AUDIO VISUAL EQUIPMENT TO BE BROUGHT INTO COURT FOR USE AT HEARING**<br><br>Date: September 20, 2005<br>Time: 9:30 a.m.<br>Place: Courtroom 11, 19th Floor |

1  Defendants Bayer AG, Bayer Corporation, and Rhein Chemie Corporation hereby request
2  that the Court enter an order permitting defendants to bring in audio visual equipment for
3  purposes of displaying a PowerPoint presentation during the September 20, 2005 hearing on class
4  certification. Specifically, defendants request that the Court permit them to bring a projector, a
5  screen, and any necessary ancillary cables and/or wiring and/or other associated equipment
6  needed to operate the projector for use in the courtroom during the hearing.
7  IT IS HEREBY ORDERED that defendants may bring into Court on September 20, 2005
8  a projector, a screen, and any necessary ancillary cables and/or wiring and/or other associated
9  equipment needed to operate the projector.

Dated: September 9, 2005

JONES DAY

By: _____
Caroline N. Mitchell
Susan Q. Haines
Attorneys for Defendants Bayer AG, Bayer
Corporation and Rhein Chemie Corporation

**IT IS SO ORDERED.**

Dated: September 13, 2005

_____
The Honorable Martin J. Jenkins
United States District Judge

SFI-530093v1

2
REQUEST AND [PROPOSED] ORDER AUTHORIZING AUDIO VISUAL EQUIPMENT TO BE BROUGHT
INTO COURT FOR USE AT HEARING - MASTER DOCKET NO. C-04-1648 (MJJ)