Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
       sqhaines@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendants
BAYER AG, BAYER CORPORATION AND
RHEIN CHEMIE CORPORATION

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>NORTH AMERICAN RUBBER THREAD CO., INC., and GLOBE MANUFACTURING CO., INC.,<br><br>    PLAINTIFFS,<br><br>v.<br><br>BAYER AG, et al.,<br><br>    DEFENDANTS. | MDL Docket No. 04-1648 MJJ<br><br>C 05-02602 MJJ<br><br>STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL LOCAL RULE 6-1<br><br>Granted |

1

[PROPOSED] ORDER AND STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1

WHEREAS, North American Rubber Thread Co., Inc., and Globe Manufacturing Co., Inc., ("Plaintiffs") are Massachusetts corporations that allegedly purchased rubber chemicals in the United States directly from one or more defendants, their predecessors or their controlled subsidiaries, from May 1, 1995 to December 31, 2001;

WHEREAS, a separate complaint filed by Plaintiffs on June 27, 2005 was designated a related case to *In re Rubber Chemicals Antitrust Litigation*, Case No. M 04-1648 MJJ, by this Court's Order entered August 10, 2005 (Doc. 178);

WHEREAS, no prejudice will result to defendants by the addition of Plaintiffs as named parties at this early stage of the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1. The Second Consolidated Amended Complaint (Doc. 35) will be deemed amended to include paragraph "12 (a)" as follows:

> Plaintiff North American Rubber Thread Co., Inc. ("NART"), was at all relevant times a Massachusetts corporation with its principal place of business in Fall River, Massachusetts. During the relevant time period, NART purchased rubber chemicals in the United States directly from one or more of the defendants.

2. The Second Consolidated Amended Complaint will be deemed amended to include paragraph "12 (b)" as follows:

> Plaintiff Globe Manufacturing Company, Inc. ("Globe"), was at all relevant times a Massachusetts corporation with its principal place of business in Fall River, Massachusetts. During the relevant time period, Globe purchased rubber chemicals in the United States directly from one or more of the defendants.

3. The Second Consolidated Amended Complaint will be deemed amended to include paragraph "12 (c)" as follows:

> During the period 2000-2003, NART acquired the rubber business of Globe, including all tangible and intangible assets.

1    4.    These Amendments will not affect the dates or procedures in this Court's
2    Scheduling Order entered April 6, 2005 (Doc. 49).
3    5.    As soon as practicable following the entry of this Stipulation and [Proposed] Order
4    by the Court, Plaintiffs agree to voluntarily dismiss their complaint filed on June 27, 2005
5    without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
6    6.    As soon as practicable following the entry of this Stipulation and [Proposed] Order
7    by the Court, Plaintiffs also agree to voluntarily dismiss Defendant Rhein Chemie Rheinau
8    GmbH from the Second Consolidated Amended Complaint, including the new Amendments
9    added by this Stipulation and [Proposed] Order, without prejudice pursuant to Rule 41(a)(1) of
10   the Federal Rules of Civil Procedure.
11   7.    Pursuant to Civ. L.R. 6-1, within twenty (20) days of the entry of this Stipulation
12   and [Proposed] Order, Defendants Bayer AG, Bayer Corporation, and Rhein Chemie Corporation
13   will file answers to the Second Consolidated Amended Complaint as amended by this Stipulation
14   and [Proposed] Order.
15   8    By executing or agreeing to this stipulation, the undersigned defendants do not
16   waive, and otherwise reserve, their right to assert any available defense to the complaint including
17   but not limited to issues of subject matter jurisdiction, personal jurisdiction, or sufficiency of
18   service.
19   **IT IS SO STIPULATED.**
20
21   Dated: September 13, 2005              JONES DAY
22                                          By:_____
23                                          Caroline N. Mitchell (State Bar No. 143124)
                                            Susan Q. Haines (State Bar No. 224611)
24                                          555 California Street, 26th Floor
                                            San Francisco, CA 94104
25                                          Email: cnmitchell@jonesday.com
                                                   sqhaines@jonesday.com
26                                          Telephone: (415) 626-3939
                                            Facsimile: (415) 875-5700
27
28

3
[PROPOSED] ORDER AND STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1

| | |
|---|---|
| 1 | William V. O'Reilly |
| 2 | J. Andrew Read<br>JONES DAY |
| 3 | 51 Louisiana Avenue, NW<br>Washington, DC 20001-2113 |
| 4 | Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700 |
| 5 | *Counsel for Defendants Bayer AG, Bayer Corporation, and Rhein Chemie Corporation* |
| 6 | |
| 7 | Dated: September 13, 2005     GOLD BENNETT CERA & SIDENER LLP |
| 8 | By: *Joseph M. Barton /sph* |
| 9 | |
| 10 | Joseph M. Barton (State Bar No. 188441)<br>595 Market Street, Suite 2300<br>San Francisco, CA 94105-2835 |
| 11 | Email: jbarton@gbcslaw.com<br>Telephone: (415) 777-2230 |
| 12 | Facsimile: (415) 777-5189 |
| 13 | Joel Davidow |
| 14 | KILE GOEKJIAN REED & MCMANUS, PLLC<br>1200 New Hampshire Avenue, NW |
| 15 | Suite 570<br>Washington, DC 20036 |
| 16 | Telephone: (202) 263-0806<br>Facsimile: (202) 659-8822 |
| 17 | |
| 18 | *Counsel for North American Rubber Thread Co., Inc., and Globe Manufacturing Co., Inc.* |

**IT IS SO ORDERED.**

Dated: September 14, 2005.     By: *Martin J. Jenkins*
JUDGE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

4

[PROPOSED] ORDER AND STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1