1    Caroline N. Mitchell (State Bar No. 143124)
     Susan Q. Haines (State Bar No. 224611)
2    JONES DAY
     555 California Street, 26th Floor
3    San Francisco, CA  94104
     Email:  cnmitchell@jonesday.com
4            sqhaines@jonesday.com
     Telephone:  (415) 626-3939
5    Facsimile:  (415) 875-5700

6    William V. O'Reilly
     J. Andrew Read
7    JONES DAY
     51 Louisiana Avenue, NW
8    Washington, DC  20001-2113
     Telephone:  (202) 879-3939
9    Facsimile:  (202) 626-1700

10   Attorneys for Defendant
     RHEIN CHEMIE RHEINAU GmbH
11
     [Additional Counsel Appear on Signature Page]
12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                    **SAN FRANCISCO DIVISION**

16

17   **IN RE RUBBER CHEMICALS**            **MDL Docket No. 04-1648 MJJ**
     **ANTITRUST LITIGATION**
18
     **THIS DOCUMENT RELATES TO:**
19                                         **C 05-02011 MJJ**
20   **POLYONE CORPORATION and**

21   **PARKER HANNIFIN CORPORATION,**      **[PROPOSED] ORDER AND**
                                           **STIPULATION PURSUANT TO**
22          **PLAINTIFFS,**                **CIVIL LOCAL RULE 6-1**

23   **v.**

24   **BAYER AG, et al.,**

25          **DEFENDANTS.**

26

27

28

                                        1

1    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel,

2  pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH

3  ("RCR-GmbH") shall answer or otherwise respond to Plaintiffs' Complaint dated March 9, 2005

4  is extended to November 4, 2005.  This Stipulation shall in no way be deemed as consent by

5  RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over

6  RCR-GmbH.

7   Dated:  September 30, 2005                          JONES DAY

8                                                       By:   /s/ Susan Q. Haines

9                                                       Caroline N. Mitchell (State Bar No. 143124)
10                                                      Susan Q. Haines (State Bar No. 224611)
                                                        555 California Street, 26th Floor
11                                                      San Francisco, CA  94104
                                                        Email:  cnmitchell@jonesday.com
12                                                              sqhaines@jonesday.com
                                                        Telephone:  (415) 626-3939
13                                                      Facsimile:  (415) 875-5700

14                                                      William V. O'Reilly
                                                        J. Andrew Read
15                                                      JONES DAY
                                                        51 Louisiana Avenue, N.W.
16                                                      Washington, DC  20001-2113
                                                        Telephone:  (202) 879-3939
17                                                      Facsimile:  (202) 626-1700

18                                                      *Counsel for Defendant*
                                                        *Rhein Chemie Rheinau GmbH*
19

20   Dated:  September 30, 2005                         SCOTT + SCOTT, LLC

21                                                      By:   /s/ Walter W. Noss

22                                                      Edmund W. Searby
23                                                      Walter W. Noss
                                                        33 River Street
24                                                      Chagrin Falls, OH  44022
                                                        Email:  esearby@scott-scott.com
25                                                              wnoss@scott-scott.com
                                                        Telephone:  (440) 247-8200
26                                                      Facsimile:  (440) 247-8275

27                                                      *Counsel for PolyOne Corporation and*
                                                        *Parker Hannifin Corporation*
28

2

1    **IT IS SO ORDERED.**

2    Dated: _____10/4_____, 2005.          By: _____

3                                               _____

4                                               Judge Martin J. Jenkins

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3