Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
        sqhaines@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendant
RHEIN CHEMIE RHEINAU GmbH

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE RUBBER CHEMICALS ANTITRUST LITIGATION** | MDL Docket No. 04-1648 MJJ |
| **THIS DOCUMENT RELATES TO:** | C 05-02011 MJJ |
| **POLYONE CORPORATION and PARKER HANNIFIN CORPORATION,** | [~~PROPOSED~~] **ORDER AND STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1** |
|     PLAINTIFFS, | |
| v. | |
| **BAYER AG, et al.,** | |
|     DEFENDANTS. | |

|     |     |     |
| --- | --- | --- |
| 1 | IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, | |
| 2 | pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH | |
| 3 | ("RCR-GmbH") shall answer or otherwise respond to Plaintiffs' Complaint dated March 9, 2005 | |
| 4 | is extended to November 4, 2005. This Stipulation shall in no way be deemed as consent by | |
| 5 | RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over | |
| 6 | RCR-GmbH. | |
| 7 | Dated: September 30, 2005 | JONES DAY |
| 8 | | By:  /s/ Susan Q. Haines |
| 9 | | |
| 10 | | Caroline N. Mitchell (State Bar No. 143124)<br>Susan Q. Haines (State Bar No. 224611)<br>555 California Street, 26th Floor |
| 11 | | San Francisco, CA 94104<br>Email: cnmitchell@jonesday.com |
| 12 | |         sqhaines@jonesday.com<br>Telephone: (415) 626-3939 |
| 13 | | Facsimile: (415) 875-5700 |
| 14 | | William V. O'Reilly<br>J. Andrew Read |
| 15 | | JONES DAY<br>51 Louisiana Avenue, N.W. |
| 16 | | Washington, DC 20001-2113<br>Telephone: (202) 879-3939 |
| 17 | | Facsimile: (202) 626-1700 |
| 18 | | *Counsel for Defendant*<br>*Rhein Chemie Rheinau GmbH* |
| 19 | | |
| 20 | Dated: September 30, 2005 | SCOTT + SCOTT, LLC |
| 21 | | By:  /s/ Walter W. Noss |
| 22 | | Edmund W. Searby |
| 23 | | Walter W. Noss<br>33 River Street |
| 24 | | Chagrin Falls, OH 44022<br>Email: esearby@scott-scott.com |
| 25 | |         wnoss@scott-scott.com<br>Telephone: (440) 247-8200 |
| 26 | | Facsimile: (440) 247-8275 |
| 27 | | *Counsel for PolyOne Corporation and*<br>*Parker Hannifin Corporation* |
| 28 | | |

2
[PROPOSED] ORDER AND STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1

**IT IS SO ORDERED.**

Dated: October 4, 2005.        By: *Martin J. Jenkins*

JUDGE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE