|   |   |
|---|---|
| 1 | KENNY NACHWALTER, P.A. |
| 2 | Richard Alan Arnold, Esquire<br>William J. Blechman, Esquire |
| 3 | Pamela I. Perry, Esquire<br>1100 Miami Center |
| 4 | 201 South Biscayne Boulevard<br>Miami, FL 33131 |
| 5 | Tel:   (305) 373-1000<br>Fax:  (305) 372-1861 |
| 6 | *Liaison Counsel for Non-Class Plaintiffs<br>and Counsel for Plaintiff The Goodyear Tire* |
| 7 | *& Rubber Company* |
| 8 | Edmund W. Searby, Esq.<br>SCOTT & SCOTT, LLC |
| 9 | 33 River Street<br>Chagrin Falls, OH 44022 |
| 10 | Tel:   (440) 247-8200<br>Fax:  (440) 247-8275 |
| 11 | *Counsel for Parker Hannifin Corp.,<br> Polyone Corp.* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No: C-04-1648 (MJJ) |
|---|---|
| | Order granting |
| _____ | **STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |
| _____/ | |

**Stipulation Pursuant to Civil Local Rule 6-2**
**Master Docket No: C-04-1648 (MJJ)**                                                                -1-

1   IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel
2   pursuant to Civ.L.R. 6-2, that the undersigned Defendants will respond to the Non-Class Plaintiffs'
3   Motion for Leave to Take the Videotape Deposition of Wolfgang Koch at USP Lompoc and
4   Incorporated Memorandum of Law on or before October 10, 2005, and the Non-Class Plaintiffs
5   will reply on or before October 14, 2005.

Dated: October 3, 2005

Respectfully submitted,

William V. O'Reilly, Esquire
Amy Ray, Esquire
Steven Fredley, Esquire
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Tel: (202) 879-3939
Fax: (202) 626-1700
E-mail: woreilly@jonesday.com

By: _____ (with permission on 10/3)
    William V. O'Reilly

**Counsel for Defendants Bayer Corp. and Bayer AG**

KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Pamela I. Perry, Esquire
201 S. Biscayne Boulevard
Suite 1100
Miami, Florida 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
E-mail: wblechman@knsacs.com

By: _____ (fdr)
    William J. Blechman

**Liaison Counsel for Non-Class Plaintiffs and Counsel for Plaintiff The Goodyear Tire & Rubber Company**

Edmund W. Searby, Esq.
Geoffrey M. Johnson, Esq.
Jennifer I. Cupar, Esq.
Walter W. Noss
SCOTT & SCOTT, LLC
33 River Street
Chagrin Falls, OH 44022
Tel: (440) 247-8200
Fax: (440) 247-8275
E-mail: esearby@scott-scott.com

**Counsel for Parker Hannifin Corp., Polyone Corp.**

Stipulation Pursuant to Civil Local Rule 6-2
Master Docket No: C-04-1648 (MJJ)

-2-

1  **IT IS SO ORDERED.**

2  Dated:        October  6  , 2005.

3  _____
4  The Honorable Martin J. Jenkins
   United States District Court Judge

28  Stipulation Pursuant to Civil Local Rule 6-2
    Master Docket No: C-04-1648 (MJJ)                                    -3-