Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendants RHEIN CHEMIE RHEINAU GMBH

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MJJ |
| THIS DOCUMENT RELATES TO: | C 05-00211 MJJ |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| PLAINTIFF | STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 |
| v. | Granted |
| BAYER AG, BAYER CORPORATION, RHEIN CHEMIE RHEINAU GmbH, RHEIN CHEMIE CORPORATION, CROMPTON CORP., AND UNIROYAL CHEMICAL CO., INC., | |
| DEFENDANTS | |

1  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel,
2  pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH
3  ("RCR-GmbH") shall answer Plaintiff's Complaint and Demand for Jury Trial dated July 16,
4  2004 is extended to November 4, 2005. This Stipulation shall in no way be deemed as consent by
5  RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over
6  RCR-GmbH.

7  Dated: October 4, 2005

JONES DAY

By: _____

Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant
Rhein Chemie Rheinau GmbH*

Dated: October 4, 2005

KENNY NACHWALTER, P.A.

By: _____

William J. Blechman
Pamela I. Perry
201 South Biscayne Boulevard
Suite 1100
Miami, FL 33131
Email: wblechman@knsacs.com
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Counsel for Plaintiff The Goodyear
Tire & Rubber Company*

October 7, 2005

[Seal: United States District Court, Northern District of California — Judge Martin J. Jenkins]

2
STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1