Daniel S. Mason (SBN: 54065)
Craig C. Corbitt (SBN: 83251)
Joseph W. Bell (SBN:114644)
Judith A. Zahid (SBN: 215418)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
E-mail: dmason@zelle.com

Thomas H. Cook, Jr.
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
1201 Main Street, Suite 300
Dallas, TX 75202
Telephone: (612) 339-2020
Facsimile: (612) 336-9100
E-mail: tcook@zelle.com

Mitchell J. Rapp
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
8225 Moorsbridge, Suite 200
P.O. Box 4044
Kalamazoo, MI 49003-4044
Telephone: (269) 321-8832
Facsimile: (612) 336-9183
E-mail: mrapp@zelle.com

Attorneys for Plaintiffs Caterpillar Inc., Carlisle Companies Inc., Carlisle Corp., Carlisle SynTec Inc., Carlisle Tire & Wheel Co., Carlisle Engineered Products, Inc. and Carlisle Power Transmission Products, Inc.

Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street - Suite 3400
San Francisco, CA 94104

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**IN RE RUBBER CHEMICALS ANTITRUST LITIGATION**

**THIS DOCUMENT RELATES TO**:

*Caterpillar Inc., et al. v. Crompton Corp., et al.*, Case No. C-05-02224

Master Docket No. C-04-1648 (MJJ)

**STIPULATION AND ~~[PROPOSED]~~ AMENDMENT TO PRETRIAL ORDER NO. 1**

Case 3:04-md-01648-MMC Document 251 Filed 10/24/05 Page 2 of 5

Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street - Suite 3400
San Francisco, CA 94104

By Related Case Order, entered on June 24, 2005, this Court reassigned *Caterpillar Inc., et al. v. Crompton Corp., et al.*, Case No. C-05-02224 (complaint filed June 1, 2005) (hereinafter "*Caterpillar*"), to be litigated in conjunction with *In re Rubber Chemicals Antitrust Litigation*, Master Docket No. C-03-1496 (MJJ) (hereinafter "*In re Rubber Chemicals*"), *The Goodyear Tire & Rubber Company v. Bayer A.G., et al.*, Case No. C-05-00211 (hereinafter "*Goodyear*"), *PolyOne Corp. and Parker Hannifin Corp. v. Bayer AG, et al.*, Case No. C-05-2011 (MJJ) (hereinafter "*PolyOne*"), and *RBX Industries, Inc. v. Bayer Corp.*, Case No. 2:04-1049 (hereinafter "*RBX*"), pending before this Court. Upon reassignment, *Caterpillar* has in effect been coordinated with *In re Rubber Chemicals*, pursuant to the provisions of the Pretrial Order No. 1, entered on September 17, 2003, and amended on March 7, 2005 and August 10, 2005.

Plaintiffs in *Caterpillar* agree to coordinate their case with *In re Rubber Chemicals*, but the *Caterpillar* actions are individual direct purchaser actions that were not filed on behalf of a putative Class, and thus, the *Caterpillar* plaintiffs seek modification to Pretrial Order No. 1 to accommodate their individual status in the litigation. Counsel for the *Caterpillar* action, the *Goodyear* action, the *PolyOne* action, the *RBX* action, Plaintiffs' Liaison Counsel, and counsel for Defendants have agreed to amend Pretrial Order No. 1 as follows:

1. Paragraph A(1) is modified so that the *Caterpillar* action is coordinated with other cases pending before this Court in MDL No. 1648.

2. Paragraphs C(1), C(2)(a)-(g), C(4)(a)-(c) and C(5) shall not apply to the *Caterpillar* action. Counsel for the *Caterpillar* action, the putative Class, the *Goodyear* action, the *PolyOne* action, the *RBX* action, and Defendants will, to the extent practicable, confer among themselves regarding coordination of discovery and the filing of pleadings, motions and the like.

3. Paragraph D(1) is modified in that any papers served or filed in MDL No. 1648, *Goodyear*, *PolyOne*, or *RBX* shall be served on Caterpillar's counsel, Daniel S. Mason, Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, California 94104.

4. The remaining provisions of Pretrial Order No. 1 shall be read in a manner not inconsistent with the pendency and prosecution of the *Caterpillar* action.

DATED: October 17, 2005

Respectfully submitted,

By: /s/Daniel S. Mason

Daniel S. Mason
Craig C. Corbitt
Joseph W. Bell
Judith A. Zahid
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
E-mail: dmason@zelle.com

Thomas H. Cook, Jr.
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
1201 Main Street, Suite 300
Dallas, TX 75202
Telephone: (612) 339-2020
Facsimile: (612) 336-9100
Email: tcook@zelle.com

Mitchell J. Rapp
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
8225 Moorsbridge, Suite 200
P.O. Box 4044
Kalamazoo, MI 49003-4044
Telephone: (269) 321-8832
Facsimile: (612) 336-9183
E-mail: mrapp@zelle.com

***Attorneys for Plaintiffs Caterpillar Inc., Carlisle Companies Inc., Carlisle Corp., Carlisle SynTec Inc., Carlisle Tire & Wheel Co., Carlisle Engineered Products, Inc. and Carlisle Power Transmission Products, Inc.***

Case 3:04-md-01648-MMC Document 251 Filed 10/24/05 Page 4 of 5

By: /s/ William J. Blechman
William J. Blechman
KENNY NACHWALTER, P.A.
201 South Biscayne Blvd., Suite 1100
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
Email: wjb@kennynachwalter.com

***Counsel for The Goodyear Tire & Rubber Company***

By: /s/ Walter W. Noss
Edmund Wilson Searby
Walter W. Noss
SCOTT + SCOTT, LLC
33 River Street
Chagrin Falls, OH 44022
Telephone: (440) 247-8200
Facsimile: (440) 247-8275
Email: esearby@scott-scott.com
wnoss@scott-scott.com

***Counsel for PolyOne Corporation***

By: /s/ Dianne M. Nast
Dianne M. Nast
RODA NAST, PC
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000
Facsimile: (717) 892-1200
Email: dnast@rodanast.com

***Counsel for RBX Industries, Inc.***

By: /s/Joseph M. Barton
Joseph M. Barton
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
Email: jmb@gbcslaw.com

***Plaintiffs' Liaison Counsel***

Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street - Suite 3400
San Francisco, CA 94104

By: /s/ Benjamin G. Bradshaw
Ian G. Simmons
Benjamin G. Bradshaw
O'MELVENY & MYERS, LLP
1625 Eye Street, N.W.
Washington, D.C. 20004-1109
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
Email: isimmons@omm.com
bbradshaw@omm.com

***Counsel for Crompton Defendants***

By: /s/ William V. O'Reilly
William V. O'Reilly
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: woreilly@jonesday.com

***Counsel for Bayer Defendants***

**ATTESTATION AS TO SIGNATURES**

Pursuant to General Order No. 45, Section X(B), I, Judith A. Zahid, do hereby attest that all parties to this stipulation have authorized me to sign on their behalf.

/s/Judith A. Zahid
An Attorney for Plaintiffs Caterpillar Inc., Carlisle Companies Inc., Carlisle Corp., Carlisle SynTec Inc., Carlisle Tire & Wheel Co., Carlisle Engineered Products, Inc. and Carlisle Power Transmission Products, Inc.

**IT IS SO ORDERED**

Dated: 10/23/2005

[signature]
Honorable Martin J. Jenkins
Judge of the United States District Court
Northern District of California