Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: cnmitchell@jonesday.com
sqhaines@joneday.com

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: woreilly@jonesday.com
jaread@jonesday.com

Attorneys for Defendants
BAYER AG AND BAYER CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | Master Docket No. C-04-1648 (MJJ)<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING COURT APPROVAL PURSUANT TO CIVIL LOCAL RULE 7-3(d)** |

For good case shown, the Court grants leave pursuant to Civil Local Rule 7-3(d) for Defendants Bayer AG and Bayer Corporation to submit the Declaration of Brian K. Grube in further support of the Opposition in Part to Non-Class Plaintiffs' Motion for Leave to Take the Deposition of Wolfgang Koch at USP Lompoc, and to respond to Non-Class Plaintiffs' Proposed Revised Order.

Dated: October 23, 2005

_____
The Honorable Martin J. Jenkins
United States District Judge