KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Pamela I. Perry, Esquire
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel:    (305) 373-1000
Fax:   (305) 372-1861
*Liaison Counsel for Non-Class Plaintiffs
and Counsel for Plaintiff The Goodyear Tire
& Rubber Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No: C-04-1648 (MJJ) |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel pursuant to Civ.L.R. 6-2, that the undersigned Non-Class Plaintiffs will reply to Defendants Bayer AG and Bayer Corporation's Opposition In Part to Non-Class Plaintiffs Motion for Leave to Take the Videotape Deposition of Wolfgang Koch at USP Lompoc and Incorporated Memorandum of Law on or before October 17, 2005. This request affords the Non-Class Plaintiffs a one (1) day extension of time and was prompted in large part by the absence of available personnel due to the Yom Kippur holiday. On October 3, 2005 the parties entered into a stipulation shortening the time to brief the motion in question. This one (1) day extension of time will have no effect on the schedule of this case.

**Stipulation Pursuant to Civil Local Rule 6-2**
**Master Docket No: C-04-1648 (MJJ)**                                                                                                                            -1-

|   |   |   |
|---|---|---|
| 1 | Dated: October 14, 2005 | Respectfully submitted, |
| 2 | Caroline Mitchell, Esq. | KENNY NACHWALTER, P.A. |
|   | Susan Q. Haines | Richard Alan Arnold, Esquire |
| 3 | JONES DAY | William J. Blechman, Esquire |
|   | 555 California Street | Pamela I. Perry, Esquire |
| 4 | San Francisco, CA 94104 | 201 S. Biscayne Boulevard |
| 5 | Tel: (415) 626-3939 | Suite 1100 |
|   | Fax: (415) 875-5700 | Miami, Florida 33131 |
| 6 | E-mail: sqhaines@jonesday.com | Tel: (305) 373-1000 |
|   |   | Fax: (305) 372-1861 |
| 7 |   | E-mail: wblechman@knsacs.com |

By: _____ (for)
Susan Q. Haines

**Counsel for Defendants Bayer Corp. and Bayer AG**

By: _____ (for)
William J. Blechman

**Liaison Counsel for Non-Class Plaintiffs and Counsel for Plaintiff The Goodyear Tire & Rubber Company**

**IT IS SO ORDERED.**

Dated:     October 23, 2005.

_____
The Honorable Martin J. Jenkins
**United States District Court Judge**

Stipulation Pursuant to Civil Local Rule 6-2
Master Docket No: C-04-1648 (MJJ)                                                                -2-