Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

William V. O'Reilly
J. Andrew Read
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone:    (202) 879-3939
Facsimile:    (202) 626-1700

Attorneys for Defendants RHEIN CHEMIE
RHEINAU GMBH

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE RUBBER CHEMICALS ANTITRUST LITIGATION** | **MDL Docket No. 04-1648 MJJ** |
| **THIS DOCUMENT RELATES TO:** | **C 05-00211 MJJ** |
| **THE GOODYEAR TIRE & RUBBER COMPANY,** | Order granting:<br>**STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1** |
| **PLAINTIFF** | |
| **v.** | |
| **BAYER AG, BAYER CORPORATION, RHEIN CHEMIE RHEINAU GmbH, RHEIN CHEMIE CORPORATION, CROMPTON CORP., AND UNIROYAL CHEMICAL CO., INC.,** | |
| **DEFENDANTS** | |

STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1

1    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel,

2    pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH

3    ("RCR-GmbH") shall answer Plaintiff's Complaint and Demand for Jury Trial dated July 16,

4    2004 is extended to December 2, 2005.  This Stipulation shall in no way be deemed as consent by

5    RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over

6    RCR-GmbH.

7    Dated:  October 31, 2005                    JONES DAY

8                                                By: /s/

9                                                Caroline N. Mitchell (State Bar No. 143124)
10                                               Susan Q. Haines (State Bar No. 224611)
                                                 555 California Street, 26th Floor
11                                               San Francisco, CA  94104
                                                 Email:  cnmitchell@jonesday.com
12                                               Telephone:  (415) 626-3939
                                                 Facsimile:  (415) 875-5700
13
                                                 William V. O'Reilly
14                                               J. Andrew Read
                                                 JONES DAY
15                                               51 Louisiana Avenue, N.W.
                                                 Washington, DC  20001-2113
16                                               Telephone:    (202) 879-3939
                                                 Facsimile:    (202) 626-1700
17
                                                 *Counsel for Defendant*
18                                               *Rhein Chemie Rheinau GmbH*

19   Dated:  October 31, 2005                    KENNY NACHWALTER, P.A.

20                                               By: /s/

21                                               William J. Blechman
22                                               Pamela I. Perry
                                                 201 South Biscayne Boulevard
23                                               Suite 1100
                                                 Miami, FL  33131
24                                               Email: wblechman@knsacs.com
                                                 Telephone: (305) 373-1000
25                                               Facsimile:  (305) 372-1861

26                                               *Counsel for Plaintiff The Goodyear*
                                                 *Tire & Rubber Company*
27   10/31/2005
28

2

STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1