FILED

DEC 27 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: RUBBER CHEMICALS ) MDL Docket No: C-04-1648 (MJJ)
ANTITRUST LITIGATION )
_____)
)
THIS DOCUMENT RELATES TO: )
*Goodyear Tire & Rubber v. Bayer AG,* )
*et al.,*) Case No. 5:04-CV-1345 (N.D. Ohio) )
_____)

**ORDER OF DISMISSAL, WITH PREJUDICE, OF PLAINTIFF GOODYEAR'S CLAIMS AGAINST THE CROMPTON DEFENDANTS**

This cause is before the Court, pursuant to Rule 41, Fed.R.Civ.P., on the Stipulation of Plaintiff The Goodyear Tire & Rubber Company ("Goodyear") and Defendants Crompton Corporation and Uniroyal Chemical Company, Inc. (collectively the "Crompton Defendants") to dismiss, with prejudice, Plaintiff Goodyear's claims in this case against the Crompton Defendants. The Court has considered the Stipulation, the record in this case, and being otherwise advised, it is

Ordered and Adjudged that the foregoing Stipulation of Plaintiff Goodyear and the Crompton Defendants to dismiss, with prejudice, Plaintiff Goodyear's claims in this case against the Crompton Defendants be and the same is Accepted and Approved. It is therefore

Ordered and Adjudged that Plaintiff Goodyear's claims in this case against Defendants Crompton Corporation and Uniroyal Chemical Company, Inc. be and the same are dismissed, with

prejudice, each side to bear its own attorneys' fees and costs. This dismissal is without prejudice to Plaintiff Goodyear's claims against any other Defendants or alleged co-conspirators in this case.

Done and Ordered in Chambers in San Francisco, California this 27 day of December, 2005.

United States District Judge

/235871.1