E-filing

Edmund W. Searby
Walter W. Noss
33 River Street
Chagrin Falls, OH 44022
Email: esearby@scott-scott.com
       wnoss@scott-scott.com
Telephone: (440) 247-8200
Facsimile: (440) 247-8275

Attorneys for Plaintiffs
POLYONE CORPORATION
AND PARKER HANNIFIN CORPORATION

**FILED**

DEC 21 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MJJ |
| THIS DOCUMENT RELATES TO: | C 05-02011 MJJ |
| POLYONE CORPORATION and PARKER HANNIFIN CORPORATION, PLAINTIFFS, v. BAYER AG, et al., DEFENDANTS. | PLAINTIFFS POLYONE CORPORATION AND PARKER HANNIFIN CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT RHEIN CHEMIE RHEINAU GMBH |

1  Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs PolyOne
2  Corporation and Parker Hannifin Corporation hereby voluntarily dismiss without prejudice
3  Defendant Rhein Chemie Rheinau GmbH from *PolyOne Corporation and Parker Hannifin*
4  *Corporation v. Bayer AG, et al.*, Case No. C 05-02011 MJJ, which is a non-class action
5  centralized with other cases as *In re Rubber Chemicals Antitrust Litigation*, Master Docket No.
6  M-04-1648 MJJ, pending in the United States District Court for the Northern District of
7  California. Defendant Rhein Chemie Rheinau GmbH has not filed an answer to Plaintiffs'
8  Complaint or moved for summary judgment in this action.

Dated:   December 15, 2005
         Chagrin, Falls, OH

**SCOTT + SCOTT, LLC**

_____
Edmund W. Searby
Walter W. Noss
33 River Street
Chagrin Falls, OH  44022
Tel: (440) 247-8200
Fax: (440) 247-8275
Email: esearby@scott-scott.com
       wnoss@scott-scott.com

David R. Scott
SCOTT + SCOTT, LLC
P.O. Box 192
108 Norwich Avenue
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
Email: drscott@scott-scott.com

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
12/21/2005
DATE

*Attorneys for Non-Class Plaintiffs*
*PolyOne Corporation and*
*Parker Hannifin Corporation*