E-filing

1  Caroline N. Mitchell (State Bar No. 143124)
   Susan Q. Haines (State Bar No. 224611)
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA 94104
   Email: cnmitchell@jonesday.com
4  Telephone: (415) 626-3939
   Facsimile: (415) 875-5700
5
   William V. O'Reilly
6  J. Andrew Read
   JONES DAY
7  51 Louisiana Avenue, N.W.
   Washington, DC 20001-2113
8  Telephone:  (202) 879-3939
   Facsimile:  (202) 626-1700
9
   Attorneys for Defendants RHEIN CHEMIE
10 RHEINAU GMBH

11 [Additional Counsel Appear on Signature Page]

FILED
JAN 0 5 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14                  SAN FRANCISCO DIVISION
15

16 | | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MJJ |
| THIS DOCUMENT RELATES TO: | C 05-00211 MJJ |
| THE GOODYEAR TIRE & RUBBER COMPANY, | |
| PLAINTIFF | STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1 |
| v. | |
| BAYER AG, BAYER CORPORATION, RHEIN CHEMIE RHEINAU GmbH, RHEIN CHEMIE CORPORATION, CROMPTON CORP., AND UNIROYAL CHEMICAL CO., INC., | |
| DEFENDANTS | |

1  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel,
2  pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH
3  ("RCR-GmbH") shall answer Plaintiff's Complaint and Demand for Jury Trial dated July 16,
4  2004 is extended to February 3, 2006.  This Stipulation shall in no way be deemed as consent by
5  RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over
6  RCR-GmbH.

7  Dated: January 4, 2006                JONES DAY

8                                         By:_____/s/_____

9                                         Caroline N. Mitchell (State Bar No. 143124)
10                                        Susan Q. Haines (State Bar No. 224611)
                                          555 California Street, 26th Floor
11                                        San Francisco, CA  94104
                                          Email: cnmitchell@jonesday.com
12                                        Telephone: (415) 626-3939
                                          Facsimile: (415) 875-5700
13
                                          William V. O'Reilly
14                                        J. Andrew Read
                                          JONES DAY
15                                        51 Louisiana Avenue, N.W.
                                          Washington, DC  20001-2113
16                                        Telephone:   (202) 879-3939
                                          Facsimile:   (202) 626-1700
17
                                          *Counsel for Defendant*
18                                        *Rhein Chemie Rheinau GmbH*

19  Dated: January 4, 2006                KENNY NACHWALTER, P.A.

20                                        By:_____/s/_____

21                                        William J. Blechman
                                          Pamela I. Perry
22                                        201 South Biscayne Boulevard
                                          Suite 1100
23                                        Miami, FL  33131
                                          Email: wblechman@knsacs.com
24  IT IS SO ORDERED                      Telephone: (305) 373-1000
25                                        Facsimile: (305) 372-1861

26  _____                  *Counsel for Plaintiff The Goodyear*
    MARTIN J. JENKINS                     *Tire & Rubber Company*
27  UNITED STATES DISTRICT JUDGE
    ____1/5/2006____
28         DATE

2
STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1