UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION, | No. M:04-01648 MJJ (BZ) **INITIAL DISCOVERY ORDER** |

Following the telephonic discovery conference, **IT IS HEREBY ORDERED** that the parties meet and confer to try to resolve the discovery disputes described in their letters to the court in accordance with the views expressed by the court. The parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

1

1     If the disputes cannot be resolved, plaintiffs are
2 granted leave to file letter briefs of no more than five pages
3 outlining the issues and authorities in support of their
4 positions by **February 14, 2006**.  Plaintiffs shall lodge a
5 record of the meet and confer session with their letter
6 briefs.  Any opposition shall be filed by **February 21, 2006**
7 and any reply shall be filed by **February 24, 2006**.  The briefs
8 should be **electronically** filed.  A chambers copy of all briefs
9 shall be submitted by e-mail in WordPerfect format to the
10 following address:  bzpo@cand.uscourts.gov or delivered
11 directly to Magistrate Judge Zimmerman's Chambers (Room 15-
12 6688) on a diskette formatted in WordPerfect 6, 8, 9 or 10.
13 The diskette shall be scanned for virus before submission.
14     The court will set a hearing if one is deemed necessary.
15 Dated:  February 7, 2006

17                   Bernard Zimmerman
                United States Magistrate Judge

19 G:\BZALL\-REFS\IN RE RUBBER CHEMICALS\INITIAL DISCOVERY.ORDER.wpd