| | |
|---|---|
| 1 | Caroline N. Mitchell (State Bar No. 143124) |
| | Susan Q. Haines (State Bar No. 224611) |
| 2 | JONES DAY |
| | 555 California Street, 26th Floor |
| 3 | San Francisco, CA 94104 |
| | Email: cnmitchell@jonesday.com |
| 4 | Telephone: (415) 626-3939 |
| | Facsimile: (415) 875-5700 |

Kevin B. Byrd
J. Andrew Read
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendants
BAYER CORPORATION AND BAYER AG

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-04-1648 (MJJ) |
| | **CLASS ACTION** |
| THIS DOCUMENT RELATES TO: | [PROPOSED] ORDER SEALING DEFENDANTS' OPPOSITION TO NON-CLASS PLAINTIFF THE GOODYEAR TIRE & RUBBER COMPANY'S LETTER BRIEF (WHICH CONTAINS "HIGHLY CONFIDENTIAL" DOCUMENTS), AND THE EXHIBITS THERETO |
| C-03-01496 MJJ | |
| C-03-01516 MJJ | |
| C-03-02477 MJJ | |
| C-03-02805 MJJ | |
| C-03-03147 MJJ | |
| C-03-03418 MJJ | |
| C-04-00197 MJJ | |

For good cause shown, the following documents shall be filed under seal:

1. Defendants' Opposition to Non-Class Plaintiff The Goodyear Tire & Rubber Company's Letter Brief referencing a confidential agreement between the Defendants and a former employee (Non-Public Version);

1

[PROPOSED] ORDER SEALING DEFENDANTS OPPOSITION TO NON-CLASS PLAINTIFF THE GOODYEAR TIRE & RUBBER COMPANY'S LETTER BRIEF (WHICH CONTAINS "HIGHLY CONFIDENTIAL" DOCUMENTS), AND THE EXHIBITS THERETO—Master Docket No. C-04-1648 (MJJ)

                              Insufficient showing - DENIED

2.. ~~Exhibits 6, 7, 10, 11 and 13 in support of Bayer Corp.'s and Bayer AG's Opposition to Non-Class Plaintiff The Goodyear Tire & Rubber Company's Letter Brief, in which the tables and lists identifying Bayer current and former employees with decision-making authority regarding the pricing and marketing of rubber chemicals, together with their exact title and approximate length of tenure in each position; and~~

3. Exhibit 15, which is a confidential agreement between the Defendants and a former employee.

**DONE AND ORDERED** in Chambers, at San Francisco, California, on this __7th__ day of __March__, 2006.

By: _____
Magistrate Judge Bernard Zimmerman

IT IS SO ORDERED
[signature] Bernard Zimmerman
Judge Bernard Zimmerman