Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

J. Andrew Read
Kevin B. Byrd
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

Attorneys for Defendants RHEIN CHEMIE
RHEINAU GMBH

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE RUBBER CHEMICALS ANTITRUST LITIGATION** | **MDL Docket No. 04-1648 MJJ** |
| **THIS DOCUMENT RELATES TO:** | **C 05-00211 MJJ** |
| **THE GOODYEAR TIRE & RUBBER COMPANY,** | Granted: |
| **PLAINTIFF** | **STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-1** |
| **v.** | |
| **BAYER AG, BAYER CORPORATION, RHEIN CHEMIE RHEINAU GmbH, RHEIN CHEMIE CORPORATION, CROMPTON CORP., AND UNIROYAL CHEMICAL CO., INC.,** | |
| **DEFENDANTS** | |

| | | |
|---|---|---|
|1| | |
|2| IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, pursuant to Civ. L.R. 6-1, that the time within which Defendant Rhein Chemie Rheinau GmbH ("RCR-GmbH") shall answer Plaintiff's Complaint and Demand for Jury Trial dated July 16, 2004 is extended to April 3, 2006. This Stipulation shall in no way be deemed as consent by RCR-GmbH to the authority of the Court in this action to exercise personal jurisdiction over RCR-GmbH.| |

Dated: February 27, 2006

JONES DAY

By:_____/s/_____

Caroline N. Mitchell (State Bar No. 143124)
Susan Q. Haines (State Bar No. 224611)
555 California Street, 26th Floor
San Francisco, CA 94104
Email: cnmitchell@jonesday.com
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

J. Andrew Read
Kevin B. Byrd
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant
Rhein Chemie Rheinau GmbH*

Dated: February 27, 2006

KENNY NACHWALTER, P.A.

By:_____/s/_____

William J. Blechman
Pamela I. Perry
201 South Biscayne Boulevard
Suite 1100
Miami, FL 33131
Email: wblechman@knsacs.com
Telephone: (305) 373-1000
Facsimile: (305) 372-1861

*Counsel for Plaintiff The Goodyear
Tire & Rubber Company*

3/7/2006

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Martin J. Jenkins]