KENNY NACHWALTER, P.A.
Richard Alan Arnold, Esquire
William J. Blechman, Esquire
Kevin J. Murray, Esquire
James Almon, Esquire
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Tel: (305) 373-1000
Fax: (305) 372-1861
*Counsel for Plaintiff The Goodyear Tire
& Rubber Company*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No: C-04-1648 (MJJ) |
| THIS DOCUMENT RELATES TO:<br><br>*Goodyear Tire & Rubber Co. v. Bayer AG, et al.*, Case No. 5:04-CV-1345 (N.D. Ohio) | [PROPOSED] ORDER OF DISMISSAL, WITH PREJUDICE, OF PLAINTIFF GOODYEAR'S CLAIMS AGAINST THE BAYER DEFENDANTS |

This cause is before the Court, pursuant to Fed. R. Civ. P. 41, on the Stipulation of Plaintiff The Goodyear Tire & Rubber Company ("Goodyear") and Defendants Bayer AG, Bayer Corporation, Rhein Chemie Rheinau GmbH and Rhein Chemie Corporation (collectively the "Bayer Defendants") to dismiss, with prejudice, Plaintiff Goodyear's claims in this case against the Bayer Defendants. The Court has considered the Stipulation, the record in this case, and being otherwise advised, it is

Ordered and Adjudged that the foregoing Stipulation of Plaintiff Goodyear and the Bayer Defendants to dismiss, with prejudice, Plaintiff Goodyear's claims in this case against the Bayer Defendants be and the same is Accepted and Approved. It is therefore

[PROPOSED] Order of Dismissal, with Prejudice, of Plaintiff
Goodyear's Claims Against the Bayer Defendants
Master Docket No: C-04-1648 (MJJ)

1

Ordered and Adjudged that Plaintiff Goodyear's claims in this case against Defendants Bayer AG, Bayer Corporation, Rhein Chemie Rheinau GmbH and Rhein Chemie Corporation be and the same are dismissed, with prejudice, each side to bear its own attorneys' fees and costs. This dismissal is without prejudice to Plaintiff Goodyear's claims against any other Defendants or alleged co-conspirators in this case.

Done and Ordered in Chambers in San Francisco, California this 24 day of April, 2006.

_____
United States District Judge

250306.1

[PROPOSED] Order of Dismissal, with Prejudice, of Plaintiff Goodyear's Claims Against the Bayer Defendants
Master Docket No: C-04-1648 (MJJ)

2