**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **IN RE RUBBER CHEMICALS ANTITRUST LITIGATION** | **MDL Docket No. 04-1648 MJJ** |
| | **C 05-02011 MJJ** |
| **THIS DOCUMENT RELATES TO:** | |
| **POLYONE CORPORATION and PARKER HANNIFIN CORPORATION,** | **[PROPOSED] ORDER** |
| Plaintiffs, | |
| vs. | |
| **BAYER AG, et al.,** | |
| Defendants. | |

Non-Class Plaintiff Parker Hannifin Corporation's Motion to Dismiss Defendants Chemtura (f/k/a Crompton) Corporation and Uniroyal Chemical Company, Inc. With Prejudice, is GRANTED. Accordingly, it is hereby ORDERED that:

1. Non-Class Plaintiff Parker Hannifin Corporation's claims against Defendants Chemtura (f/k/a Crompton) Corporation and Uniroyal Chemical Company, Inc. are dismissed WITH PREJUDICE, each side to bear its own fees and costs.

Dated: 5/10/2006

_____
The Honorable Martin J. Jenkins