UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION, | No. M:04-01648 MJJ (BZ) <br><br> **FOURTH DISCOVERY ORDER** |

**IT IS HEREBY ORDERED** that, in the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

   In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1  The party seeking discovery shall request a conference in a
2  letter served on all parties not exceeding two pages (with no
3  attachments) which briefly explains the nature of the action
4  and the issues in dispute.  Other parties may reply in similar
5  fashion within two days of receiving the letter requesting the
6  conference.  The Court will contact the parties to schedule
7  the conference.

8      After the conference with the Court, if filing papers is
9  deemed necessary, they should be filed electronically with the
10 Clerk's Office, with one hard copy delivered directly to
11 Magistrate Judge Zimmerman's Chambers (Room 15-6688).  A
12 chambers copy of all briefs shall be submitted on a diskette
13 formatted in WordPerfect 6, 8, 9 or 10 or may be e-mailed to
14 the following address: bzpo@cand.uscourts.gov

15 Dated:   June 6, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\IN RE RUBBER CHEMICALS\INITIAL.DISC.ORD.2.WPD