UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION, | No. M:04-01648 MJJ (BZ)<br><br>**FIFTH DISCOVERY ORDER** |

Following the telephonic discovery conference on June 12, 2006, **IT IS HEREBY ORDERED** that the hearing on non-class plaintiff PolyOne Corporation's motion for a protective order scheduled for **June 21, 2006**, will be heard at **10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

The court finds no need for further briefing or argument on Chemtura's motion to compel the depositions of the 30(b)(6) witnesses [docket # 346] and class plaintiffs' motion to compel the depositions of Chemtura employees [docket # 348]. **IT IS FURTHER ORDERED** that such depositions will proceed as discussed at the telephonic discovery conference and the

1

1 | motion to shorten time for the hearing on the class
2 | plaintiffs' motion to compel [docket #355] is **DENIED as moot.**
3 | Dated:  June 12, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\IN RE RUBBER CHEMICALS\DISC.5.ORDER.wpd

2