UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 MJJ (BZ) |
| | <u>Class Action</u> |
| | ~~[PROPOSED]~~ **ORDER GRANTING MOTION BY CLASS PLAINTIFFS TO FILE DOCUMENTS UNDER SEAL** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | Date:  Submitted<br>Time:  Submitted<br>Place:  Courtroom: G, 15th Floor |

For good cause shown, the documents that are attached as Exhibits 1 - 6 to the document captioned "Exhibits to Dirksen Declaration in Support of Class Plaintiffs' Memorandum in Opposition to Crompton's Motion to Compel Class Plaintiffs to Produce 30(b)(6) Witnesses" shall be filed under seal.

IT IS SO ORDERED.

Dated: _____ June 13 _____, 2006

_____
HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Bernard Zimmerman
Judge Bernard Zimmerman

[PROPOSED] ORDER GRANTING MOTION BY CLASS PLAINTIFFS TO FILE DOCUMENTS UNDER SEAL - MDL Docket No. C-04-1648 MJJ (BZ)

1