UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 MJJ (BZ) |
| | Class Action |
| | [~~PROPOSED~~] ORDER GRANTING MOTION BY CLASS PLAINTIFFS TO FILE DOCUMENTS UNDER SEAL |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | Date: Submitted<br>Time: Submitted<br>Place: Courtroom: G, 15th Floor |

For good cause shown, the following documents, which are attached as Exhibits 1 - 9 to a document captioned "Exhibits to Dirksen Declaration in Support of Class Plaintiffs' Motion to Compel Depositions of Chemtura Employees," shall be filed under seal:

1. Class Plaintiffs' Response to Chemtura Corporation's First Set of Interrogatories and Request for Documents;

2. A document produced in this case by Crompton to Class Plaintiffs bearing the Bates-stamp numbers CRP-FRC-00083165 - 83166;

3. A document produced in this case by Crompton to Class Plaintiffs bearing the Bates-stamp numbers CRP-FRC-E-00032409 - 32410;

//

1      4.     A document produced in this case by Crompton to Class Plaintiffs bearing the
2  Bates-stamp numbers CRP-FRC-E-00208182;

3      5.     A document produced in this case by Crompton to Class Plaintiffs bearing the
4  Bates-stamp numbers CRP-FRC-0264735;

5      6.     A document produced in this case by Crompton to Class Plaintiffs bearing the
6  Bates-stamp numbers CRP-FRC-E-00327118 - 327120;

7      7.     A document produced in this case by Crompton to Class Plaintiffs bearing the
8  Bates-stamp numbers CRP-FRC-E-00030649;

9      8.     A document produced in this case by Crompton to Class Plaintiffs bearing the
10 Bates-stamp numbers CRP-FRC-E-00060087; and

11     9.     A document produced in this case by Crompton to Class Plaintiffs bearing the
12 Bates-stamp numbers CRP-FRC-E-00377765-66.

13 IT IS SO ORDERED.

14 Dated:     June 13    , 2006

15     HONORABLE BERNARD ZIMMERMAN
    UNITED STATES MAGISTRATE JUDGE

16 Hencefore, documents will be **sealed** only if there has been strict compliance with LR79-5.

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*United States District Court, Northern District of California*

#114053

[PROPOSED] ORDER GRANTING MOTION BY CLASS PLAINTIFFS TO FILE DOCUMENTS UNDER SEAL - MDL Docket No. C-04-1648 MJJ (BZ)

2