**FILED**

JUL 24 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

2        **UNITED STATES DISTRICT COURT**
        **NORTHERN DISTRICT OF CALIFORNIA**

3        **SAN FRANCISCO DIVISION**

4

5    **IN RE RUBBER CHEMICALS**      **MDL Docket No. 04-1648 MJJ**
    **ANTITRUST LITIGATION**

6          **C 05-02011 MJJ**
    **THIS DOCUMENT RELATES TO:**

7    **POLYONE CORPORATION and PARKER**    **[PROPOSED] ORDER**
    **HANNIFIN CORPORATION,**

8

9        **Plaintiffs,**

10   **vs.**

11   **BAYER AG, et al.,**

12       **Defendants.**

13

14       Non-Class Plaintiff PolyOne Corporation's Motion to Dismiss Defendants Chemtura (f/k/a

15   Crompton) Corporation and Uniroyal Chemical Company, Inc. With Prejudice, is GRANTED.

16   Accordingly, it is hereby ORDERED that:

17       1.    Non-Class Plaintiff PolyOne Corporation's claims against Defendants Chemtura

18   (f/k/a Crompton) Corporation and Uniroyal Chemical Company, Inc. are dismissed WITH

19   PREJUDICE, each side to bear its own fees and costs.

20

21   Dated: 7/24/2006                               
                             The Honorable Martin J. Jenkins

22

23

24

25

26

27

28