GOLD BENNETT CERA & SIDENER LLP
PAUL F. BENNETT (SBN 63318)
STEVEN O. SIDENER (SBN 121062)
JOSEPH M. BARTON (SBN 188441)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-Mail: sos@gbcslaw.com

COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
MICHAEL D. HAUSFELD
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile (202) 408-4699
E-Mail: mhausfeld@cmht.com

   - and -

LINDA P. NUSSBAUM
150 East 52nd Street, 30th Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745
E-Mail: lnussbaum@cmht.com

Co-Chairs of Plaintiffs' Executive Committee

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. C-04-1648 (MJJ)**<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULING ORDER |

Whereas, the Court entered a case scheduling order in this case on April 4, 2005;

Whereas, the Court revised the case scheduling order on April 13, 2006;

Whereas, Class Plaintiffs and defendants Chemtura Corporation and Uniroyal Chemical Company, Inc (collectively, "Chemtura") are currently in the process of discussing possible settlement of this action; and

Whereas, the proposed extension will enable the parties to continue their settlement talks.

**IT IS HEREBY STIPULATED,** by and between Class Plaintiffs and Chemtura, through their counsel of record, that the April 13, 2006 scheduling order is revised as follows:

| Item | Current Deadline / Date | New Deadline / Date |
|---|---|---|
| Plaintiffs' Expert Reports & Backup | August 31, 2006 | December 11, 2006 |
| Defendants' Expert Reports & Backup | October 2, 2006 | January 15, 2007 |
| Plaintiffs' Rebuttal Reports & Backup | October 12, 2006 | January 22, 2007 |
| Defendants Depose Plaintiffs' Experts | October 16-27, 2006 | January 29 – February 9, 2007 |
| Plaintiffs Depose Defendants' Experts | November 1-17, 2006 | February 16 – March 9, 2007 |
| Case Dispositive Motions (includes Daubert motions) | December 5, 2006 | March 23, 2007 |
| Memoranda in Opposition to Motions | January 9, 2007 | April 16, 2007 |
| Reply to Motions | January 23, 2007 | May 10, 2007 |
| Hearing on Case Dispositive Motions | February 6, 2007 | May 24, 2007 |
| Remand Date (or such other date when the Court rules on dispositive motions) | February 13, 2007 | July 2, 2007 |

STIPULATION AND [PROPOSED] ORDER REVISING SCHEDULING ORDER
Master Docket No. C-04-1648 (MJJ)

#114755

1

Dated: August 8, 2006

O'MELVENY & MYERS LLP

By: /s/ Ian Simmons

MICHAEL F. TUBACH (SB #145955)
STEVEN E. CONIGLIARO (SB # 232102)
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

IAN SIMMONS
BENJAMIN G. BRADSHAW
LAURA M. KAM
1625 Eye St. NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

*Attorneys for Defendants
Chemtura Corporation and Uniroyal
Chemical Company, Inc.*

Dated: August 8, 2006

GOLD BENNETT CERA & SIDENER LLP

By: /s/

COHEN MILSTEIN HAUSFELD &
TOLL, P.L.L.C.

*Co-Chairs of Plaintiffs' Executive Committee*

**IT IS SO ORDERED.**

Dated: August 14, 2006

_____
JUDGE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

#114755

2