GOLD BENNETT CERA & SIDENER LLP
PAUL F. BENNETT (State Bar No. 63318)
STEVEN O. SIDENER (State Bar No. 121062)
JOSEPH M. BARTON (State Bar No. 188441)
C. ANDREW DIRKSEN (State Bar No. 197378)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
MICHAEL D. HAUSFELD
RICHARD A. KOFFMAN
BENJAMIN D. BROWN
1100 New York, Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

- and -

LINDA P. NUSSBAUM
150 East 52nd Street, 30th Floor
New York, New York 10022
Telephone: (212) 838-7797
Facsimile: (212) 838-7745

Co-Chairs of Plaintiffs' Executive Committee

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 (MJJ)<br><br><u>Class Action</u><br><br>**DECLARATION OF LISA A. PONCIA RE: MAILING OF CLASS NOTICE AND PROOF OF CLAIM, PUBLICATION OF SUMMARY NOTICE, AND REPORT ON REQUESTS FOR EXCLUSION** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | Date: September 12, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom of Hon. Martin J. Jenkins<br>Courtroom 11, 19th Floor |

I, Lisa A. Poncia, declare:

**THE NOTICE AND PROOF OF CLAIM**

1. I submit this declaration in order to provide the Court and the parties to the above captioned litigation with information regarding the mailing of the Notice of Settlement of Class Action and Hearing on Settlement Approval, Plan of Allocation, and Request for Attorneys' Fees (the "Class Notice") and Proof of Claim Form, publication of the Summary Notice, and to report on the requests for exclusion. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am employed by Gilardi & Co LLC ("Gilardi"), located at 3301 Kerner Boulevard, San Rafael, California. Gilardi was retained as the Claims Administrator in this matter. I oversaw the notice services Gilardi has provided in accordance with the Order Granting Preliminary Approval of Proposed Settlement with The Bayer Defendants which was entered by the Court. True and correct copies of the Class Notice and Proof of Claim are attached hereto as Exhibits A and B, respectively.

**MAILING OF THE NOTICE**

3. On or before April 11, 2005, Gilardi received a list of potential claimants from Richard Boone Jr. of Jones Day, counsel for the Bayer Defendants, Roy Regozian of Cahill, Gordon & Reindell LLP, counsel for the Flexsys Defendants and Ian Simmons of O'Melveny & Myers LLP, counsel the Crompton Defendants. We also received data from Nathan Associates Inc., the economic consultants to plaintiffs. Of these records, 832 contained only partial address information. The incomplete records were cross-referenced against two databases from other cases (*Alco v. Dupont Dow Elastomers LLC*, U.S. District Court for the District of Columbia Case No 04-cv-00588 and *In re Ethylene Propylene Diene Monomer (EPDM) Antitrust Litigation* U.S. District Court for the District of Connecticut Case No. 3:03 MD 1542 (PCD). From this search, we identified 141 usable addresses. The remaining 691 records were sent to Class Action Locator Services to search for a better address. Of these, 421 were returned with better addresses. All of the records with complete addresses were combined. Duplicate records

were removed from this combined list to create the mailing database. This mailing database contained 2,344 records.

4. On or before June 30, 2006, Gilardi caused address labels reflecting the names and addresses of the records contained in the mailing database to be affixed to envelopes containing the Class Notice and Proof of Claim Form ("Notice Package"). Gilardi thereafter caused all the envelopes containing the Notice Packages to be posted for first-class mail and delivered on June 30, 2006, to the United States Postal Service located in Rohnert Park, California. The total number of Notice Packages mailed on June 30, 2006 was 2,344.

**THE WEBSITE**

5. On or before June 30, 2006, Gilardi caused a copy of the Notice Package to be posted on our website at www.gilardi.com. From this website, potential Class Members are able to download and print a copy of the Notice Package.

**PUBLICATION**

6. Gilardi also caused the Summary Notice to be published in the following media outlets: *Chemical Market Reporter* on July 10, 2206, *Rubber & Plastics News* on July 10, 2006, and *The Wall Street Journal* (national edition) on July 12, 2006. A true and correct copy of the Summary Notice is attached hereto as Exhibit C.

**EXCLUSION REQUESTS**

7. The deadline for requesting exclusion from the Settlement was August 7, 2006. A true and correct list of the companies or entities that submitted a timely request for exclusion from the Class is attached hereto as Exhibit D.

8. True and correct copies of the requests for exclusion from the Class received on or before August 7, 2006 is attached hereto as Exhibit E.

9. No requests for exclusion from the Class were received after August 7, 2006.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of August 2006, at San Rafael, California.

Lisa A. Poncia