# Exhibit D

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

**RBX Industries, Inc**
- RBX Corporation
- Rubatex Corporation
- OleTex Inc
- WalTex Corporation
- Groendyk Manufacturing Co Inc
- Universal Polymer & Rubber Inc
- Universal Rubber Co
- Midwest Custom Mixing Corporation
- Hoover-Hanes Rubber Custom Mixing Corporation

**Michelin**
- Michelin North America Inc
- fka Michelin Tire Corporation
- International BF Goodrich Services Company
- Kleber Tire Corporation
- The Uniroyal Goodrich Tire Company (G.P.)
- The Uniroyal Goodrich Tire Company (Corporation)
- Uniroyal Goodrich Manufacturing, Inc
- Uniroyal Goodrich Tire Company, Inc
- UGTC, Inc
- Michelin Corporation
- American Synthetic Rubber Company, LLC
- Michelin Americas Research & Development Corp
- Michelin Technical Services, Inc
- Michelin Aircraft Tire Company LLC
- Michelin Retread Technologies
- Michelin North America (Canada) Inc
- Michelin Aircraft Tire (Canada) Limited
- Uniroyal Goodrich Canada Inc
- Michelin Retread Technologies (Canada) Inc.
- Industrias Michelin, S.A. de C.V.
- Michelin Mexico, S.A. de C.V.
- Michelin Mexico Trading, S.A. de C.V.
- Michelin Mexico Holding S.A. de C.V.
- Uniroyal, S.A. de C.V.
- Compagnie Generale Des Etablissements Michelin
- Compagnie Financiere Michelin
- Michelin Tyre Public Limited Company
- Michelin Reifenwerke - Kommandietgesellschaft Auf Aktien
- Michelin Espana Portugal, S.A. (Formerly Neumaticos Michelin, S.A.)
- Societa Per Azioni Michelin Italiana
- Stomil-Olsztyn S.A.
- Michelin Hungaria Tyre Manufacturing Ltd
- Silvania S.A.
- Victoria S.A.
- Sociedade Michelin De Participacoes, Industria E Comercio Ltda
- Industria Colombiana De Llantas S.A.
- Michelin Algerie S.P.A.
- Michelin (Nigeria) Limited
- Michelin Siam, Ltd
- Siam Tyre Phrapradaeng Co, Ltd
- Siam Tyre Industry Co, Ltd
- Siam Steel Cord Co Ltd
- Nihon Michelin Tire co Ltd
- Michelin Okamoto Tire Corporation
- Michelin Shenyanag Tire Co Ltd
- Shanghai Michelin Warrior Tire Co Ltd
- Michelin Recherche Et Technique S.A./ AG/ Ltd
- Manufacture Francaise Des Pneumatiques Michelin
- Euromaster Dealerships in Europe and Tire Centers, LLC
- Kleber Reifen GmbH (Formerly Kleber Reifen Aktiengesellschaft)
- Michelin Holding (PAYS-BAS) B.V.
- Michelin AVS Holding B.V.
- MSF Tire Rubber Inc
- Pneumatiques Kleber S.A.S. (Formerly Pneumatiques Kleber, S.A.)

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

Laurent Reifen Gmbh (Formerly Scanrub Reifenwerke Gmbh)
Simorep et Cie - Societe du Caoutchouc Synthetique Michelin
Pneu Laurent
Scanrub Holding A/S
Euromaster Automocion Y Servicios SA
Euromaster Sweden AB
Joncegova Bandenvernieuwig BV
Suomen Euromaster Oy
Janus Hansen Gummifabrik A/S
Selskabet af 23.Oktober 2003 A/S

**PolyOne Corporation**

M.A. Hanna Company
Geon Company
PolyOne Elastomers and Performance Additives Group
M.A. Hanna Rubber Compounding
Burton Rubber Company
Colonial Rubber Works, Inc.
Chase Elastomer Corporation
Global Processing
Mach 1 Compounding (a division of Burton Rubber Company)
Southwest Chemical Service
M.A. Hanna Polimeros, S.A. De C.V.
Hanna France SARL
M.A. Hanna U.K. Ltd.
PolyOne de Mexico S.A. De C.V.
PolyOne Elastomers Canada, Inc.
PolyOne Deutchsland, GmbH
PolyOne France S.A.S.
PolyOne Canada Inc.
PolyOne Belgium S.A.

