# Exhibit E

RODANAST, P.C.
ATTORNEYS AT LAW
801 ESTELLE DRIVE
LANCASTER, PENNSYLVANIA 17601

JOSEPH F. RODA
DIANNE M. NAST
MICHAEL G. NAST
ERIC L. KEEPERS
MICHELE S. BURKHOLDER
DANIEL N. GALLUCCI
JENNIFER S. SNYDER
STEVEN L. O'DONNELL
ERIN C. BURNS
JOANNE E. MATUSKO
SHANNON O. KELLEY

TELEPHONE
(717) 892-3000

FACSIMILE
(717) 892-1200

DNAST@RODANAST.COM

June 28, 2006

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 808071
Petaluma, California 94975-8071

Re: *In re Rubber Chemicals Antitrust Litigation (Bayer)*

Dear Claims Administrator:

Our firm is counsel to RBX Industries, Inc. in this matter. RBX, and all of its subsidiaries and predecessors, request to be excluded from the Bayer Settlement in the Rubber Chemicals Antitrust litigation. The following are the predecessors and subsidiaries of RBX Industries:

RBX Industries, Inc.;
RBX Corporation;
Rubatex Corporation;
OleTex Inc.;
WalTex Corporation;
Groendyk Manufacturing Co., Inc.;
Universal Polymer & Rubber, Inc.;
Universal Rubber Co.;
Midwest Custom Mixing Corporation; and
Hoover-Hanes Rubber Custom Mixing Corporation.

Respectfully,

Dianne M. Nast

DMN/meb

**DICKSTEINSHAPIRO LLP**

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

July 25, 2006

**VIA FEDERAL EXPRESS & FACSIMILE**

*In re: Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co.
P.O. Box 8060
San Rafael, CA 94912-8060

Re: Michelin Opt-Out Notice from Class Settlement with Bayer Defendants in *In re: Rubber Chemicals Antitrust Litigation*

To Whom It May Concern:

We represent Michelin in connection with the above-referenced litigation. Please find enclosed Michelin North America's opt-out letter requesting exclusion for all of the Michelin entities listed from the class settlement with the Bayer defendants in this litigation.

Please feel free to contact me if you have any questions.

Sincerely,

Jodi Trulove

Jodi Trulove
(202) 420-4713
trulovej@dicksteinshapiro.com

Enclosure
JT/crb

MICHELIN

July 12, 2006

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

RE: *In re Rubber Chemicals Antitrust Litigation*, MDL No. 04-1648 (N.D. Calif.) - Notice of Request for Exclusion from Class Action Settlement with Bayer Defendants

Gentlemen:

Pursuant to the Notice of Settlement in Class Action and Hearing on Settlement Approval, Plan of Allocation, and Request for Attorneys' Fees and Costs with respect to the Bayer Defendants in the above-referenced action, the entities listed on Attachment A (the "Michelin opt-outs") hereby request exclusion from the class plaintiffs' settlement with the Bayer Defendants for themselves, their predecessors-in-interest, and their parents, subsidiaries, affiliates and their predecessors-in-interest. It is the intention of the Michelin opt-outs to exclude from this class settlement with the Bayer Defendants all current or former related Michelin entities that had rubber chemicals purchases (or other chemicals included in the class settlement) during the class settlement period and on whose behalf the Michelin opt-outs have the authority to act. The Michelin opt-outs also reserve the right to amend, correct, add to or subtract from this list as additional information not currently available comes to light. I am legally authorized to execute and submit this request for exclusion on behalf of the entities identified herein and in Attachment A.[1]

The following contact information may be used for the Michelin opt-outs:

Mark I. Williams, Esq.
Michelin North America, Inc.
One Parkway South
Greenville, S.C. 29615-9001
(864) 458-5513

Mark I. Williams, Esq.
Vice President, General Counsel and
Secretary of Michelin North America, Inc.

[1] The Michelin opt-outs have diligently endeavored to identify all present or predecessor parent, subsidiary, or affiliate entities that have rubber chemicals purchases (or other chemicals included in the settlement agreement) during the class settlement period with the Bayer Defendants, and the Michelin opt-outs intend to exclude any entities that may have been inadvertently omitted.

**ATTACHMENT A**
**TO**
**MICHELIN'S NOTICE OF REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT WITH BAYER DEFENDANTS**

Michelin North America, Inc. (formerly known as Michelin Tire Corporation), on behalf of itself and as successor-in-interest to predecessors:
International BFGoodrich Services Company;
Kleber Tire Corporation;
The Uniroyal Goodrich Tire Company (G.P.);
The Uniroyal Goodrich Tire Company (Corporation);
Uniroyal Goodrich Manufacturing, Inc.;
Uniroyal Goodrich Tire Company, Inc.; and
UGTC, Inc.

Michelin Corporation

American Synthetic Rubber Company, LLC (formerly American Synthetic Rubber Corporation)

Michelin Americas Research & Development Corp., on behalf of itself and as successor-in-interest to predecessor:
Michelin Technical Services, Inc.

Michelin Aircraft Tire Company, LLC (formerly Michelin Aircraft Tire Corporation)

Michelin Retread Technologies, Inc.

Michelin North America (Canada) Inc. (formerly known as Michelin Tires (Canada) Ltd.), on behalf of itself and as successor-in-interest to predecessors:
Michelin Aircraft Tire (Canada) Limited
Uniroyal Goodrich Canada Inc.

Michelin Retread Technologies (Canada) Inc.

Industrias Michelin, S.A. de C.V., on behalf of itself and as successor-in-interest to predecessors:
Michelin Mexico, S.A. de C.V.
Michelin Mexico Trading, S.A. de C.V.

Michelin Mexico Holding, S.A. de C.V., on behalf of itself and as successor-in-interest to predecessor:
Uniroyal, S.A. de C.V.

Compagnie Generale Des Etablissements Michelin
Compagnie Financiere Michelin
Michelin Tyre Public Limited Company
Michelin Reifenwerke - Kommanditgesellschaft Auf Aktien
Michelin Espana Portugal, S.A. (formerly Neumaticos Michelin, S.A.)
Societa Per Azioni Michelin Italiana
Stomil-Olsztyn S.A.
Michelin Hungaria Tyre Manufacturing Ltd
Silvania S.A.

ATTACHMENT A
(continued)

Victoria S.A.
Sociedade Michelin De Participacoes, Industria E Comercio Ltda
Industria Colombiana De Llantas S.A.
Michelin Algerie S.P.A.
Michelin (Nigeria) Limited
Michelin Siam Co., Ltd.
Siam Tyre Phrapradaeng Co., Ltd.
Siam Tyre Industry Co., Ltd.
Siam Steel Cord Co., Ltd.
Nihon Michelin Tire Co., Ltd., on behalf of itself and as successor-in-interest to predecessor:
    Michelin Okamoto Tire Corporation

Michelin Shenyang Tire Co., Ltd.
Shanghai Michelin Warrior Tire Co., Ltd.
Michelin Recherche Et Technique S.A. / AG / Limited
Manufacture Francaise Des Pneumatiques Michelin
Euromaster Dealerships in Europe and Tire Centers, LLC
Kleber Reifen GmbH (formerly Kleber Reifen Aktiengesellschaft)
Michelin Holding (PAYS-BAS) B.V., on behalf of itself and as successor-in-interest to predecessor:
    Michelin AVS Holding B.V.

