

RECEIVED

06 SEP -7 PM 3: 26

WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

SEP 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-04-1648 (MJJ) |
| THIS DOCUMENT RELATES TO: | **CLASS ACTION** |
| C-03-01496 MJJ<br>C-03-01516 MJJ<br>C-03-02477 MJJ<br>C-03-02805 MJJ<br>C-03-03147 MJJ<br>C-03-03418 MJJ<br>C-04-00197 MJJ | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Julie E. McEvoy, an active member in good standing of the bar of the District of Columbia, whose business address and telephone number is:

Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001
Tel: (202) 879-3939

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Bayer AG and Bayer Corporation ("the Bayer Defendants") in the above-entitled action,

1

1      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

3 *vice*. Service of papers upon and communication with co-counsel designated in the application

4 will constitute notice to the party. All future filings in this action are subject to the requirements

5 contained in General Order No. 45, *Electronic Case Filing*.

6

7 Dated: 9/12/2006

8                                Honorable Martin J. Jenkins
                               United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF JULIE E. McEVOY *PRO HAC VICE*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


IN RE: RUBBER CHEMICALS ANTITRUST
LITIGATION et al,

Plaintiff,

v.

IN RE: RUBBER CHEMICALS ANTITRUST
LITIGATION et al,

Defendant.
_____/

Case Number: CV04-01648 MJJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
Court, Northern District of California.

That on September 12, 2006, I SERVED a true and correct copy(ies) of the attached, by placing
said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office
delivery receptacle located in the Clerk's office.


Amy K. Pohl
Jones Day
One Mellon Center
31st Floor
Pittsburgh, PA 15219

Benjamin G. Bradshaw
Charles E. Borden
Richard G. Parker
O'Melveny & Meyers LLP
1625 Eye Street, NW
Washington, DC 20006

Debra H. Dermody
Reed Smith
435 - Sixth Avenue
Pittsburgh, PA 15219-1886

Julie E. McEvoy
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

Mark A. Racanelli
O'Melveny & Meyers LLP

7 Times Sqaure
New York, NY 10036

Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

Michael G. Nast
Roda & Nast
801 Estelle Drive
Lancaster, PA 17601

Michael L. Roberts
Roberts Law Firm
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790

Michael R. Rickman
The Goodyear Tire & Rubber Company
Dept. 701-B
1144 East Market Street
Akron, OH 44316-00001

Robert Anthony Klein
Conrad O'Brien Gellman & Rohn
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Dated: September 12, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk