FILED

SEP 12 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 MJJ |
|---|---|
| | Class Action |
| | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN INTERIM AWARD OF ATTORNEYS' FEES FROM THE BAYER SETTLEMENT AND REIMBURSEMENT OF EXPENSES |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | Date: September 12, 2006<br>Time: 9:30 a.m.<br>Place: Courtroom of Hon. Martin J. Jenkins<br>Courtroom 11, 19th Floor |

Plaintiffs and defendants Bayer AG and Bayer Corporation (collectively referred to as "Bayer") entered into the Amended Global Settlement Agreement and Rubber Chemicals Implementing Settlement Agreement (jointly, "Settlement Agreement") to fully and finally resolve the Class' claims against Bayer and other Releasees. On June 26, 2006, the Court entered its Order Granting Preliminary Approval of Settlement with the Bayer Defendants ("Preliminary Approval Order"). Among other things, the Preliminary Approval Order authorized Plaintiffs to disseminate notice of the settlement, the fairness hearing, and related matters to the Class. Notice was provided to the Class pursuant to the Preliminary Approval Order.

//

//

1        Plaintiffs' Motion For An Interim Award Of Attorneys' Fees and Reimbursement of
2 Expenses came on for hearing on September 12, 2006 after reasonable notice had been given to
3 the Class in accordance with this Court's Preliminary Approval Order. Having considered the
4 motion, the argument of counsel, and good cause appearing therefor, the Court hereby finds that:

5     1.     The Court has jurisdiction over the subject matter of this litigation.

6     2.     Terms capitalized in this Order have the same meanings as those used in the
7 Settlement Agreement.

8     3.     An award of interim attorneys' fees and reimbursement of expenses is approved in
9 an amount equal to the Attorneys' Fee Fund which Bayer has deposited into Escrow. The fees
10 and costs awarded herein shall be paid to Class Counsel from the Attorneys' Fee Fund in ten (10)
11 business days from the date of this Order subject to the terms of the Rubber Chemicals
12 Implementing Settlement Agreement. This award of interim attorneys' fees and unreimbursed
13 expenses is based on the recovery from Bayer.

14     4.     Class Counsel are hereby awarded interest on the attorneys' fees and expense
15 reimbursement awarded above to the extent earned by the Attorneys' Fee Fund since deposited
16 by Bayer.

17     5.     The foregoing award is based on the excellent recovery achieved for the benefit of
18 the Class in a complicated matter and the fact that the award represents a reasonable percentage
19 of the overall recovery obtained for the benefit of the Plaintiffs and the Class from Bayer. The
20 settlement was attained following an extensive investigation of the facts. It resulted from
21 vigorous arm's-length negotiations which were undertaken in good faith by counsel with
22 significant experience litigating antitrust class actions.

23 //
24 //
25 //
26 //
27 //
28 //

1  6. Class Counsel, as designated by the Court (Gold Bennett Cera & Sidener LLP and
2 Cohen, Milstein, Hausfeld & Toll, P.L.L.C.), shall allocate the attorneys' fees awarded herein
3 among other counsel based on their assessment of the respective relative contributions by other
4 counsel to the prosecution of the case on behalf of the Class.

5 **IT IS SO ORDERED.**
6 Dated: September 12, 2006

_____
JUDGE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: RUBBER CHEMICALS ANTITRUST
LITIGATION et al,

        Plaintiff,

v.

IN RE: RUBBER CHEMICALS ANTITRUST
LITIGATION et al,

        Defendant.
                              /

Case Number: CV04-01648 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 12, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Amy K. Pohl
Jones Day
One Mellon Center
31st Floor
Pittsburgh, PA 15219

Benjamin G. Bradshaw
Charles E. Borden
Richard G. Parker
O'Melveny & Meyers LLP
1625 Eye Street, NW
Washington, DC 20006

Debra H. Dermody
Reed Smith
435 - Sixth Avenue
Pittsburgh, PA 15219-1886

Julie E. McEvoy
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001

Mark A. Racanelli
O'Melveny & Meyers LLP

7 Times Sqaure
New York, NY 10036

Michael D. Hausfeld
Cohen Milstein Hausfeld & Toll
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934

Michael G. Nast
Roda & Nast
801 Estelle Drive
Lancaster, PA 17601

Michael L. Roberts
Roberts Law Firm
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223-1790

Michael R. Rickman
The Goodyear Tire & Rubber Company
Dept. 701-B
1144 East Market Street
Akron, OH 44316-00001

Robert Anthony Klein
Conrad O'Brien Gellman & Rohn
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Dated: September 12, 2006

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk