A CERTIFIED TRUE COPY

AUG 2 1 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 3 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1648

M 04-1648 MJJ

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE RUBBER CHEMICALS ANTITRUST LITIGATION

*Bridgestone Americas Holding, Inc., et al. v. Chemtura Corp., et al.,* M.D. Tennessee, C.A. No. 3:06-650

FILED
AUG 30 2006

### CONDITIONAL TRANSFER ORDER (CTO-2)

On December 21, 2004, the Panel transferred two civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 350 F.Supp.2d 1366 (J.P.M.L. 2004). Since that time, one additional action has been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Martin J. Jenkins.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Jenkins.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 21, 2004, and, with the consent of that court, assigned to the Honorable Martin J. Jenkins.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION