

FILED
JAN 09 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-filing*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C-04-1648 MJJ<br><br><u>Class Action</u><br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF PLAN OF ALLOCATION OF CROMPTON SETTLEMENT PROCEEDS |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS. | Date:  January 9, 2007<br>Time:  9:30 a.m.<br>Place: Courtroom of Hon. Martin J. Jenkins<br>        Courtroom 11, 19th Floor |

   Plaintiffs' Motion for Final Approval of Proposed Settlement with Crompton and Approval of the Plan of Allocation ("Motion") came on for hearing on January 9, 2007. The Court has considered the Motion, the supporting papers, the argument of counsel, and all other arguments presented at the hearing. Due and adequate notice having been given to the Class, and good cause appearing, the Court hereby finds that:

   1.   This Court has jurisdiction over the subject matter of the Motion and all matters relating thereto, including all members of the Class.

   2.   Due and adequate notice of the proposed Plan of Allocation was provided to the Class. The Notice of Settlement In Class Action And Hearing On Settlement Approval, Plan of Allocation and Request for Attorneys' Fees ("Class Notice"), which sets forth the proposed Plan

#115742

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF PLAN OF ALLOCATION OF CROMPTON SETTLEMENT PROCEEDS - MDL Docket No. C-04-1648 MJJ          -1-

1  of Allocation, was mailed to all members of the Class who could be reasonably identified and
2  was posted on the Claims Administrator's website. In addition, a summary notice explaining
3  how to obtain the Class Notice was published in the national edition of *The Wall Street Journal*,
4  *Rubber & Plastics News*, and *Chemical Market Reporter*. Notice of the Plan of Allocation has
5  been given in accordance with the Court's Order Granting Preliminary Approval of Proposed
6  Settlement With The Crompton Defendants, entered October 25, 2006.

7      3.    The Class Notice adequately advised the Class of the Plan of Allocation and their
8  right to object to it. Full and fair opportunity was provided to the members of the Class to be
9  heard regarding the proposed Plan of Allocation and the notice requirements of Rule 23(e) of the
10 Federal Rules of Civil Procedure and of due process have been satisfied. No Class Member
11 objected to the proposed Plan of Allocation.

12     4.    The Plan of Allocation set forth in the Class Notice is, in all respects, fair,
13 adequate and reasonable to the Settlement Class. Accordingly, the Court hereby grants final
14 approval of the Plan of Allocation.

15 **IT IS SO ORDERED.**

17 Dated: 1/9 , 2007

                              JUDGE MARTIN J. JENKINS
                              UNITED STATES DISTRICT JUDGE