A CERTIFIED TRUE COPY

FEB - 6 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FEB - 6 2007

FILED
CLERK'S OFFICE

*DOCKET NO. 1648*

M 04-1648 MJJ

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

**FILED**

*IN RE RUBBER CHEMICALS ANTITRUST LITIGATION*

FEB 1 2 2007

*Korea Kumho Petrochemical Co., Ltd. v. Flexsys America, L.P., et al.*, N.D. Ohio, C.A. No. 1:06-1791

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# *BEFORE WM. TERRELL HODGES,\* CHAIRMAN, D. LOWELL JENSEN,\* J. FREDERICK MOTZ, ROBERT L. MILLER, JR., KATHRYN H. VRATIL, DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL*

## *TRANSFER ORDER*

Before the Panel is a motion brought, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), by defendants in an action pending in the Northern District of Ohio. Movants ask the Panel to vacate its order conditionally transferring the action to the Northern District of California for inclusion in the centralized pretrial proceedings occurring there in this docket before Judge Martin J. Jenkins. Responding plaintiff supports transfer of the action.

On the basis of the papers filed and hearing session held (without oral argument), the Panel finds that this action involves common questions of fact with actions in this litigation previously transferred to the Northern District of California, and that transfer of the action to that district for inclusion in the coordinated or consolidated pretrial proceedings occurring there will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The Panel is persuaded that transfer is appropriate for reasons expressed by the Panel in its original order directing centralization in this docket. In that order, the Panel held that the Northern District of California was a proper Section 1407 forum for actions brought under the Sherman Act to recover for violations arising in the context of an alleged conspiracy to fix the price of rubber chemicals. *See In re Rubber Chemicals Antitrust Litigation*, 350 F.Supp.2d 1366 (J.P.M.L. 2004).

Defendants' opposition to transfer is principally predicated on the fact that this action was previously transferred, pursuant to 28 U.S.C. § 1404, from the Central District of California to the Northern District of Ohio, where defendant Flexsys America, L.P., has an earlier-filed patent infringement action pending against this action's plaintiff. That order of transfer, however, was largely based on claims raised in the original complaint that are absent from the first amended complaint. While some overlap between the two actions may remain, defendants themselves have stated to the Northern District of Ohio court that there are only a few witnesses who will testify concerning facts

---

\* Judges Hodges and Jensen took no part in the disposition of this matter.

-2-

common to both actions, and have largely recommended against coordinating discovery in the two actions. Moreover, defendants acknowledge that this action shares at least some common questions of fact with the actions in this litigation previously transferred to the Northern District of California.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Martin J. Jenkins for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

FOR THE PANEL:

J. Frederick Motz
Acting Chairman