E-Filing

1  COOLEY GODWARD KRONISH LLP
   MARTIN S. SCHENKER (109828)
2  (mschenker @ cooley.com)
   101 California Street, 5th Floor
3  San Francisco, CA 94111-5800
   Telephone: (415) 693-2000
4  Facsimile: (415) 693-2222

5  COOLEY GODWARD KRONISH LLP
   WILLIAM J. SCHWARTZ (admitted *pro hac vice*)
6  (wschartz @ cooley.com)
   JASON M. KORAL (admitted *pro hac vice*)
7  (jkoral@cooley.com)
   1114 Avenue of the Americas
8  New York, NY 10036-7798
   Telephone: (212) 479-6000
9  Facsimile: (212) 479-6275

10 Attorneys for Defendant
   JOSEPH B. EISENBERG

11              UNITED STATES DISTRICT COURT

12     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

13

14 | IN RE RUBBER CHEMICALS LITIGATION | MDL Document No. C 04-1648 (MJJ)

15 | THIS DOCUMENT RELATES TO: | Case No. C 06-5700 (MJJ)

16 | BRIDGESTONE AMERICAS HOLDING, | **STIPULATION TO EXTEND BRIEFING**
17 | INC., BRIDGESTONE FIRESTONE NORTH | **SCHEDULE PURSUANT TO CIVIL**
   | AMERICAN TIRE, LLC, BANDAG | **LOCAL RULE 6-2 AND [PROPOSED]**
18 | INCORPORATED, and PIRELLI TIRE, LLC | **ORDER**

19              Plaintiffs,

20          v.

21 | CHEMTURA CORPORATION, UNIROYAL
   | CHEMCIAL COMPANY, INC., JAMES J.
22 | CONWAY, JOSEPH B. EISENBERG,
   | MICHAEL J. DUCHESNE and PETER D.
23 | WELCH

24              Defendants.

25      Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern

26 District of California, counsel for Plaintiffs Bandag, Incorporated and Pirelli Tire, LLC

27 (collectively, "Plaintiffs") and counsel for Defendants Michael J. Duchesne, Joseph B.

28

STIPULATION AND [PROPOSED] ORDER
MASTER DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700

Eisenberg, and Peter D. Welch, and James J. Conway (collectively, "Defendants") submit this Stipulation and [Proposed] Order:

WHEREAS, Plaintiff's action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C. § 1407(c) and docketed with this Court on September 19, 2006;

WHEREAS, an amended complaint was filed on September 22, 2006;

WHEREAS, Defendants each individually filed a motion to dismiss the complaint on January 16, 2007;

WHEREAS, pursuant to the Stipulation and Order dated January 24, 2007 and ordered February 5, 2007, the hearing on the motions to dismiss was continued to March 6, 2007 and Defendants were accordingly required file and serve their reply briefs on or before February 20, 2007;

WHEREAS, pursuant to Notice by the Clerk of this Court, the motions to dismiss were reset to April 18, 2007;

WHEREAS, the parties have agreed to an extension of time for the filing on the reply briefs to take into account the intervening federal holiday and the resetting of the hearing on the motions to dismiss;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH COUNSEL OF RECORD, THAT:

Defendants shall file and serve their reply briefs on or before March 13, 2007.

**IT IS SO STIPULATED.**

Dated: February 20, 2007          **CROWELL & MORING LLP**

R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone:   (949) 263-8400
Facsimile:    (949) 263-8414

2

STIPULATION AND [PROPOSED] ORDER
MASTER DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700

Kent A. Gardiner
Alexandre de Gramont
Rhonda M. Galaz
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:   (202) 624-2500
Facsimile:   (202) 628-5116

Attorneys for Bandag, Incorporated and Pirelli Tire, LLC

Dated: February 26, 2007                    ROPES & GRAY LLP

_____
Jason Brown (admitted *pro hac vice*)
Rachel Nash (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:   (212) 596-9000
Facsimile:   (212) 596-9090

Attorneys for Defendant Michael J. Duchesne

Dated: February 20, 2007                    COOLEY GODWARD KRONISH LLP

_____
William J. Schwartz (admitted *pro hac vice*)
Jason M. Koral (admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone:   (212) 856-9600
Facsimile:   (212) 856-9494

Attorneys for Defendant Joseph B. Eisenberg

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

3

STIPULATION AND [PROPOSED] ORDER
MASTER DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700

1                       ADDITIONAL SIGNATURE PAGE TO
2     STIPULATION TO EXTEND BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL
                           RULE 6-2 AND [PROPOSED] ORDER
3

4 Dated: February 2̲3̲ 2007        **MORVILLO, ABRAMOWITZ, GRAND, IASON,**
                          **ANELLO & BOHRER, P.C.**
5

6

7                           Barry A. Bohrer (admitted *pro hac vice*)
                           E. Scott Schirick (admitted *pro hac vice*)
8                           565 Fifth Avenue
                           New York, NY 10017
9                           Telephone:  (212) 856-9600
                           Facsimile:  (212) 856-9494
10

                           Attorneys for Defendant Peter D. Welch
11 Dated: February ___, 2007      **PILLSBURY WINTHROP SHAW & PITTMAN LLP**

12

13

14                         Mark R. Hellerer (admitted *pro hac vice*)
                           Ranah L. Esmiali
15                         1540 Broadway
                           New York, New York 10036
16                         Telephone:    (212) 858-1000
                           Facsimile:    (212) 858-1500
17

18                         Attorneys for Defendant James J. Conway

19 **GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT:**

20          Defendants shall file and serve their reply briefs to the motions to dismiss on or

21 before March 13, 2007.

22

23

24 **IT IS SO ORDERED.**

25 Dated: _____, 2007   BY:_____

26                         Honorable Martin J. Jenkins
                         United States District Court for the Northern
27                         District of California

28

   4

1
2
ADDITIONAL SIGNATURE PAGE TO
STIPULATION TO EXTEND BRIEFING SCHEDULE PURSUANT TO CIVIL LOCAL
RULE 6-2 AND [PROPOSED] ORDER

3

4    Dated: February ___, 2007          **MORVILLO, ABRAMOWITZ, GRAND, IASON,
                                         ANELLO & BOHRER, P.C.**

5

6                                        _____
                                         Barry A. Bohrer (admitted *pro hac vice*)
7                                        E. Scott Schirick (admitted *pro hac vice*)
                                         565 Fifth Avenue
8                                        New York, NY  10017
                                         Telephone:  (212) 856-9600
                                         Facsimile:   (212) 856-9494
9
10                                       Attorneys for Defendant Peter D. Welch

11   Dated: February 21, 2007           **PILLSBURY WINTHROP SHAW & PITTMAN LLP**

12

13                                       _____
                                         Mark R. Hellerer (admitted *pro hac vice*)
14                                       Ranah L. Esmaili
                                         1540 Broadway
15                                       New York, New York  10036
                                         Telephone:       (212) 858-1000
16                                       Facsimile:        (212) 858-1500

17                                       Attorneys for Defendant James J. Conway

18

19   GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT:

20            Defendants shall file and serve their reply briefs to the motions to dismiss on or

21   before March 13, 2007.

22

23   IT IS SO ORDERED.

24   Dated: February 26_____, 2007     BY: _____

25
26                                       Honorable Martin J. Jenkins
                                         United States District Court for the Northern
27                                       District of California

28

         4
                        STIPULATION AND [PROPOSED] ORDER
         MASTER DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700