Michael F. Tubach (SB #145955)
Steven E. Conigliaro (SB # 232102)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Ian Simmons (admitted *pro hac vice*)
Benjamin G. Bradshaw (SB #189925)
O'MELVENY & MYERS LLP
1625 Eye St. NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants
CHEMTURA CORPORATION, and
UNIROYAL CHEMICAL COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-04-1648 (MJJ) |
| | Case No. C 06-5700 (MJJ) |
| THIS DOCUMENT RELATES TO: | (Hearing: May 23, 2007) |
| BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BANDAG INCORPORATED, and PIRELLI TIRE, LLC., | CLASS ACTION<br><br>[PROPOSED] ORDER CALENDARING HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS |
| Plaintiffs, | |
| v. | |
| CHEMTURA CORPORATION, UNIROYAL CHEMICAL COMPANY, INC., JAMES J. CONWAY, JOSEPH B. EISENBERG, MICHAEL J. DUCHESNE and PETER D. WELCH, | |
| Defendants. | |

[PROPOSED] ORDER CALENDARING HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS--MASTER DOCKET NO. C-04-1648 (MJJ)

1     With respect to the motions previously set for argument on April 18, 2007, the parties have met and conferred for an alternative date and have also conferred with the Court. The Court suggested Wednesday May 23, 2007, a date that is acceptable to counsel. Accordingly,

    IT IS HEREBY ORDERED THAT:

    The motions previously set for April 18, 2007, shall be heard on Wednesday, May 23, 2007, at 2:30 p.m.

    IT IS SO ORDERED.

Dated: __3/21__, 2007     By:_____
    HON. MARTIN J. JENKINS
    UNITED STATES DISTRICT JUDGE