UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>This document relates to:<br><br>    C07-1057 MJJ (BZ) | No. C04-1648 MJJ (BZ)<br>    (Lead Case)<br><br>**ORDER DENYING STAY AND BRIEFING ORDER** |

Having reviewed the documents filed in connection with Kumho's Motion To Compel and Flexsys' Motion For a Stay and a Protective Order, **IT IS HEREBY ORDERED** as follows:

    1.   Flexsys' Motion For A Stay Of Discovery is **DENIED**. See SEC v. Small Cap Research Group, 2007 WL 579809, *1 (9th Cir. 2007) (citing Blankenship v. Hearst Corp., 519 F.2d 418, 429 (9th Cir. 1975).

    2.   There is too much historical and extraneous material in these papers to permit the efficient resolution of the current dispute. Accordingly, Kumho shall by **April 5, 2007**, file a memorandum of no more than 10 pages in support of its motion and limited to the European Commission documents. It

1

1 need not re-file the declarations and other documents that
2 support its motion but may cite to the originals.  It should
3 address whether it agrees that the European Commission is
4 opposed to the production of the documents.  The court is
5 concerned about the noted shortcomings in Mr. Arp's
6 declaration.
7     3.  By **April 12, 2007** Flexsys shall file an opposition of
8 up to 10 pages.  It too need not re-file supporting documents.
9     4.  Kumho may file a reply of up to 3 pages by **April 17,**
10 **2007.**
11     If the court concludes that a hearing is necessary it
12 will schedule one, probably for **Wednesday, May 2, 2007 at**
13 **10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building,
14 450 Golden Gate Avenue, San Francisco, California 94102.
15 Dated:  March 28, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BRIEFING ORDER.3.28.07.wpd

2