UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,

No. C04-1648 MJJ (BZ)

THIS DOCUMENT RELATES TO: C07-1057 MJJ

**HEARING ORDER**

At the hearing, the parties should be prepared to address the following issues:

1.  The court is uncertain about the present scope of the discovery dispute.  Is plaintiff seeking all documents called for by Requests 58, 61 and 64 or is plaintiff seeking only correspondence and memoranda from Flexsys' counsel to the EC prepared as part of the negotiations for the disposition reached before that body?

2.  In its submission to the court, the EC claims that it has advanced the position contained in Mr. Mehta's letter filed April 17, 2007 before several other courts.  See footnote 3 for example.  Have any of those courts ruled on the

1

1  question of whether principles of comity support the EC's
2  positions that documents generated as part of the leniency
3  process are not be discoverable in the U.S. civil litigation?
4      Any party wishing to comment on these issues prior to the
5  hearing may do so in a writing of up to 3 pages filed by
6  Wednesday, April 25, 2007.  Relevant opinions may be cited or
7  attached to the aforementioned filing.
8      Finally, defendant shall have the disputed documents
9  available at the hearing in the event the court determines to
10 accept its suggestion for an in camera review.
11 Dated: April 19, 2007
12                          _____
13                               Bernard Zimmerman
                            United States Magistrate Judge
14
   G:\BZALL\-REFS\RUBBER CHEMICALS\HEARING ORDER.wpd

2