1  R. Scott Feldmann (CA Bar No. 169230)
   Daniel A. Sasse (CA Bar No. 236234)
2  Van-Dzung V. Nguyen (CA Bar No. 222832)
   CROWELL & MORING LLP
3  3 Park Plaza, 20th Floor
   Irvine, CA  92614-8505
4  Telephone:  (949) 263-8400
   Facsimile:  (949) 263-8414
5  Email:      sfeldmann@crowell.com
               dsasse@crowell.com
6               vnguyen@crowell.com

7  Kent A. Gardiner
   Clifton S. Elgarten
8  Alexandre de Gramont
   Rhonda M. Galaz (CA Bar No. 228538)
9  CROWELL & MORING LLP
   1001 Pennsylvania Ave., NW
10 Washington, DC 20004
   Telephone:  (202) 624-2500
11 Facsimile:  (202) 628-5116
   Email:      kgardiner@crowell.com
12              adegramont@crowell.com
               rgalaz@crowell.com
13
   Attorneys for Plaintiff Bandag, Incorporated
14

15                 UNITED STATES DISTRICT COURT

16      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18
   IN RE RUBBER CHEMICALS ANTITRUST    )   MDL Docket No. C 04-1648 MJJ
19 LITIGATION                          )   Individual Case No. C 06-5700 MJJ
                                        )
20                                      )
                                        )   **STIPULATION REGARDING**
21                                      )   **DISMISSAL OF TENNESSEE STATE**
   THIS DOCUMENT RELATES TO:            )   **LAW CLAIM AND [PROPOSED]**
22                                      )   **ORDER**
   *Bridgestone Americas Holding, Inc., et al.* )
23 *v. Chemtura Corporation, et al.*    )
   _____  )
24

25      WHEREAS, the individual action, *Bridgestone Americas Holding, Inc., et al. v.*

26 *Chemtura Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to

27 28 U.S.C. § 1407(c) and docketed with this Court on September 19, 2006;

28      WHEREAS, no adverse party has filed an answer nor has any party filed a motion for

                                       1

1   summary judgment in this action;

2           WHEREAS, Bridgestone Americas Holding, Inc., Bridgestone Firestone North American

3   Tire, LLC, and Pirelli Tire, LLC have voluntarily dismissed their action against Defendants

4   pursuant to Rule 41(a)(1);

5           WHEREAS, the remaining Plaintiff, Bandag, Incorporated ("Bandag"), does not intend

6   on asserting Tennessee state antitrust law claims against Defendants; and

7           WHEREAS, as a result of this Stipulation, the parties hereby withdraw all arguments

8   solely addressing Tennessee state antitrust law claims in the pending motions to dismiss,

9   oppositions, and replies thereto, the hearing on which is currently scheduled for May 23, 2007, at

10  2:30 p.m., before Honorable Martin J. Jenkins.

11          NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE

12  PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, THAT:

13          1.      The Second Cause of Action in the Amended Complaint, for violations of

14  Tennessee state antitrust law by Defendants, is dismissed with prejudice.

15          2.      All arguments solely addressing Tennessee state antitrust law claims in the

16  pending motions to dismiss, oppositions, and replies thereto, the hearing on which is currently

17  scheduled for May 23, 2007, at 2:30 p.m., are withdrawn and need not be considered by the

18  Court.

19          3.      All parties will bear their own attorneys' fees and costs.

20          4.      This stipulation and dismissal is without prejudice to the remaining claims filed

21  against Defendants by Bandag in the above-captioned case.  The case will continue on all of

22  Bandag's remaining claims against all Defendants.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    **IT IS SO STIPULATED.**

2    Dated:  March __, 2007                    **CROWELL & MORING LLP**

3

4    _____
     R. Scott Feldmann
5    Daniel A. Sasse
     Van-Dzung V. Nguyen
6    3 Park Plaza, 20th Floor
     Irvine, CA  92614-8505
7    Telephone:     (949) 263-8400
     Facsimile:     (949) 263-8414

8

9    Kent A. Gardiner
     Clifton S. Elgarten
10   Alexandre de Gramont
     Rhonda M. Galaz
11   1001 Pennsylvania Avenue, NW
     Washington, DC  20004
12   Telephone:     (202) 624-2500
     Facsimile:     (202) 628-5116

