UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: RUBBER CHEMICALS )
ANTITRUST LITIGATION, )
) No. C04-1648 MJJ (BZ)
)
**This document relates to:** )
) **ORDER RE IN CAMERA**
**C07-1057 MJJ (BZ)** ) **INSPECTION**
)
)
)

To assist the court's in camera inspection of the documents in dispute, Flexsys is **ORDERED** by **noon**, on **Wednesday, May 9, 2007** to file a document explaining generally the significance of the use of yellow, blue and green paper in copying the documents and whether the court can assume that the green documents, which appear to be business records, are copies of documents which have already been produced to the plaintiff.

Dated: May 7, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\FLEXSYS.IN CAMERA.ORDER.wpd

1