GIBSON, DUNN & CRUTCHER LLP
DANIEL G. SWANSON, SBN 116556
DSwanson@gibsondunn.com
ANDREW Z. EDELSTEIN, SBN 218023
AEdelstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

GIBSON, DUNN & CRUTCHER LLP
D. JARRETT ARP, pro hac vice
JArp@gibsondunn.com
ADAM J. DI VINCENZO, pro hac vice
ADiVincenzo@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 955-8600

Attorneys for Defendants
FLEXSYS AMERICA L.P., FLEXSYS N.V.,
AKZO NOBEL CHEMICAL INT'L, B.V., AKZO
NOBEL CHEMICALS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>C-07-1057-MJJ | CASE NO. M:04-cv-01648-MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS**<br><br>Old Hearing Date: May 23, 2007<br>Proposed Dates: July ~~11, 12, or~~ 13, 2007<br>Time: ~~To be set by Court~~ 2:30 p.m.<br>Place: Courtroom No. 11<br>Hon. Martin J. Jenkins |
|---|---|

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS

MASTER DOCKET: 04-1648-MJJ/RELATES TO: 07-1057-MJJ

Gibson, Dunn & Crutcher LLP

## STIPULATION

WHEREAS, Defendants have filed a Motion to Dismiss (the "Motion") (ECF Doc. No. 477 in 04-1648; ECF Doc. No. 3 in 07-1057) the operative complaint of Plaintiff Korea Kumho Petrochemicals Co., Ltd. ("Korea Kumho") (Defendants and Korea Kumho are collectively the "Parties");

WHEREAS, the Motion is fully briefed;

WHEREAS, the Motion was set for hearing on Wednesday, May 23, 2007;

WHEREAS, on May 11, 2007, the Court vacated the May 23, 2007 hearing date and directed the Parties to "reach a stipulation on a hearing date and submit it to the Court" (ECF Doc. No. 516 in 04-1648; ECF Doc. No. 48 in 07-1057);

WHEREAS, on Wednesday, May 16, 2007, the Clerk of the Court called counsel for the Defendants and advised that the Court wishes the Motion to be heard in July; and

WHEREAS, the Parties have met and conferred regarding a hearing date and have determined that they are mutually available on July 11, 12, or 13;

**IT IS THEREFORE AGREED AND STIPULATED THAT**:

The Parties propose that the Motion be specially set for a hearing before the Court on July 11, 12, or 13, at any time that is convenient for the Court.

///

///

## ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS ORDERED THAT: The hearing on Defendants' Motion to Dismiss is hereby set for July 13, 2007, at 2:30 p.m.

DATED: 5/29/2007

_____
U.S. District Court Judge

//

///

///

1

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS
MASTER DOCKET: 04-1648-MJJ/RELATES TO: 07-1057-MJJ

Gibson, Dunn & Crutcher LLP

1  Respectfully submitted,

2  DATED: May 18, 2007

                          GIBSON, DUNN & CRUTCHER LLP

                          By: _____/s/_____
                                Andrew Z. Edelstein

Attorneys for Defendants
FLEXSYS AMERICA L.P., FLEXSYS N.V., AKZO NOBEL CHEMICAL INT'L, B.V., AKZO NOBEL CHEMICALS, INC.

DATED: May 18, 2007

HELLER EHRMAN LLP
ROBERT G. BADAL, SBN 81313
robert.badal@hellerehrman.com
WILLIAM H. FORMAN, SBN 150477
william.forman@hellerehrman.com
JEFFREY A. RICHMOND, SBN 155808
jeff.richmond@hellerehrman.com
HELEN H. CHO, SBN 240531
helen.cho@hellerehrman.com
BETHANY L. MARVIN, SBN 245672
bethany.marvin@hellerehrman.com
355 South Hope Street
Los Angeles, CA 90071-3043
Telephone:    (213) 689-0200
Facsimile:    (213) 614-1868

                          By: _____/s/_____
                                Bethany L. Marvin

Attorneys for Plaintiff
KOREA KUMHO PETROCHEMICAL CO., LTD.

     Per General Order No. 45, Rule X, I hereby attest that concurrence in the filing of this document has been obtained from Bethany L. Marvin.

                          By: _____/s/_____
                                Andrew Z. Edelstein

100227465_1.DOC