R. Scott Feldmann (CA Bar No. 169230)
Daniel A. Sasse (CA Bar No. 236234)
Van-Dzung V. Nguyen (CA Bar No. 222832)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:  (949) 263-8400
Facsimile:   (949) 263-8414
Email:         sfeldmann@crowell.com
                    dsasse@crowell.com
                    vnguyen@crowell.com

Kent A. Gardiner
Alexandre de Gramont
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:   (202) 628-5116
Email:         kgardiner@crowell.com
                    adegramont@crowell.com
                    rgalaz@crowell.com

Attorneys for Plaintiff Bandag, Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *Bridgestone Americas Holding, Inc., et al.* ) *v. Chemtura Corporation, et al.* ) ) | MDL Docket No. C 04-1648 MJJ Individual Case No. C 06-5700 MJJ **NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL AND [PROPOSED] ORDER** |

TO THE COURT CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

Please withdraw the appearance of Rhonda M. Galaz as counsel on behalf of plaintiff Bandag, Incorporated in the above-referenced matters.  Effective June 1, 2007, Ms. Galaz will no longer be associated with the law firm of Crowell & Moring LLP and will therefore cease being a counsel of record for Bandag, Incorporated.  Other attorneys at Crowell & Moring LLP have

1  previously filed appearances in these matters on behalf of Bandag, Incorporated and will
2  continue to act as counsel on its behalf.
3  Dated:  May 31, 2007                        **CROWELL & MORING LLP**

           /S/   Van-Dzung V. Nguyen
          R. Scott Feldmann
          Daniel A. Sasse
          Van-Dzung V. Nguyen
          3 Park Plaza, 20th Floor
          Irvine, CA  92614-8505
          Telephone:     (949) 263-8400
          Facsimile:     (949) 263-8414

          Kent A. Gardiner
          Clifton S. Elgarten
          Alexandre de Gramont
          1001 Pennsylvania Avenue, NW
          Washington, DC  20004
          Telephone:     (202) 624-2500
          Facsimile:     (202) 628-5116

          Attorneys for Bandag, Incorporated

**[PROPOSED] ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated:  _____6/6_____, 2007        BY:___/s/ Martin J. Jenkins____

          HONORABLE MARTIN J. JENKINS
          UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF
          CALIFORNIA