**Parker Hannifin Corporation**

Acadia Elastomers Corporation
Acadia Polymers Corporation
Acadia Polymers Corporation of Canada
Acadia Polymers Corporation of Illinois
Adell Plastics
Advance Products France Srl
Advanced Products (Seals and Gaskets) Ltd.
Advanced Products Company
Advanced Products N.V.
AEC Holdings, Inc.
Fluid Management Business of Dayco Products, Inc.
Dayco Products, LLC McCook, Nebraska
G N C Corporation
Goshen Rubber Co., Inc.
Imperial Eastman, LLC
ITR Hydraulics Corporation
Leader Gasket (Cyprus) Limited
Leader Gasket Inc.
Leader Gasket of Slovakia, S.R.O.
Leader Holdings, Inc.
Palmer Plastics G S H
Parker ITR Srl
Parker ITR Spa
Syracuse Rubber Products Inc
Waukesha Rubber Company
Webster Holdings Inc.
Webster Plastics Inc.
Wynn's International, Inc.
Wynn's Oil Company
Wynn's Precision, Inc.

**Cooper Tire And Rubber Company**

Cooper Consignment
Cooper Non-Consignment
Cooper Engineered Products
Cooper Industrial Products, Inc.

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

North American Rubber, Inc.
Oliver Rubber Company
Standard Products Company
Oliver Tire & Rubber
Cooper-Avon Tyres, Ltd.
Cooper International Trading, Inc.
Cooper Tire & Rubber Interational Trading, Inc

**Continental**

Adam Touring AG
Adam Touring GmbH
ADC Automotive Distance Control Systems GmbH
Advance Tyre Company
Alfred Teves Beteiligungsgesellschaft mbH
Alphalor SNC
Andujar, S.A.
Anoflex Ltd.
ASM Automobil-System-Montagen GmbH.
ASYC Acoustic Systems Corporation GmbH
Balance GmbH, Handel u. Beratungsservice im Gesundheitswesen
Barum Centrum Praha s.r.o.
Barum Continental spols.r.o.
Barum Continental Slovakia spol. s.r.o.
Barum Kafka s.r.o.
Beattie Industrial Ltd.
Benecke-Kaliko AG
Beneform GmbH
Benoac Fertigteile GmbH
Capwell Tyre Center Ltd.
CAS Slovakia s.r.o.
CAS-One Holdinggeselschaft mbH.mbH
CAS-Two Holdinggesellschaft mbH
Caucho Technica SA
CG Tire, Inc.
Compania Ecuatoriana del Cuacho, S.A.
Compania Hulera Euzkadi, S.A. de C.V.
Conseo GmbH
Conti Automotive Servicios S.A.de C.V.
Conti Gummi Finance B.V.
Conti Tech United Kingdom Ltd.
Conti Temic Micro-Electronic GmbH.
Conti Temic Electronics (Phil) Ltd.
Conti Versicherungsdienst Vericherungsvermittlungsgesellschaft mbH
Continental Teves AG & Co. OHG
Continental Aktiengesellschaft
Continental Automotive Licensing Corporation
Continental Automotive Mexicana S.A. de C.V.
Continental Automotive Products s.r.l
Continental Automotive Products s.r.l.
Continental Automotive, Inc.
Continental Benelux SA
Continental Dack Sverige AB
Continental Daek Danmark A/S
Continental Dekk Norge A/S
Continental do Brasil Produtos Automotivos Lda.
Continental Caoutchouc-Export-Aktiengesellschaft
Continental France Snc
Continental Gislaved Dack AB
Continental Group Products Ltd.
Continental Holding France S.a.r.l.
Continental HT Tyres s.r.o.
Continental Hungaria Kft.
Continental Industria de Pneus S.A.
Continental Industrias del Caucho SA
Continental Investment Ltd.
Continental ISAD Electric Motors Verwalt. GmbH
Continental ISAD Electronic Systems Geschaftsfuhrungsges