MSF Tire Rubber Inc.
Pneumatiques Kleber S.A.S. (formerly Pneumatiques Kleber, S.A.)
Laurent Reifen Gmbh (formerly Scanrub Reifenwerke Gmbh)
Simorep et Cie - Societe du Caoutchouc Synthetique Michelin
Pneu Laurent
Scanrub Holding A/S
Euromaster Automocion Y Servicios SA
Euromaster Sweden AB
Joncegova Bandenvernieuwig BV
Suomen Euromaster Oy
Janus Hansen Gummifabrik A/S
Selskabet af 23. Oktober 2003 A/S

DICKSTEINSHAPIROLLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

# FAX TRANSMISSION

| | | |
|---|---|---|
| DATE<br>July 25, 2006 | CLIENT NO<br>R6650.0000 | |
| RECIPIENT<br>In re: Rubber Chemicals Antitrust Litigation (Bayer) | COMPANY<br>c/o Gilardi & Co. | |
| FAX<br>415-256-9756 | PHONE<br>415-461-0410 | |
| SENDER<br>Jodi Trulove | TIMEKEEPER NO<br>3138 | PHONE<br>(202) 420-4713 |
| PAGES (INCLUDING COVER SHEET)<br>5 | HARD COPY TO FOLLOW | ☐ YES ☒ NO |
| | SENT BY | DATE/TIME |

MESSAGE

If your receipt of this transmission is in error, please notify this firm immediately by collect call to our Facsimile Department at (202) 420-2200, and send the original transmission to us by return mail at the address below.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited.

SCOTT
SCOTT

July 26, 2006

VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Exclusion Requests
*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Re: *In re Rubber Chemicals Antitrust Litigation*, Case No. C-04-1648 (MJJ) (N.D. Cal.)

To Whom It May Concern:

As the authorized designee of the entities identified in this letter, I am writing to inform you that ***PolyOne Corporation***, 33587 Walker Road, Avon Lake, Ohio 44012, its subsidiaries, affiliates, partners, divisions, departments, units, assigns and predecessors, including without limitation, M.A. Hanna Company, The Geon Company, PolyOne Elastomers and Performance Additives Group, M.A. Hanna Rubber Compounding, Burton Rubber Company, Colonial Rubber Works, Inc., Chase Elastomer Corporation, Global Processing, Mach 1 Compounding a division of Burton Rubber Company, Southwest Chemical Service, M.A. Hanna Polimeros, S.A. de C.V., Hanna France SARL, M.A. Hanna U.K. Ltd., PolyOne de Mexico S.A. de C.V., PolyOne Elastomers Canada, Inc., PolyOne Deutschland, GmbH, PolyOne France S.A.S., PolyOne Canada Inc. and PolyOne Belgium S.A. (including subsidiaries, affiliates, partners, divisions, departments, units, assigns and predecessors of the above-mentioned entities), ***request exclusion*** from the Class described in the *Notice of Settlement in Class Action and Hearing on Settlement Approval, Plan of Allocation and Request for Attorneys' Fees and Costs* ("Notice"), dated June 26, 2006, in *In re Rubber Chemicals Antitrust Litigation*, Master Docket Civil Action No. 04-1648 (N.D. Cal.).

Please remove the foregoing entities from any Class list that you have compiled or that you compile in the future, and please mail to us all pleadings, motions and other papers hereafter served in the case.

ATTORNEYS AT LAW
CONNECTICUT
OHIO
CALIFORNIA
SCOTT + SCOTT, LLC
33 RIVER STREET
CHAGRIN FALLS, OH 44022
440 247-8200 VOICE
440 247-8275 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM

Thank you for your help with this matter.

Sincerely,

Edmund W. Searby, Esq.
Counsel for PolyOne Corporation
and Authorized Designee

cc: Wendy C. Shiba, Esq.
Chief Legal Officer
PolyOne Corporation
33587 Walker Road
Avon Lake, Ohio 44012

**CERTIFIED MAIL**

7004 1160 0001 6082 8431

SCOTT + SCOTT, LLC
33 RIVER STREET
CHAGRIN FALLS, OH 44022

ATTORNEYS AT LAW

SCOTT
SCOTT

CLEVELAND OH 441
26 JUL 2006 PM 5 L

$04.64
MAILED FROM ZIP CODE 44022

JUL 26 2006
USPS 44022

RECEIVED
JUL 31 2006
CLAIM CENTER

Exclusion Requests
*In re Rubber Chemicals Antitrust Litigation*
*(Bayer)*
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

94912+8060 B900

SCOTT + SCOTT

July 26, 2006

VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Exclusion Requests
*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Re: *In re Rubber Chemicals Antitrust Litigation*, Case No. C-04-1648 (MJJ) (N.D. Cal.)

To Whom It May Concern:

As the authorized designee of the entities identified in this letter, I am writing to inform you that ***Parker Hannifin Corporation***, 6035 Parkland Boulevard, Cleveland, Ohio 44124-4141, its subsidiaries, affiliates, partners, divisions, departments, units, assigns and predecessors, including without limitation, the Fluid Management Business of Dayco Products, Inc. and/or Dayco Products, LLC, located in McCook, Nebraska, Imperial Eastman LLC, ITR Hydraulics Corporation, Wynn's International, Inc., Wynn's Oil Company, Wynn's Precision, Inc., Goshen Rubber Co., Inc., G N C Corporation, Syracuse Rubber Products Inc., Adell Plastics, Palmer Plastics, G S H, Waukesha Rubber Company, AEC Holdings, Inc., Acadia Elastomers Corporation, Acadia Polymers Corporation, Acadia Polymers Corporation of Illinois, Acadia Polymers Corporation of Canada, Webster Holdings, Inc., Webster Plastics, Inc., Leader Holdings, Inc., Leader Gasket, Inc., Leader Gasket (Cyprus) Limited, Leader Gasket of Slovakia, S.R.O., The Advanced Products Company, Advanced Products NV, Advanced Products (Seals and Gaskets) Ltd., Advanced Products France Srl, Parker I.T.R. Srl and Parker I.T.R. S.p.A. (including subsidiaries, affiliates, partners, divisions, departments, units, assigns and predecessors of the above-mentioned entities), ***request exclusion*** from the Class described in the *Notice of Settlement in Class Action and Hearing on Settlement Approval, Plan of Allocation and Request for Attorneys' Fees and Costs* ("Notice"), dated June 26, 2006, in *In re Rubber Chemicals Antitrust Litigation*, Master Docket Civil Action No. 04-1648 (N.D. Cal.).

Please remove the foregoing entities from any Class list that you have compiled or that you compile in the future, and please mail to us all pleadings, motions and other papers hereafter served in the case.

ATTORNEYS AT LAW
CONNECTICUT
OHIO
CALIFORNIA
SCOTT + SCOTT, LLC
33 RIVER STREET
CHAGRIN FALLS, OH 44022
440 247-8200 VOICE
440 247-8275 FAX
SCOTTLAW@SCOTT-SCOTT.COM
WWW.SCOTT-SCOTT.COM

Thank you for your help with this matter.

Sincerely,

Edmund W. Searby, Esq.
Counsel for Parker Hannifin Corporation
and Authorized Designee

cc: Thomas A. Piraino, Jr., Esq.
General Counsel
Parker Hannifin Corporation
6035 Parkland Boulevard
Cleveland, Ohio 44124-4141

COOPERTIRES

COOPER TIRE & RUBBER COMPANY
701 Lima Avenue • Findlay, OH 45840-2315

PHILIP G. WEAVER
VICE PRESIDENT
CHIEF FINANCIAL OFFICER

Phone: 419.424.4320
Fax: 419.424.4212

July 27, 2006

In re Rubber Chemicals Antitrust Litigation (Bayer)
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

RE: *In re Rubber Chemicals Antitrust Litigation*,
MDL No. 04-1648 (N.D. Calif.)
Notice of Request for Exclusion from Class Action Settlement
with Bayer Defendants

Gentlemen:

Pursuant to the Notice of Proposed Settlement of Class Action and Hearing on Settlement Approval, Plan of Allocation, and Request for Attorneys' Fees and Costs with respect to the Bayer Defendants in the above-referenced action, the entities listed on Attachment A (the "Cooper opt-outs") hereby request exclusion from the class plaintiffs' settlement with the Bayer Defendants for themselves, their predecessors-in-interest, and their parents, subsidiaries, affiliates and their predecessors-in-interest, except that Nishikawa Standards, Inc., Cooper Standard Automotive, Inc. and Standard Products Company are not included within this opt-out notice. Except for these entities, it is the intention of the Cooper opt-outs to exclude from this class settlement with the Bayer Defendants all current or former related Cooper entities that had rubber chemicals purchases (or other chemicals included in the class settlement) during the class settlement period and on whose behalf the Cooper opt-outs have the authority to act. The Cooper opt-outs also reserve the right to amend, correct, add to or subtract from this list as additional information not currently available comes to light. I am legally authorized to execute and submit this request for exclusion on behalf of the entities identified herein and in Attachment A.[1]

[1] The Cooper opt-outs have diligently endeavored to identify all present or predecessor parent, subsidiary, or affiliate entities that have rubber chemicals purchases (or other chemicals included in the settlement agreement) during the class settlement period with the Bayer Defendants, and the Cooper opt-outs intend to exclude any entities that may have been inadvertently omitted.