13
     Attorneys for Bandag, Incorporated
14

15   Dated:  March __, 2007                    **O'MELVENY & MYERS LLP**

16

17   _____
     Ian T. Simmons
18   Matthew R. Cosgrove
     Benjamin G. Bradshaw
19   Nilam A. Sanghvi
     Angela Thaler Wilks
20   1625 Eye Street, NW
     Washington, DC 20006-4001
21   Telephone:     (202) 383-5300
     Facsimile:     (202) 383-5414

22   Attorneys for Defendants Chemtura
     Corporation(formerly known as Crompton Corporation)
23   and Uniroyal Chemical Company, Inc.

24

25              SIGNATURES CONTINUED ON FOLLOWING PAGE

26

27

28

                                    3

1

ADDITIONAL SIGNATURE PAGE TO
STIPULATION REGARDING DISMISSAL OF TENNESSEE STATE LAW CLAIM AND
[PROPOSED] ORDER

2

3

4    Dated:  March __, 2007              **ROPES & GRAY LLP**

5

6                                        Jason Brown (admitted *pro hac vice*)
                                         Rachel Nash (admitted *pro hac vice*)
7                                        1211 Avenue of the Americas
                                         New York, NY 10036-8704
8                                        Telephone:     (212) 596-9000
                                         Facsimile:     (212) 596-9090
9
                                         Attorneys for Defendant Michael J. Duchesne
10

11

12   Dated:  March __, 2007              **COOLEY GODWARD KRONISH LLP**

13

14                                       William J. Schwartz (admitted *pro hac vice*)
                                         Jason M. Koral (admitted *pro hac vice*)
15                                       1114 Avenue of the Americas
                                         New York, NY  10036-7798
16                                       Telephone:     (212) 856-9600
                                         Facsimile:     (212) 856-9494
17
                                         Attorneys for Defendant Joseph B. Eisenberg
18

19   Dated:  March __, 2007              **MORVILLO, ABRAMOWITZ, GRAND, IASON,**
                                         **ANELLO & BOHRER, P.C.**
20

21                                       Barry A. Bohrer (admitted *pro hac vice*)
22                                       E. Scott Schirick (admitted *pro hac vice*)
                                         565 Fifth Avenue
23                                       New York, NY  10017
                                         Telephone:     (212) 856-9600
24                                       Facsimile:     (212) 856-9494

25                                       Attorneys for Defendant Peter D. Welch

26

27              SIGNATURES CONTINUED ON FOLLOWING PAGE

28

1    Dated:  February __, 2007                    **PILLSBURY WINTHROP SHAW & PITTMAN LLP**

2

3    _____

      Mark R. Hellerer (admitted *pro hac vice*)

4    Ranah L. Esmiali
      1540 Broadway
      New York, New York  10036

5    Telephone:        (212) 858-1000
      Facsimile:        (212) 858-1500

6

7    Attorneys for Defendant James J. Conway

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING DISMISSAL OF TENNESSEE STATE LAW CLAIM AND [PROPOSED] ORDER
MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

1         **GOOD CAUSE APPEARING THEREFORE, IT IS SO ORDERED THAT**:

2         1.      The Second Cause of Action in the Amended Complaint, for violations of

3 Tennessee state antitrust law by Defendants, is dismissed with prejudice.

4         2.      All arguments solely addressing Tennessee state antitrust law claims in the

5 pending motions to dismiss, oppositions, and replies thereto, the hearing on which is currently

6 scheduled for May 23, 2007, at 2:30 p.m., are withdrawn and will not be considered by the

7 Court.

8         3.      All parties will bear their own attorneys' fees and costs.

9         4.      This stipulation and dismissal is without prejudice to the remaining claims filed

10 against Defendants by Bandag in the above-captioned case.  The case will continue on all of

11 Bandag's remaining claims against all Defendants.

12         **IT IS SO ORDERED**.

13

14 Dated: _____ 4/18/07 _____, 2007     BY:_____

15         HONORABLE MARTIN J. JENKINS

16         UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF

17         CALIFORNIA

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING DISMISSAL OF TENNESSEE STATE LAW CLAIM AND [PROPOSED] ORDER
MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