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

Continental ISAD Electronic Systems GmbH & Co. OHG
Continental Italia SpA
Continental Lemmerz Componenies Para Automovels Lda.
Continental Llantera Potosina, S.A. de C.V.
Continental Mabor
Continental Matador s.r.o.
Continental Opony Polska spol z.o.o
Continental Pneus (Portugal), S.A.
Continental Products Corporation
Continental Rengas OY
Continental Rubber Inc.
Continental Rubber Products
Continental Sime Tyre Sdn Bhd.
Continental Suisse S.A.
Continental Teves Corp. Lian Yun Gang Co. Ltd.
Continental Teves Corporation Japan K.K.
Continental Teves Czeck Republic s.r.o.
Continental Teves France snc
Continental Teves Hungaria Kft.
Continental Teves Japan Ltd.
Continental Teves Korea Corporation Ltd.
Continental Teves Portugal - Sistemas de Travagem Lda.
Continental Teves Taiwan Co. Inc.
Continental Teves UK Ltd.
Continental Teves, Inc.
Continental Tire Canada, Inc
Continental Tire de Mexico, S.A. de C.V.
Continental Tire North America, Inc
Continental Tire Servicios, S.A. de C.V.
Continental Tires Espana S.L.
Continental Tires RUS ltd.
Continental Tyre and Rubber Singapore Pte. Ltd.
Continental Tyre Group Ltd.
Continental Tyre Investment UK Ltd.
Continental Tyre South Africa (Pty.) Ltd.
Continental Tyres Ltd.
Continental UK Group Holdings Ltd.
Continental Vyroba Pneumatic s.r.o.
ContiTech AG
ContiTech Anoflex SAS & SNC
ContiTech Antriebssysteme GmbH
ContiTech Consulting Mexicana S.A. de C.V.
ContiTech Conveyor Belt GmbH
ContiTech Dis Ticaret Ltd.
ContiTech Elastomer-Bechichtungen GmbH
ContiTech Extrusions GmbH
ContiTech Fluid GmbH
Contitech Fluid Mexicana S.A. de C.V.
ContiTech Fluid Shanghai Co. Ltd.
ContiTech Formpolster GmbH
ContiTech France SNC
ContiTech Grand Ocean Chang Chun Co, Ltd.
ContiTech Hungaria Kft.
Contitech Hycop AB
ContiTech Kautschuk-u.Kunststoffvertriebsges m.b.H
ContiTech Kuhner Beteiligungsges. mbH
ContiTech Kuhner GmbH & Cie.KG
ContiTech Lastik San. Ve Tic. AS
ContiTech Luftfedersysteme GmbH
ContiTech Mexicana S.A. de C.V.
Contitech North America, Inc.
ContiTech Power Transmission Systems Ltd.
ContiTech Printing Blanket Shanghai Co., Ltd.
ContiTech Romania s.r.l.
Contitech Scandanavia AB
ContiTech Schlauch GmbH

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

ContiTech Techno-Chemie GmbH
ContiTech Transportbandsysteme GmbH
ContiTech Verwaltungs-GmbH
ContiTech Vibration Control GmbH
ContiTech Vibration Control Slovakia s.r.o
ContiTech Vibration Control s.r.o.
ContiTech-INA Beteiligungsges.Mbh
ContiTech-INA GmbH & Co.KG
ContiTech-Jiebao Power Transmission Systems Ltd.
ContiTech-Universe Verwallungs-GmbH
Contract Tyre Equipment Ltd.
ContiTech Dae Won Airspring Systems Co. Ltd.
Conveyor Belt Systems Phoenix Kft.
Correx Handelsgeselschaft f. Kautschukprodukete mbH
CTNA Holding Corporation
CTNA Manufacturing Limited Partnership
Dekkman A/S
Dekman Sverige AB
DMIB (Singapore) Pte. Ltd.
DMIB Berhad
Drahtcord Saar Geschaftsfuhrungs GmbH
Drahtcord Saar GmbH & Co. KG
Dunlop Oil & Marine Ltd.
DynaGen, Inc.
Eddelbuttel & Schneider GmbH
Englewood Services, Inc.
Enlog Ensamblaje y Logistica de Conjuntos, S.A.
EuCo S.A.
Evergomma S.r.l.
FIBRA Fibra Commercial Lusitana Lda.
Formpolster GmbH
FSC Franchising Service Company S.p.A.
FSC Servicio de Franquicias SA
FSG Hungaria Kft.
General Tire And Rubber Company of Morocco Ltd.
General Tire And Rubber Company of Pakistan Ltd.
General Tire de Mexico S.A. da C.V.
General Tire International Company
General Tyre and Rubber Company
General Tyre East Africa Ltd.
Gilex AB
Goppinger Kaliko GmbH
GTY Tire Company
Gumimuvek Phoenix Hungaria Kft.
Hagufa Versicherungsdienst GmbH
Hjulsystem MCP AB
Holding ContiTech SA
I.T.U. Sarl.
IMAS A.E.
Immobiliara Bausatz S.L.
INFA Iniciativas Fabris Lda.
INTECH Thuringen GmbH
IPM GmbH
Irish Tyre Centres Ltd.
ITA Industria Texil do Ave SA
J.H. Benecke-Holding GmbH
Kemi Intressen
Kommandigesellschaft Deutsche Gasrubwerke GmbH & Co.
Korso Industriebeteiligungsgesellschaft mbH
Leukos Handelsgesellschaft fur Kautschukprodukte mbH
MACFI Manufactura de Caucho y Fibra S.A.
Macomass Bratislava
Metallgummi GmbH
Mundener Gummiwerk GmbH
O.Sundstrom AB
Phoenix Airspring Technology Ltd.