The following contact information may be used for the Cooper opt-outs:

James E. Kline, Esq.
Cooper Tire & Rubber Company
701 Lima Avenue
Findlay, OH 45840
Telephone: (419) 427-4757

Philip G. Weaver,
Vice-President, Chief Financial Officer
of Cooper Tire & Rubber Company

BCR/cmc
Attachment

**ATTACHMENT "A"**
**TO**
**COOPER'S NOTICE OF REQUEST FOR EXCLUSION FROM CLASS ACTION SETTLEMENT WITH BAYER DEFENDANTS**

Cooper Tire & Rubber Company (including, but not limited to, any rubber chemicals purchases by or in the name of Cooper Consignment, Cooper Non-Consignment, Cooper Engineered Products, Cooper Industrial Products, Inc., North American Rubber, Inc., and any rubber chemicals purchases made by or for any Cooper-owned entity and shipped to an Indiana or Arkansas location prior to July 1, 2001)

Oliver Rubber Company (including, but not limited to, any rubber chemicals purchases by or in the name of Oliver Tire & Rubber and any rubber chemicals purchases made by or in the name of Standard Products Company but shipped to an Oliver Rubber Company location)

Cooper-Avon Tyres, Ltd.

Cooper International Trading, Inc.

Cooper Tire & Rubber International Trading Ltd.

COOPER TIRES

COOPER TIRE & RUBBER COMPAN
701 Lima Avenue • Findlay, OH 45840

7160 3901 9847 4971 0779

RETURN RE STED

Gilardi & Co., LLC
P. O. Box 8060
San Rafael, CA 94912-8060

RECEIVED
JUL 31 2006
CLAIM CENTER

UNITED STATES POSTAGE
PITNEY BOWES
$ 04.64⁰
02 1A
0004608089
JUL 27 2006
MAILED FROM ZIP CODE 45840

94912X8060

Law Department

August 4, 2006

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

RE: *In re Rubber Chemicals Antitrust Litigation*, MDL No. 04-1648 (N.D. Calif.) - Notice of Request for Exclusion from Class Action Settlement with Bayer Defendants

Gentlemen:

Pursuant to the Notice Settlement in Class Action and Hearing on Settlement Approval, Plan of Allocation, and Request for Attorneys' Fees and Costs with respect to the Bayer Defendants in the above-referenced action, the entities listed on Attachment A (the "Continental N.A. opt-outs") hereby request exclusion from the class plaintiffs' settlement with the Bayer Defendants for themselves, their predecessors-in-interest, and their parents, subsidiaries, affiliates and their predecessors-in-interest. It is the intention of the Continental N.A. opt-outs to exclude from this class settlement with the Bayer Defendants all current or former related Continental entities headquartered or organized in North America (including the United States and any State thereof, Canada and any Province thereof, and Mexico and any part thereof), which had rubber chemicals purchases (or other chemicals included in the class settlement) during the class settlement period and on whose behalf the Continental N.A. opt-outs have the authority to act. The Continental N.A. opt-outs also reserve the right to amend, correct, add to or subtract from this list as additional information not currently available comes to light.[1]

[1] The Continental N.A. opt-outs have diligently endeavored to identify all present or predecessor parent, subsidiary, or affiliate entities headquartered or organized in North America that have rubber chemicals purchases (or other chemicals included in the settlement agreement) during the class settlement period with the Bayer Defendants. The Continental N.A. opt-outs intend to exclude any entities that may have been inadvertently omitted.

Continental
One Continental Drive
Auburn Hills, MI 48326

Telephone 248 393-6514
Facsimile 248 393-8722

The following contact information may be used for the Continental N.A. opt-outs:

George R. Jurch III, Esq.
Continental Tire North America, Inc.
One Continental Drive
Auburn Hills, MI 48326-1581
(248) 393-6514

George R. Jurch III, Esq.
Secretary of Continental Automotive, Inc.
and Assistant Secretary of Continental Tire
North America, Inc.

**ATTACHMENT A**

**TO**

**CONTINENTAL'S REQUEST FOR EXCLUSION OF NORTH AMERICAN ENTITIES FROM CLASS ACTION SETTLEMENT WITH BAYER DEFENDANTS**

Continental Automotive, Inc.
Continental Tire North America, Inc. (f/k/a General Tire, Inc. and Continental General Tire, Inc.)
ContiTech North America, Inc.
Continental Teves, Inc.
Temic Automotive of North America, Inc.
Continental Products Corporation
Continental Automotive Licensing Corporation
CTNA Manufacturing Limited Partnership
CTNA Holding Corporation
CG Tire, Inc.
General Tire de México S.A. de C.V.
Compania Hulera Euzkadi, S.A. de C.V.
Continental Tire de Mexico, S.A. de C.V.
Continental Tire Servicios, S.A. de C.V.
Continental Llantera Potosina, S.A. de C.V.
Continental Tire Canada, Inc. (f/k/a Continental General Tire, Inc. (Canada))
DynaGen, Inc.
General Tire International Company
Englewood Services, Inc.
General Tyre and Rubber Co.
General Tyre East Africa Ltd.
Compania Ecuatoriana del Caucho, S.A.
Andujar S.A.
GTY Tire Company

**Continental**

August 4, 2005

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

RE: *In re Rubber Chemicals Antitrust Litigation*, MDL No. 04-1648 (N.D. Calif.) - Notice of Request for Exclusion from Class Action Settlement with Bayer Defendants

Gentlemen:

Pursuant to the Notice Settlement in Class Action and Hearing on Settlement Approval, Plan of Allocation, and Request for Attorneys' Fees and Costs with respect to the Bayer Defendants in the above-referenced action, the entities listed on Attachment A (the "Continental non-N.A. opt-outs") hereby request exclusion from the class plaintiffs' settlement with the Bayer Defendants for themselves, their predecessors-in-interest, and their parents, subsidiaries, affiliates and their predecessors-in-interest. It is the intention of the Continental non-N.A. opt-outs to exclude from this class settlement with the Bayer Defendants all current or former related Continental entities headquartered or organized outside of North America (including the United States and any State thereof, Canada and any Province thereof, and Mexico and any part thereof), which had rubber chemicals purchases (or other chemicals included in the class settlement) during the class settlement period and on whose behalf the Continental non-N.A. opt-outs have the authority to act.[1] The Continental non-N.A. opt-outs also reserve the right to amend, correct, add to or subtract from this list as additional information not currently available comes to light.[2]

[1] Some Continental entities headquartered or organized in North America also are included on Attachment A, and they intend, along with the non-North American entities listed and to the extent they have the authority to do so, to exclude themselves, their parents, subsidiaries, affiliates, and all related predecessors-in-interest from the class plaintiffs' settlement with the Bayer Defendants.

[2] The Continental non-N.A. opt-outs have diligently endeavored to identify all present or predecessor parent, subsidiary, or affiliate entities headquartered or organized outside of North America (or headquartered or organized in North America, for the North American entities listed) that have rubber chemicals purchases (or other chemicals included in the settlement agreement) during the class settlement period with the Bayer Defendants. The Continental non-N.A. opt-outs intend to exclude any entities that may have been inadvertently omitted.