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

Phoenix Aktiengesellschaft
Phoenix Automotive GmbH
Phoenix Beattie Corp.
Phoenix Beattie Ltd.
Phoenix Benelux B.V.B.A.
Phoenix Beteiligungsgesellschaft mbH
Phoenix B.V.
Phoenix Compounding Technology GmbH
Phoenix Conveyor Belt Systems Asia GmbH
Phoenix Conveyor Belt Systems GmbH
Phoenix Dichtungstechnik GmbH
Phoenix Distribution S.a.r.l.
Phoenix Elastomerprodukte Vertriebsgesellschaft mbH
Phoenix Fluid Handling Industry GmbH
Phoenix Fluid Handling Ltd.
Phoenix France S.a.r.l.
Phoenix GB Ltd.
Phoenix Industrieniagen Verwaltungs GmbH
Phoenix Norden AB
Phoenix North America Inc.
Phoenix Oil & Marine Ltd.
Phoenix Romania S.r.l.
Phoenix Rubber Asia Pacific Pte Ltd.
Phoenix Rubber Iberica S.L.
Phoenix Rubber Industrial Ltd.
Phoenix Rubber Products SDN.BHD.
Phoenix Rubber S.A. Pty Ltd.
Phoenix Service GmbH & Co. KG
Phoenix Shanxi Conveyor Belt Co. Ltd.
Phoenix Traffic Technology GmbH
Phoenix Unio S.R.L.
Phoenix Verwaltungsgesellschaft mbH
Phoenix Vibracoustic Ltd.
Phoenix Vibration Control B.V.
Phoenix Yule Ltd., Indien
Pneu Etter AG
Pneu Kafka a.s.
Profi Reifen-und Auto-service Ges.m.b.H
Radsystem GmbH
REG Entsorgungsgesellschaft mbH
Reifen Apel GmbH
Reifen Kauffmann GmbH
Reifenservice Clemens & Hegel GmbH
ROSEA Grandstucksvermielungsges, mbH & Co.
Rundpneu Beteilgungsgesellschaft m.b.H
Sansuy Benecke Ltda.
SCP-Sociedade Comercial de Pneus Lda.
SDC Research Sdn. Bhd.
SDI Finance Ltd.
Sechste Phoenix Verwaltungs GmbH
Semperit (UK) Ltd.
Semperit Ireland Ltd.
Semperit Reifen Ges. M. b. H.
Shanghai Automotive Brake Systems Co. Ltd.
Shanghai SIM-Temic Electronics Co. Ltd.
Siebte Phoenix Verwaltungs GmbH
Simex Engineered Rubber Products Sdn. Bhd.
Simex Europe Ltd.
Sime Kitaran Bumi Sdn. Bhd.
Simex Tyres Sdn. Bhd.
Societe Financiere du Pneumatique S.A.S.
Steinebronn Beteiligungs GmbH
Syrma A.E.
TAP Textil Artificial do Porto Lda.
Temic Automotive Electric Motors GmbH.
Temic Automotive of North America, Inc.

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

Temic Automotive Phillipines Inc.
Temic Automotive Singapore Pte. Ltd.
Temic Elektroantriebssysteme GmbH.
Temic Servicios S.A. de C.V.
Temic Telefunken Micro-Electronic Hungary Kft.
Teves Servicios S.A. de C.V.
TGB Transportgummi Blankenburg GmbH
Tyre Reinsurance (Ireland) Ltd.
U.T.I. S.A.
UMB Beteiligungsgesellschaft mbH
Union Mittelland-Gummi-GmbH & Co. Grundbesitz KG
Uniroyal Englebert Reifen GmbH.
Unterstutzungskasse m. beschrankler Haftung d. Goppinger Kaliko GmbH
VERGOLST GmbH
Vest-Izol A.S.
Viking Tyres (UK) Ltd.
Vogtlandische Reifenwerke Sitz Bad Nauheim GmbH
Werke GmbH
Wohlfahrtseinrichtung f.d. Arbeiter u. Angestellten d. SRAG Ges.m.b.H.