The following contact information may be used for the Continental non-N.A. opt-outs:

George R. Jurch III, Esq.
Continental Tire North America, Inc.
One Continental Drive
Auburn Hills, MI 48326-1581
(248) 393-6514

Dr. Christian zur Nedden
Head of Law, Patents & Licenses for
Continental AG

**ATTACHMENT A**
**TO**
**CONTINENTAL'S REQUEST FOR EXCLUSION OF NON-NORTH AMERICAN ENTITIES FROM CLASS ACTION SETTLEMENT WITH BAYER DEFENDANTS**

Continental Aktiengesellschaft (a/k/a "Continental AG")
Continental Caoutchouc-Export-Aktiengesellschaft
Continental do Brasil Produtos Automotivos Lda.
ContiTech Hycop AB (formerly Hycop AB)
ContiTech Scandinavia AB
Semperit Ireland Ltd.
I.T.U. Sarl.
Continental UK Group Holdings Ltd. (formerly Uniroyal Englebert Tyres Ltd.)
Continental Investment Ltd.
Viking Tyres (UK) Ltd.
Continental Tyre Investment UK Ltd.
Continental Tyres Ltd.
Continental Tyre Group Ltd. (formerly Continental Tyre & Rubber Group Ltd (UK))
Semperit (UK) Ltd.
CAS-One Holdinggesellschaft mbH
Continental Holding France S.á r.l. (including predecessor C.I.F.M. SA)
Continental France SNC (formerly Sicup SNC – Pneu Uniroyal and Continental Pneus SNC)
Continental Teves France SNC
Alphalor SNC
Conti Tech United Kingdom Ltd.
Continental Teves UK Ltd.
Continental Teves AG & Co. OHG
Alfred Teves Beteiligungsgesellschaft mbH
Teves Servicios S.A. de C.V.
Conti Automotive Servicios S.A. de C.V.
UMB Beteiligungsgesellschaft mbH
Conti Temic micro-electronic GmbH (a/k/a Continental Temic)
Holding ContiTech SA
ContiTech France SNC
ContiTech Anoflex S.N.C. (and ContiTech Anoflex SAS)
Anoflex Ltd.
Uniroyal Englebert Reifen GmbH
Union-Mittelland-Gummi-GmbH & Co. Grundbesitz KG
Temic Elektroantriebssysteme Gmbh
Temic Automotive Phillippines Inc.
Temic Automotive Electric Motors GmbH
ASM Automobil-System-Montagen Gmbh
Temic Servicios S.A. de C.V.
Temic Telefunken micro-electronic Hungary Kft.
Temic Automotive (Singapore) Pte. Ltd.

2111828.01

Shanghai SIM-Temic Electronics Co. Ltd.
ADC Automotive Distance Control Systems GmbH
Semperit Reifen Ges. M. b. H. (a/k/a Semperit Reifen GmbH)
Continental Daek Danmark A/S
ContiTech Kautschuk- und Kunststoffvertriebs-Ges. m.b.H.
Wohlfahrtseinrichtung fur die Arbeiter und Angestellten der Semperit Ges. m.b.H.
Barum Continental spol.s r.o
Rundpneu Beteilgungsgesellschaft m.b.H.
Profi Reifen- und Auto-service Ges.m.b.H.
Contintental Group Products Ltd.
Continental Hungaria Kft.
PSG Hungaria Kft.
VERGOLST GmbH
Reifen Apel GmbH
Reifen Kauffmann GmbH
Reifenservice Clemens & Hegel GmbH
Continental HT Tyres s.r.o.
Continental Suisse S.A.
Adam Touring AG
Adam Touring GmbH
Pneu Etter AG
CAS-Two Holdinggesellschaft mbH
Advance Tyre Company Ltd.
Irish Tyre Centres Ltd.
Capwell Tyre Center Ltd.
Conti Versicherungsdienst Vericherungsvermittlungsgesellschaft mbH
Tyre Reinsurance (Ireland) Ltd.
balance gmbH, Handel u. Beratungsservice im Gesundheitswesen
Continental Tyre and Rubber Singapore Pte. Ltd.
Vogtländische Reifenwerke Sitz Bad Nauheim GmbH
Continental ISAD Electronic Systems Geschäftsführungsges mbH
Continental ISAD Electronic Systems GmbH & Co. OHG
Continental ISAD Electric Motors Verwaltungs GmbH
IMAS A.E.
Syrma A.E.
Continental Benelux SA (formerly Pneu Uniroyal Englebert S.A.)
U.T.I. SA (and UTI N.V.)
EuCo S.A.
Conti Gummi Finance B.V.
Correx Handelsgesellschaft fur Kautschukprodukte mbH
Continental Opony Polska spol. z o o.
ContiTech Verwaltungs-GmbH
ContiTech Techno-Chemie GmbH
ContiTech Formpolster GmbH
ContiTech Elastomer-Beschichtungen GmbH
ContiTech Printing Blanket Shanghai Co., Ltd.
ContiTech Vibration Control GmbH (formerly ContiTech Formteile – Hanover, GE)
ContiTech Vibration Control s.r.o.

ContiTech Luftfedersysteme GmbH
ContiTech Lastik Sanayi ve Ticaret AS
ContiTech Dis Ticaret Ltd.
ContiTech Schlauch GmbH
ContiTech Transportbandsysteme GmbH
ContiTech Kühner Beteiligungsges. mbh
Steinebronn Beteiligungs Gmbh
ContiTech Kühner GmbH & Cie.KG
ContiTech Antriebssysteme GmbH
ContiTech Romania s.r.l.
Formpolster GmbH
ContiTech Vibration Control Slovakia s.r.o.
ContiTech-Jiebao Power Transmission Systems Ltd.
ContiTech Grand Ocean Chang Chun Co. Ltd.
ContiTech Hungaria Kft.
Continental Italia SpA
FSC Franchising Service Company S.p.A.
Caucho Tecnica SA
ContiTech Mexicana S.A. de C.V.
ContiTech Fluid Mexicana S.A. de C.V.
ContiTech Consulting Mexicana S.A. de C.V.
ContiTech Dae Won Airspring Systems Co. Ltd.
Göppinger Kaliko GmbH
Benecke-Kaliko AG
Unterstützungskasse m. beschränkter Haftung der Göppinger Kaliko-und Kunstleder-Werke GmbH
J.H. Benecke Holding GmbH
Beneform GmbH
Benoac Fertigteile GmbH
Continental Tyre Sudafrica (Pty.) Ltd. (including Continental Tyre (Namibia) (Pty.) Ltd., Windhoek / Namibia)
REG Reifen-Entsorgungsgesellschaft mbH
ROSEA Grandstücks-vermietungsgesellschaft mbH & Co. Objekt Hannover-Stöcken KG
Continental Automotive Products s.r.l.
Continental Matador s r.o.
Continental Gislaved Däck AB
Continental Däck Sverige AB
Continental Rengas OY
Dekman Sverige AB
Gilex AB
Continental Dekk Norge A/S
Dekkman A/S
Continental Automotive Mexicana S.A. de C.V.
Continental-Mabor Industria de Pneus SA (a/k/a Continental Mabor)
Continental Pneus (Portugal), S.A.
Continental-Lemmerz Componentes para Automoveis Lda.
SCP-Sociedade Comercial de Pneus Lda.
Industria Textil do Ave SA