**Yokohama Tire Corporation**

Yokohama Tire Corporation
The Yokohama Rubber Corporation
Yokohama Corporation of North America
Friend Tire Company
SAS Rubber Company
Yokohama Tire (Canada) Inc.
Yokohama Tyre Australia Pty., Ltd.
Yokohama Reifen GmbH
Yokohama Italia S.p.A.
Yokohama HPT Ltd.
Yokohama Scandinavia AB
Yokohama Suisse S.A.
Yokohama Tyre Taiwan Co., Ltd.
Yokohama Tire Philippines, Inc.
Yokohama Tyre Vietnam Company
Hangzhou Yokohama Tire Co., Ltd.
Yokohama Rubber (Thailand) Co., Ltd.
YH America, Inc.
Yokohama Aerospace America, Inc.

**Milliken & Company**

Milliken & Company
Milliken Chemical
Milliken Servicos Ltda.
Milliken Europe NV
Milliken Asia PTE LTD
Milliken Turf Products
Baskahegan Company
Lockhart Power Co.
Milliken Floor Covering (Milliken Carpet)
Milliken Carpet Europe
5TUDIOMilliken
Milliken Japan K.K.
Milliken International Middle East Israel
Autotex-Airbag SA
Milliken France SA
Milliken Fabrics SA
Milliken Germany GmbH
Viktor Achter GmbH
Victro Achter GmbH & Co. KG
Viola Textilwerke Achter & Co. KG
Milliken Denmark A/S
Milliken Industrials Ltd. UK
Strachan & Company
William Playne & Co. Ltd.

Winterbothan, Strachan & Playne Ltd.
WOM International Ltd.
Pageday Ltd.
Colwood Glade Ltd (WOM International Limited)
Pageday Carriers & Forwarding Ltd.
Walk Off Mats Nordic AB

**Bridgestone Americas Holding, Inc.**

Bridgestone Americas Holding, Inc.
Bridgestone/Firestone North American Tire, LLC
BFS Diversified Products, LLC
Firestone Polymers, LLC
Bridgestone APM Company
Bridgestone Aircraft Tire (USA), Inc.
Firestone Building Products Company
Firestone Industrial Products Company
Firestone Natural Rubber Company
Firestone Synthetic Rubber Company
Firestone Tube Company
Bridgestone/Firestone Canada, Inc.
Bridgestone - Decatur, IL.
Bridgestone - Bloomington, IL
Bridgestone - Lake Charles, LA
Bridgestone - Wilson, NC
Bridgestone - Oklahoma City, OK
Bridgestone - South Carolina
Bridgestone - Lavergne, TN
Bridgestone - Morrison, TN
Bridgestone - Nashville, TN
Dayton Tire & Rubber Company
Bridgestone/Firestone de Mexico, S.A. de C.V.
Bridgestone/Firestone do Brasil Industriae Comercio Ltda.
Bridgestone/Firestone Argentina S.A.I.C.
Bridgestone/Firestone de Costa Rica, S.A.
Bridgestone/Firestone Venezolana, C.A.
Bridgestone/Firestone Chile, S.A.
Bridgestone Corporation
Bridgestone TRK Co., Ltd.
Bridgestone Australia Ltd.
Bridgestone New Zealand Ltd.
Thai Bridgestone Co., Ltd.
Bridgestone NCR Co., Ltd.
Bridgestone India Ltd.
Bridgestone (Tianjin)Tire Co., Ltd.
Bridgestone (Shenyang) Tire Col., Ltd.
Shenyang Bridgestone Co., Ltd.
Bridgestone Aircraft Tire Co. (Asia) Ltd.
Bridgestone Taiwan Co., Ltd.
Bridgestone Italia S.p.A.
Bridgestone Poland Limited Liability Company

**Bandag, Incorporated**

Bandag Incorporated
Bandag Licensing Corporation
Bandag Canada Ltd.
Bandag de Mexico, S.A. de C.V.
Bandag A.G.
Bandag Canada Ltd.
Bandag Europe N.V.
Bandag do Brasil Ltda.
Bandag B.V.