2131839.01

Continental Teves Portugal – Sistemas de Travagem Lda.
INFA Iniciativas Fabris Lda.
FIBRA Fibra Commercial Lusitana Lda.
TAP Textil Artificial do Porto Lda.
Continental Industrias del Caucho, S.A.
PSC Servicio de Franquicias SA
Continental Tires España S.L.U.
Sime Tyres International (M) Sdn. Bhd. (and its predecessor Sime Rubber Industries Sdn. Bhd.)
Continental Sime Tyre Marketing Sdn.Bhd (formerly Simex Marketing Sdn. Bhd., and its predecessor Sime Tyres Marketing Sdn. Bhd)
DMIB Berhad
Continental výroba pneumatik s.r.o.
Continental Teves Hungaria Kft.
Continental Teves Czech Republic s.r.o.
Continental Teves Japan Ltd.
Continental Teves Corporation Japan K.K.
Continental Teves Korea Corporation Ltd.
Continental Teves Corp. Lian Yun Geng Co. Ltd.
SDC Research Sdn. Bhd.
Simex Engineered Rubber Products Sdn. Bhd.
Simex Tyres Sdn. Bhd.
Sime Kitaran Bumi Sdn. Bhd
DMIB (Singapore) Pte. Ltd.
Simex Europe Ltd.
SDI Finance Ltd.
Contract Tyre Equipment Ltd.
Continental Automotive Products s.r.l.
General Tyre & Rubber Co.
The General Tire & Rubber Company of Morocco Ltd.
The General Tyre & Rubber Company of Pakistan Ltd.
Société Financière du Pneumatique S.A.S.
Hjulsystem MCP AB
Korso Industriebeteiligungsgesellschaft mbH
Leukos Handelsgesellschaft für Kautschukprodukte mbH
Enlog Ensamblaje Logistica de Conjuntos, S.A.
Drahtcord Saar Geschäftsführungs GmbH
Drahtcord Saar GmbH & Co. KG
Radsystem GmbH
ContiTech-INA Beteiligungsges. Mbh
ContiTech-INA GmbH & Co. KG
ContiTech Fluid Shanghai Co. Ltd.
Sansuy Benecke Ltda.
Continental Teves Taiwan Co. Ltd.
Shanghai Automotive Brake Systems Co. Ltd.

Kommanditgesellschaft Deutsche Gasrubwerke GmbH & Co.
Barum Centrum Praha s.r.o
Barum Continental Slovakia spol. s.r.o.

Barum Kafka s.r.o
Pneu Kafka a.s.
CAS Slovakia s.r.o.
ContiTemic Electronics (Phil.) Ltd.
Continental Tires F.US Ltd.
Kemi Intressen
Continental Rubber Inc.
Continental Rubber Products
Continental Industria de Pneus S.A.
ContiTech Power Transmission Systems Ltd.
ContiTech Extrusions GmbH
ContiTech Fluid GmbH
ContiTech Conveyor Belt GmbH
Macomass Bratislava
O.Sundstrom AB
ContiTech AG (and its predecessors ContiTech Holding GmbH and ContiTech Benecke-Kaliko Verwaltungs-GmbH)
ContiTech-Universe Verwaltungs-GmbH
ASYC Acoustic Systems Corporation GmbH
Conseo GmbH
Eddelbüttel & Schneider GmbH
Hagufa Versicherungsdienst GmbH
INTECH Thüringen GmbH
IPM GmbH
Metallgummi GmbH
Mündener Gummiwerk GmbH
Phoenix Aktiengesellschaft
Phoenix Automotive GmbH
Phoenix Beteiligungsgesellschaft mbH
Phoenix Compounding Technology GmbH
Phoenix Conveyor Belt Systems Asia GmbH
Phoenix Conveyor Belt Systems GmbH
Phoenix Dichtungstechnik GmbH
Phoenix Fluid Handling Industry GmbH
Phoenix Industrieanlagen Verwaltungs GmbH
Phoenix Service GmbH & Co. KG
Phoenix Traffic Technology GmbH
Phoenix Verwaltungsgesellschaft mbH
Phoenix Vibration Control B.V.
Sechste Phoenix Verwaltungs GmbH
Siebte Phoenix Verwaltungs GmbH
TGB Transportgummi Blankenburg GmbH

Conveyor Belt Systems Phoenix Kft.
Dunlop Oil & Marine Ltd.
Evergomma S.r.l.
Gumimüvek Phoenix Hungaria Kft.
Immobiliara Bausatz S.L.
MACFI Manufactura de Caucho y Fibra S.A.

Phoenix Airspring Technology Ltd.
Phoenix B.V.
Phoenix Beattie Corp.
Phoenix Beattie Ltd.
Phoenix Benelux B.V.B.A.
Phoenix Distribution S.a.r.l.
Phoenix Elastomerprodukte Vertriebsgesellschaft mbH
Phoenix Fluid Handling Ltd.
Phoenix France S.a.r.l.
Phoenix GB Ltd.
Phoenix Norden AB
Phoenix North America Inc.
Phoenix Oil & Marine Ltd.
Phoenix Romania S.r.l.
Phoenix Rubber Asia Pacific Pte Ltd.
Phoenix Rubber Iberica S.L.
Phoenix Rubber Industrial Ltd.
Phoenix Rubber Products SDN.BHD.
Phoenix Rubber S.A., Pty Ltd.
Phoenix Unio S.R.L.
Phoenix Vibracoustic Ltd.
Phoenix Yule Ltd., Indian
Vest-Izol A.S.
Beattie Industrial Ltd.
Phoenix Shanxi Conveyor Belt Co. Ltd.

DICKSTEINSHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

# FAX TRANSMISSION

AUG 0 4 2006

Claim Center

| DATE | CLIENT NO | |
|---|---|---|
| August 4, 2006 | R6650.0000 | |
| RECIPIENT | COMPANY | |
| <<Gilardi & Company | | |
| FAX | PHONE | |
| 415-256-9756 | 415-461-0410 | |
| SENDER | TIMEKEEPER NO | PHONE |
| Jodi Trulove | 3138 | (202) 420-4713 |
| PAGES (INCLUDING COVER SHEET) | HARD COPY TO FOLLOW | [X] YES [ ] NO |
| 12 | | |
| | SENT BY | DATE/TIME |

As outside counsel for Continental Tire, please find enclosed two opt out letters for the Bayer class settlement in *In re: Rubber Chemicals Antitrust Litigation*, MDL No. 1648 (N.D. Calif.). One letter is for the North American Continental Tire entities, and one is for the Non-North American entities. Copies are also being sent to your offices via overnight delivery.

Please feel free to call me at 202-420-4713 if you have any questions.

* **Admitted to practice law in Washington, DC and New York; not admitted in California.**

If your receipt of this transmission is in error, please notify this firm immediately by collect call to our Facsimile Department at (202) 420-2200, and send the original transmission to us by return mail at the address above.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated agent is strictly prohibited.

crowell moring

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Alexandre de Gramont
(202) 624-2517
adegramont@crowell.com

August 3, 2006

4511:pah
101692.0000001

VIA FIRST CLASS & CERTIFIED MAIL –
RETURN RECEIPT REQUESTED

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Re: *In re Rubber Chemicals Antitrust Litigation*, MDL Docket No. C-04-1648 (MJJ) (Bayer Settlement)

Dear Claims Administrator:

We are writing to inform you that Yokohama Tire Corporation ("Yokohama"), and each of its respective past and present parents, subsidiaries, affiliates, officers, directors, employees, agents, attorneys, servants, representatives (and the parents', subsidiaries', and affiliates' past and present officers, directors, employees, agents, attorneys, servants, and representatives), and their predecessors, successors, heirs, executors, administrators, and assigns request exclusion from the Class described in the Notice of Class Action dated June 26, 2006 in *In re Rubber Chemicals (Bayer) Litigation*. The entities requesting exclusion include, but are not limited to, the Yokohama entities listed on the attached Schedule "A." This opt-out letter is intended to comply with the Notice of Class Action dated June 26, 2006.