**Lubrizol Corporation**

**Pirelli North America, Inc.**

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

**Goodyear Tire & Rubber Company**

Belt Concepts of America, Inc.
Compania Anonima Goodyear de Venezuela
Compania Goodyear del Peru S.A.
Compania Goodyear, S. de R.L. de C.V. (formerly Compania Hulera Goodyear Oxo, S.A., de C.V.)
Cosmoflex, Inc.
Dunlop Airsprings
Dunlop GmbH & Co. KG (formerly SP Reifenwerke GmbH, Dunlop GmbH, Pneumant Reifen & Gummi Werke GmbH and Pneumant Reifen GmbH & Co. KG) represented by RVM Reifen Vertriebsmanagement GmbH
Dunlop Tyres Limited
GD Fulda Vermogensverwaltungs GmbH (formerly Fulda Reifen GmbH)
GD Gurstenwalde Vermogensverwaltungs GmbH (formerly Pneumant Reifen GmbH)
Goodyear (Thailand) Public Company Limited
Goodyear Belting Pty. Ltd.
Goodyear Canada Inc. (including former Granford Manufacturing, Inc. merged into Goodyear Canada)
Goodyear Dalian Tire Company, Limited
Goodyear de Chile S.A.T.C.
Goodyear de Colombia S.A.
Goodyear do Brasil Productos de Borracha Ltda.
Goodyear Dunlop Tires Europe B.V.
Goodyear Dunlop Tires France (merger of former Goodyear France S.A. and Dunlop France S.A.)
Goodyear Dunlop Tires Germany GmbH
Goodyear Dunlop Tires Hellas SAIC (formerly Goodyear Hellas SAIC)
Goodyear Dunlop Tires North America, Ltd. (successor in interest of claims and assets of Dunlop Tire Corporation)
Goodyear Dunlop Tyres UK Limited (formerly Goodyear Geat Britain Ltd.)
Goodyear Engineered Products Europe, d.o.o.
Goodyear GmbH & Co. KG (formerly Fulda Reifen GmbH, Gummiwerke Fulda GmbH, Deutsche Goodyar Holdings GmbH, Deutsche Goodyear GmbH and Fulda Reifen GmbH & Co. KG) represented by RVM Reifen Vertriebsmanagement GmbH
Goodyear India Limited
Goodyear Italiana S.p.A.
Goodyear Jamaica Limited
Goodyear Lastikleri T.A.S.
Goodyear Luxembourg Tires S.A.
Goodyear Malaysia Berhad
Goodyear Maroc S.A.
Goodyear (Nederland) B.V.
Goodyear Philippines Inc.
Goodyear Productos Industriales, C.A.
Goodyear Productos Industriales, S. de R.L. de C.V.
Goodyear S.A. (a French corporation)
Goodyear S.A. (a Luxembourg corporation)
Goodyear South Africa (Proprietary) Ltd.
Goodyear South Asia Tyres Private Limited
Goodyear Taiwan Limited
Goodyear Tyres Pty. Ltd.
Gran Industria de Neumaticos Centroamericana S.A.
Neumaticos Goodyear S.R.L.
Nippon Giant Tire Co., Ltd.
Pacific Dunlop Tyres Pty. Ltd.
Polar Retreading (Pty.) Ltd.
PT Goodyear Indonesia Tbk.
PT Goodyear Sumatra Plantations
Sava Tire d.o.o. (surviving corporation of merger, formerly named Sava Tires Joint Venture Holding d.o.o.)
Servicios Y Montajes Eagle S. de R.L. de C.V.
South Pacific Tyres
South Pacific tyres N.Z. Ltd.
T.C. Debica S.A. (a/k/a Tire Company Debica S.A., formerly Firma Oponiarska "Debica" Spoika Akcyjna)
The Goodyear Tire & Rubber Company (survivor of the merger with The Kelly-Springleld Tire Company)
Tren Tyre (Pty) Ltd.
Tycon Retreading Products (Pty) Limited
Wingfoot de Chihuahua, S.de R.L. de C.V.
Wingfoot Commercial Tire Systems, L.L.C.

Bayer Rubber Chemicals Antitrust Litigation
Opt-Outs Received from Class Members

**Caterpillar Inc.**

**Carlisle Companies Incorporated**
- Carlisle Corporation
- Carlisle Engineered Products, Inc. (f/k/a/Geauga Company)
- Carlisle Power Transmission Products, Inc.
- Carlisle SynTec Incoporated
- Carlisle Tire & Wheel Company
- Tensolite Company