Please remove the foregoing entities from any Class list you have compiled or that you compile in the future.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

crowell moring

Sincerely,

Alex de Gramont
PAH

Alex de Gramont

## Schedule A

Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

The Yokohama Rubber Company
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Corporation of North America
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Friend Tire Company
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

SAS Rubber Company
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Tire (Canada) Inc.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Tyre Australia Pty., Ltd.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Schedule A



Yokohama Reifen GmbH
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Italia S.p.A.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama HPT Ltd.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Scandinavia AB
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Suisse S.A.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Tyre Taiwan Co., Ltd
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Tire Philippines, Inc.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Tyre Vietnam Company
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Hangzhou Yokohama Tire Co., Ltd.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Rubber (Thailand) Co., Ltd.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

YH America, Inc.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

Yokohama Aerospace America, Inc.
c/o Yokohama Tire Corporation
1500 Indiana St.
P.O. Box 3250
Salem, VA 24153

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

crowell moring

Alexandre de Gramont
(202) 624-2517
adegramont@crowell.com

August 3, 2006

4511:pah
101692.0000001

VIA FIRST CLASS & CERTIFIED MAIL –
RETURN RECEIPT REQUESTED

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Re: *In re Rubber Chemicals Antitrust Litigation*, MDL Docket No. C-04-1648 (MJJ) (Bayer Settlement)

Dear Claims Administrator:

We are writing to inform you that Milliken & Company ("Milliken"), and each of its respective past and present parents, subsidiaries, affiliates, officers, directors, employees, agents, attorneys, servants, representatives (and the parents', subsidiaries', and affiliates' past and present officers, directors, employees, agents, attorneys, servants, and representatives), and their predecessors, successors, heirs, executors, administrators, and assigns request exclusion from the Class described in the Notice of Class Action dated June 26, 2006 in *In re Rubber Chemicals (Bayer) Litigation*. The entities requesting exclusion include, but are not limited to, the Milliken entities listed on the attached Schedule "A." This opt-out letter is intended to comply with the Notice of Class Action dated June 26, 2006.

Please remove the foregoing entities from any Class list you have compiled or that you compile in the future.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

crowell moring

Sincerely,

Alex de Gramont
PAA

Alex de Gramont

**SCHEDULE A**

Milliken & Company
920 Milliken Rd.
Spartanburg, SC 29303

Milliken Chemical
920 Milliken Rd.
Spartanburg, SC 29303

Milliken Serviços Ltda.
Av. Das Naçiõs Unidas 12.551, Cj2205-B
22 Andar 04578-903
Sao Paulo, Brazil

Milliken Europe NV
Ham 18
9000 Gent, Oost-Vlaanderen
Belgium

Milliken Asia PTE LTD
438B Alexandra Road
Singapore

Milliken Turf Products
920 Milliken Rd.
Spartanburg, SC 29303

Baskahegan Company
RR1
Brookton, ME 04413

Lockhart Power Co.
420 River St.
Lockhart, SC 29364

Milliken Floor Covering (Milliken Carpet)
P.O. Box 2956
La Grange, GA 30241

Milliken Carpet Europe
Beech Hill Plant, Gidlow Lane
Wigan, United Kingdom

Schedule A
August 3, 2006
Page 2 of 3

5TUDIOMilliken
5 Berry Street
London, United Kingdom

Milliken Japan K.K.
Toronomon 33 Mori Bldg 9F
Tokyo, Japan

Milliken International Middle East Israel
Warba Center, Apt. 104 Murqabat Road
Dubai, Dubai

Autotex-Airbag SA
Plaza de la Escalada, 3
Oviedo, Spain

Milliken France SA
la Barnaude, St. Julien en Saint Alban
07000 Privas Ardeche, France

Milliken Fabrics SA
Route Templeaux Le Guerard
80240 Roisel Somme, France

Milliken Germany GmbH
Uerdinger Str. 88
Düsseldorf, Germany

Viktor Achter GmbH
Tilberger Str. 15
41751 Viersen, Nordrhein-Westfalen, Germany

Victor Achter GmbH & Co. KG
Tilberger Str. 15
41751 Viersen, Nordrhein-Westfalen, Germany

Viola Textilwerke Achter & Co. KG
Tilberger Str. 15
41751 Viersen, Nordrhein-Westfalen, Germany

Milliken Denmark A/S
Fabriksvej 5
Morke, Denmark

Milliken Industrials Ltd UK
Gidlow Lane
Wigan, United Kingdom

Strachan & Company
United Kingdom

William Playne & Co. Ltd
United Kingdom

Winterbothan, Strachan & Playne Ltd
United Kingdom

WOM International Ltd.
Cherrycourt Way, Stanbridge Rd.
Leighton Buzzard, United Kingdom

Pageday Ltd.
United Kingdom

Colwood Glade Ltd (WOM International Limited)
United Kingdom

Pageday Carriers & Forwarding Ltd
United Kingdom

Walk Off Mats Ltd
United Kingdom

W.O.M. Polymers Ltd
Middleton, United Kingdom

Walk Off Mats Nordic AB
Utländsk Adr – Foreign Adr
Malmoe, Sweden

crowell moring

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 • p202 624-2500 • f202 628-5116

Alexandre de Gramont
(202) 624-2517
adegramont@crowell.com

August 3, 2006

4511:pah
101692.0000001

<u>VIA FIRST CLASS & CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Re: *In re Rubber Chemicals Antitrust Litigation*, <u>MDL Docket No. C-04-1648 (MJJ) (Bayer Settlement)</u>

Dear Claims Administrator:

We are writing to inform you that Bridgestone Americas Holding, Inc. ("Bridgestone"), and each of its respective past and present parents, subsidiaries, affiliates, officers, directors, employees, agents, attorneys, servants, representatives (and the parents', subsidiaries', and affiliates' past and present officers, directors, employees, agents, attorneys, servants, and representatives), and their predecessors, successors, heirs, executors, administrators, and assigns request exclusion from the Class described in the Notice of Class Action dated June 26, 2006 in *In re Rubber Chemicals (Bayer) Litigation*. The entities requesting exclusion include, but are not limited to, the Bridgestone entities listed on the attached Schedule "A." This opt-out letter is intended to comply with the Notice of Class Action dated June 26, 2006.

Please remove the foregoing entities from any Class list you have compiled or that you compile in the future.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

crowell moring

Sincerely,

Alex de Gramont
AAH

Alex de Gramont

# SCHEDULE A

Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone/Firestone North American Tire, LLC
535 Marriott Drive
Nashville, TN 37214

BFS Diversified Products, LLC
310 E 96th Street
Indianapolis, IN 46240

Firestone Polymers, LLC
381 W. Wilbeth Road
Akron, OH 44319

Bridgestone APM Company
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone Aircraft Tire (USA), Inc.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Firestone Building Products Company
525 Congressional Blvd.
Carmel, IN 46032

Firestone Industrial Products Company
701 Congressional Blvd.
Suite 140
Carmel, IN 46032

Firestone Natural Rubber Company
381 W. Wilbeth Road
Akron, OH 44319

Firestone Synthetic Rubber Company
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Firestone Tube Company
2700 East Main Street
Russellville, AR 72801

Bridgestone/Firestone Canada, Inc.
5770 Hurontario Street, Suite 400
Mississauga, Ontario, Canada L5R 3G5

Bridgestone – Decatur, IL
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – Bloomington, IL
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – Des Moines, IA
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – Lake Charles, LA
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – Wilson, NC
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – Oklahoma City, OK
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – South Carolina
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – Lavergne, TN
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – Morrison, TN
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone – Nashville, TN
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Dayton Tire & Rubber Company
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone/Firestone de Mexico, S.A. de C.V.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone/Firestone do Brasil Industriae Comercio Ltda.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Schedule A

Page 4 of 7

Bridgestone/Firestone Argentina S.A.I.C.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone/Firestone de Costa Rica, S.A.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone/Firestone Venezolana, C.A.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone/Firestone Chile, S.A.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone Corporation
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone TRK Co., Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone Australia Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone New Zealand Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Schedule A

Page 5 of 7

Thai Bridgestone Co., Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone NCR Co., Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone India Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone (Tianjin) Tire Co., Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone (Shenyang) Tire Co., Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Shenyang Bridgestone Co., Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone Aircraft Tire Co. (Asia) Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone Taiwan Co., Ltd.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Schedule A



Bridgestone Italia S.p.A.
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

Bridgestone Poland Limited Liability Company
c/o Bridgestone Americas Holding, Inc.
535 Marriott Drive
Nashville, TN 37214

crowell moring
1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 • p202 624-2500 • f202 628-5116

Alexandre de Gramont
(202) 624-2517
adegramont@crowell.com

August 3, 2006

4511:pah
101692.0000001

<u>VIA FIRST CLASS & CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Re: *In re Rubber Chemicals Antitrust Litigation*, <u>MDL Docket No. C-04-1648 (MJJ) (Bayer Settlement)</u>

Dear Claims Administrator:

We are writing to inform you that Bandag, Incorporated ("Bandag"), and each of its respective past and present parents, subsidiaries, affiliates, officers, directors, employees, agents, attorneys, servants, representatives (and the parents', subsidiaries', and affiliates' past and present officers, directors, employees, agents, attorneys, servants, and representatives), and their predecessors, successors, heirs, executors, administrators, and assigns request exclusion from the Class described in the Notice of Class Action dated June 26, 2006 in *In re Rubber Chemicals (Bayer) Litigation*. The entities requesting exclusion include, but are not limited to, the Bandag entities listed on the attached Schedule "A." This opt-out letter is intended to comply with the Notice of Class Action dated June 26, 2006.

Please remove the foregoing entities from any Class list you have compiled or that you compile in the future.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

crowell moring

Sincerely,

Alex de Gramont

Alex de Gramont

## Schedule A

Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

Bandag Licensing Corporation
c/o Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

Bandag Canada Ltd.
c/o Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

Bandag de Mexico, S.A. de C.V.
c/o Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

Bandag A.G.
c/o Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

Bandag Canada Ltd.
c/o Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

Bandag Europe N.V.
c/o Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

Bandag do Brasil Ltda
c/o Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

Bandag B.V.
c/o Bandag Incorporated
2905 North Highway 61
Muscatine, IA 52761

crowell moring
1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Alexandre de Gramont
(202) 624-2517
adegramont@crowell.com

August 3, 2006

4511:pah
101692.0000001

<u>VIA FIRST CLASS & CERTIFIED MAIL – RETURN RECEIPT REQUESTED</u>

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Re: *In re Rubber Chemicals Antitrust Litigation*, <u>MDL Docket No. C-04-1648 (MJJ) (Bayer Settlement)</u>

Dear Claims Administrator:

We are writing to inform you that The Lubrizol Corporation ("Lubrizol"), and each of its respective past and present parents, subsidiaries, affiliates, officers, directors, employees, agents, attorneys, servants, representatives (and the parents', subsidiaries', and affiliates' past and present officers, directors, employees, agents, attorneys, servants, and representatives), and their predecessors, successors, heirs, executors, administrators, and assigns request exclusion from the Class described in the Notice of Class Action dated June 26, 2006 in *In re Rubber Chemicals (Bayer) Litigation*. This opt-out letter is intended to comply with the Notice of Class Action dated June 26, 2006.

Please remove the foregoing entities from any Class list you have compiled or that you compile in the future.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

Sincerely,

Alex de Gramont

Alex de Gramont

crowell moring
1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p202 624-2500 ▪ f202 628-5116

Alexandre de Gramont
(202) 624-2817
adegramont@crowell.com

August 3, 2006

4511:pah
101692.0000001

VIA FIRST CLASS & CERTIFIED MAIL –
RETURN RECEIPT REQUESTED

*In re Rubber Chemicals Antitrust Litigation (Bayer)*
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

Re: *In re Rubber Chemicals Antitrust Litigation*, MDL Docket No. C-04-1648 (MJJ) (Bayer Settlement)

Dear Claims Administrator:

We are writing to inform you that Pirelli North America, Inc. ("Pirelli"), and each of its respective past and present parents, subsidiaries, affiliates, officers, directors, employees, agents, attorneys, servants, representatives (and the parents', subsidiaries', and affiliates' past and present officers, directors, employees, agents, attorneys, servants, and representatives), and their predecessors, successors, heirs, executors, administrators, and assigns request exclusion from the Class described in the Notice of Class Action dated June 26, 2006 in *In re Rubber Chemicals (Bayer) Litigation*. This opt-out letter is intended to comply with the Notice of Class Action dated June 26, 2006.

Please remove the foregoing entities from any Class list you have compiled or that you compile in the future.

Thank you for your assistance in this matter. Please contact us if you have any questions or require additional information.

crowell moring

Sincerely,

Alex de Gramont

KENNY NACHWALTER

1100 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327
TELEPHONE 305.373.1000
FACSIMILE 305.372.1861
WWW.KENNYNACHWALTER.COM

Direct Line:
(305) 381-7472
E-Mail:
wblechman@kennynachwalter.com

August 4, 2006

In Re Rubber Chemicals Antitrust Lit. (Bayer)
c/o Gilardi & Co., LLC
Post Office Box 8060
San Rafael, CA 94912-8060

***Via Certified Mail - R/R/R***

Re: ***Request For Exclusion***

Gentlemen:

We are writing to let you know that The Goodyear Tire & Rubber Company, and its predecessors, successors, subsidiaries, agents, affiliates, partnerships in which it has a majority interest, acquisitions, assignors, divisions, departments and offices, request exclusion from the Class described in the Notice of Settlement in Class Action dated June 26, 2006 in *In re Rubber Chemicals Antitrust Litigation*. The entities requesting exclusion include, but are not limited to, the Goodyear entities listed on the attached Schedule "A." This opt-out letter is intended to apply both to any other federal or state class action that purports to assert an antitrust claim on behalf of the opt-out entities against the Defendants referenced in the foregoing Notice, and to comply with the Notice itself. It is not intended for any other purpose.

Please remove the foregoing entities from any Class list you have compiled or that you compile in the future, and mail to us all pleadings, motions and other papers hereafter served in the case.

If you have any questions about this exclusion notice, please call us at the telephone number in the letterhead.

Thank you for your assistance.

Very truly yours,

William J. Blechman

WJB:mb

cc: Richard A. Koffman, Esquire (via fax, w/enc.)
On Behalf of Class Counsel

Steven O. Sidener, Esquire (via fax, w/enc.)
On Behalf of Class Counsel

Suzanne L. Cuba, Esquire (via fax, w/encl.)
On Behalf of Bayer

Enclosures

262083.1

*In Re Rubber Chemicals Antitrust Lit. (Bayer)*
*Request for Exclusion*

## SCHEDULE "A"

| ENTITY NAME | ADDRESS FOR CLASS NOTICE |
|---|---|
| Belt Concepts of America, Inc. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Compania Anonima Goodyear de Venezuela | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Compania Goodyear del Peru S.A. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Compania Goodyear, S. de R.L. de C.V. (formerly Compania Hulera Goodyear Oxo, S.A., de C.V.) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Compania Goodyear, S.A. de C.V. (formerly Goodyear Oxo) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Cosmoflex, Inc. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Dunlop Airsprings | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Dunlop GmbH & Co. KG (formerly SP Reifenwerke GmbH, Dunlop GmbH, Pneumant Reifen & Gummi Werke GmbH and Pneumant Reifen GmbH & Co. KG) represented by RVM Reifen Vertriebsmanagement GmbH | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Dunlop Tyres Limited | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| GD Fulda Vermogensverwaltungs GmbH (formerly Fulda Reifen GmbH) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |

*In Re Rubber Chemicals Antitrust Lit. (Bayer)*
*Request for Exclusion*

| ENTITY NAME | ADDRESS FOR CLASS NOTICE |
|---|---|
| GD Furstenwalde Vermogensverwaltungs GmbH (formerly Pneumant Reifen GmbH) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Quingdao Engineered Elastomers Co., Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear (Thailand) Public Company Limited | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Belting Pty. Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Canada Inc. (including former Granford Manufacturing, Inc. merged into Goodyear Canada) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Dalian Tire Company, Limited | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear de Chile S.A.I.C. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear de Colombia S.A. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear do Brasil Productos de Borracha Ltda. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Dunlop Tires Europe B.V. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Dunlop Tires France (merger of former Goodyear France S.A. and Dunlop France S.A.) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |

*In Re Rubber Chemicals Antitrust Lit. (Bayer)*
*Request for Exclusion*

| ENTITY NAME | ADDRESS FOR CLASS NOTICE |
|---|---|
| Goodyear Dunlop Tires Germany GmbH | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Dunlop Tires Hellas SAIC (formerly Goodyear Hellas SAIC) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Dunlop Tires North America, Ltd. (successor in interest of claims and assets of Dunlop Tire Corporation) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Dunlop Tyres UK Limited (formerly Goodyear Great Britain Ltd.) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Engineered Products Europe, d.o.o. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear GmbH & Co. KG (formerly Fulda Reifen GmbH, Gummiwerke Fulda GmbH, Deutsche Goodyear Holdings GmbH, Deutsche Goodyear GmbH, Goodyear GmbH and Fulda Reifen GmbH & Co. KG) represented by RVM Reifen Vertriebsmanagement GmbH | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear India Limited | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Italiana S.p.A. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Jamaica Limited | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Lastikleri T.A.S. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |

*In Re Rubber Chemicals Antitrust Lit. (Bayer)*
*Request for Exclusion*

| ENTITY NAME | ADDRESS FOR CLASS NOTICE |
|---|---|
| Goodyear Luxembourg Tires S.A. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Malaysia Berhad | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Maroc S.A. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear (Nederland) B.V. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Philippines Inc. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Productos Industriales, C.A. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Productos Industriales, S. de R.L. de C.V. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear S.A. (a French corporation) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear S.A. (a Luxembourg corporation) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear South Africa (Proprietary) Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear South Asia Tyres Private Limited | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |

*In Re Rubber Chemicals Antitrust Lit. (Bayer)*
*Request for Exclusion*

| ENTITY NAME | ADDRESS FOR CLASS NOTICE |
|---|---|
| Goodyear Taiwan Limited | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Goodyear Tyres Pty. Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Gran Industria de Neumaticos Centroamericana S.A. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Neumaticos Goodyear S.R.L. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Nippon Giant Tire Co., Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Pacific Dunlop Tyres Pty. Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Polar Retreading (Pty.) Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| PT Goodyear Indonesia Tbk. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| PT Goodyear Sumatra Plantations | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Sava Tire d.o.o. (surviving corporation of merger, formerly named Sava Tires Joint Venture Holding d.o.o.) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Servicios Y Montajes Eagle S. de R.L. de C.V. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |

*In Re Rubber Chemicals Antitrust Lit. (Bayer)*
*Request for Exclusion*

| ENTITY NAME | ADDRESS FOR CLASS NOTICE |
|---|---|
| South Pacific Tyres | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| South Pacific Tyres N. Z. Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| T.C. Debica S.A. (a/k/a Tire Company Debica S.A., formerly Firma Oponiarska "Debica" Spolka Akcyjna) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| The Goodyear Tire & Rubber Company (survivor of merger with The Kelly-Springfield Tire Company) | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Tren Tyre Holdings | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Tren Tyre (Pty) Ltd. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Tycon Retreading Products (Pty) Limited | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Wingfoot de Chihuahua, S. de R.L. de C.V. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |
| Wingfoot Commercial Tire Systems, L.L.C. | 1144 East Market Street<br>Dept. 701-B<br>Akron, Ohio 44316-0001 |

262084.1

LAW OFFICES
**KENNY NACHWALTER, P.A.**
1100 MIAMI CENTER • 201 SOUTH BISCAYNE BOULEVARD
MIAMI, FLORIDA 33131-4327

**TELEPHONE: (305) 373-1000** **FACSIMILE: (305) 372-1861**

# FACSIMILE TRANSMISSION COVER SHEET

| | | |
|---|---|---|
| **DATE:** | August 7, 2006 | |
| **FROM:** | William J. Blechman, Esq. | **Direct Dial:** (305) 373-1000 |
| **TO:** | **RECIPIENT(S):** | **FAX NUMBER(S):** |
| | Richard A. Koffman, Esquire<br>COHEN MILSTEIN HAUSFELD & TOLL | (202) 408-4699 |
| | Steven O. Sidener, Esquire<br>GOLD BENNETT CERA & SIDENER | (415) 777-5189 |
| | Suzanne L. Cuba, Esquire<br>JONES DAY | (202) 626-1700 |
| | GILARDI & CO., LLC | (415) 461-0412 |
| **Pages including cover sheet:** | 9 | |
| **Document(s) Transmitted:** | Letter from W. Blechman to Gilardi & Co. August 7, 2006. | |
| **Message:** | | |
| **Our File No:** | 2720 | |
| **IF TRANSMISSION IS NOT COMPLETE, PLEASE CALL Office Services at (305) 373-1000.** | | |
| **Original** | ☐ **Will not follow** | **Will follow via:**<br>☐ **regular mail**<br>☐ **overnight delivery**<br>☐ **hand delivery** |

The information contained in this facsimile message is a privileged and confidential communication intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone. Thank you.

ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP

BOSTON
DALLAS
LOS ANGELES
MINNEAPOLIS
SAN FRANCISCO
WASHINGTON, D.C.
BEIJING*
SHANGHAI*
*In association with ZY & Partners

44 MONTGOMERY STREET - SUITE 3400
SAN FRANCISCO, CA 94104
415-693-0700 TELEPHONE
415-693-0770 FACSIMILE
www.zelle.com

Joseph W. Bell
jbell@zelle.com
Direct Dial: (415) 633-1902

July 28, 2006

In re Rubber Chemicals Antitrust Litigation (Bayer)
c/o Gilardi & Co., LLC
P.O. Box 8060
San Rafael, CA 94912-8060

*Re:* *Request for Exclusion*
File Number: 2-500-0019

Dear Sir or Madam:

We represent the companies listed below. Pursuant to the Notice of Settlement in Class Action and Hearing on Settlement Approval, Plan of Allocation and Request for Attorneys' Fees and Costs in *In re: Rubber Chemicals Antitrust Litigation*, United States District Court for the Northern District of California MDL Docket No. C-04-1648 (MJJ), the below listed companies hereby request exclusion from the Settlement Class in connection with the Bayer Settlement.

Caterpillar Inc.
100 N.E. Adams Street
Peoria, IL 61629

Carlisle Companies Incorporated
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277

Carlisle Corporation
13925 Ballantyne Corporate Place, Suite 400
Charlotte, NC 28277

Carlisle Engineered Products, Inc. (f/k/a Geauga Company)
900 South Wiley Street
Crestline, OH 44827

Carlisle Power Transmission Products, Inc.
(names of predecessors in interest include
Dayco Products LLC and Mark IV Industries, Inc.)
One Prestige Place
Miamisburg, OH 45342

Carlisle SynTec Incorporated
1285 Ritner Highway
P.O. Box 7000
Carlisle, PA 17013

Carlisle Tire & Wheel Company
23 Windham Boulevard
Aiken, SC 29805

Tensolite Company
100 Tensolite Drive
St. Augustine, FL 32092

Very truly yours,

Joseph W. Bell

Joseph W. Bell

ZELLE, HOFMANN, VOELBEL, MASON & GETTE
A LIMITED LIABILITY PARTNERSHIP
44 MONTGOMERY STREET
SUITE 3400
SAN FRANCISCO, CA 94104
2-382-0002

SAN FRANCISCO
CA 941
03 AUG 2006 PM

RECEIVED
AUG 0 4 2006
CLAIM CENTER

In re EPDM Antitrust Litigation (Bayer)
c/o Gilardi & Co., LLC
3301 Kerner Avenue
San Rafael, CA 94901

94901+4856