1   R. Scott Feldmann (CA Bar No. 169230)
    Daniel A. Sasse (CA Bar No. 236234)
2   Van-Dzung V. Nguyen (CA Bar No. 222832)
    CROWELL & MORING LLP
3   3 Park Plaza, 20th Floor
    Irvine, CA  92614
4   Telephone:  (949) 263-8400
    Facsimile:  (949) 263-8414
5   Email:       sfeldmann@crowell.com
                 dsasse@crowell.com
6                vnguyen@crowell.com

7   Kent A. Gardiner
    Alexandre de Gramont
8   CROWELL & MORING LLP
    1001 Pennsylvania Ave., NW
9   Washington, DC 20004
    Telephone: (202) 624-2500
10  Facsimile:  (202) 628-5116
    Email:       kgardiner@crowell.com
11               adegramont@crowell.com

12   Attorneys for Plaintiff Bandag, Incorporated

13

14

15                  UNITED STATES DISTRICT COURT

16      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

18   IN RE RUBBER CHEMICALS ANTITRUST        )    MDL Docket No. C 04-1648 MJJ
     LITIGATION                              )    Individual Case No. C 06-5700 MJJ
19                                           )
                                             )
20   THIS DOCUMENT RELATES TO:               )    **STIPULATION REGARDING**
                                             )    **EXPERT DISCOVERY [AND]**
21   *Bridgestone Americas Holding, Inc., et al.*  )    **PROPOSED ORDER**
      *v. Chemtura Corporation, et al.*       )
22   _____)

23

24

25

26

27

28

1    Plaintiff and Defendants (collectively, the "Parties") in *Bridgestone Americas Holding,*

2  *Inc., et al. v. Chemtura Corporation, et al.*, Individual Case No. C 06-5700 MJJ (the "Action"),

3  by and through their respective counsel, with regard to respective experts retained by them (both

4  testifying and non-testifying), seek to limit document discovery and HEREBY AGREE AND

5  STIPULATE THAT:

6    1.    Subject to the exception below, notwithstanding any provision of the Federal

7  Rules of Civil Procedure or local rules, no Party shall seek from any other Party document

8  discovery (both electronic and written) of: (a) communications or correspondence between any

9  Party's attorney(s) and expert(s) (both testifying and non-testifying), (b) experts' notes, or (c)

10  draft(s) of any expert's report(s).  The exception to this agreement is that, in the event that an

11  expert is relying on a fact or document provided to him or her by counsel in expressing his or her

12  opinions or in giving testimony, the fact or document upon which the expert is relying shall be

13  discoverable.

14    2.    Nothing herein shall otherwise modify or eliminate any requirements with respect

15  to experts contained in Federal Rule of Civil Procedure 26 or any other applicable local rule.

16    **IT IS SO STIPULATED.**

17  Dated: June __, 2007                    **CROWELL & MORING LLP**

18

19                                          _____

20                                          R. Scott Feldmann
                                            Daniel A. Sasse
                                            Van-Dzung V. Nguyen
21                                          3 Park Plaza, 20th Floor
                                            Irvine, CA  92614-8505
22                                          Telephone:   (949) 263-8400
                                            Facsimile:    (949) 263-8414
23
                                            Kent A. Gardiner
24                                          Alexandre de Gramont
                                            1001 Pennsylvania Avenue, NW
25                                          Washington, DC  20004
                                            Telephone:   (202) 624-2500
26                                          Facsimile:    (202) 628-5116
27
                                            Attorneys for Plaintiff Bandag, Incorporated
28

2

STIPULATION REGARDING EXPERT DISCOVERY AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

ADDITIONAL SIGNATURE PAGE TO STIPULATION REGARDING EXPERT
DISCOVERY AND [PROPOSED] ORDER

Dated:  June __, 2007                    **O'MELVENY & MYERS LLP**

_____
Ian T. Simmons
Matthew R. Cosgrove*
Benjamin G. Bradshaw
Nilam A. Sanghvi*
Angela Thaler Wilks
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants Chemtura Corporation
(formerly known as Crompton Corporation) and
Uniroyal Chemical Company, Inc.

*Admitted in New York Only

Dated:  June __, 2007                    **PILLSBURY WINTHROP SHAW PITTMAN LLP**

_____
Mark Hellerer
Ranah Leila Esmaili
1540 Broadway
New York, NY 10036-4039
Telephone:       (212) 858-1000
Facsimile:        (212) 858-1500

Attorney for Defendant James J. Conway

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

STIPULATION REGARDING EXPERT DISCOVERY AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

1    ADDITIONAL SIGNATURE PAGE TO STIPULATION REGARDING EXPERT
     DISCOVERY AND [PROPOSED] ORDER
2

3    Dated: June __, 2007                    **ROPES & GRAY LLP**

4

5                                            _____

6                                            Jason Brown
                                             Rachel J. Nash
7                                            45 Rockefeller Plaza
                                             New York, NY 10111
                                             Telephone:   (212) 841-5700
8                                            Facsimile:    (212) 841-5725

9                                            Attorneys for Defendant Michael J. Duchesne

10

11   Dated:  June __, 2007                   **COOLEY GODWARD KRONISH LLP**

12

13                                           _____

                                             William J. Schwartz
14                                           Jason M. Koral
                                             1114 Avenue of the Americas
15                                           New York, NY  10036-7798
                                             Telephone:   (212) 856-9600
16                                           Facsimile:    (212) 856-9494

17                                           Attorneys for Defendant Joseph B. Eisenberg

18

19   Dated:  June ___, 2007                  **MORVILLO, ABRAMOWITZ, GRAND, IASON,**
                                             **ANELLO & BOHRER, P.C.**
20

21                                           _____

                                             Barry A. Bohrer
22                                           E. Scott Schirick
                                             565 Fifth Avenue
23                                           New York, NY  10017
                                             Telephone:   (212) 856-9600
24                                           Facsimile:    (212) 856-9494

25                                           Attorneys for Defendant Peter D. Welch

26

27

28                                                    4

1        **GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED, THAT**:

2        1.     Subject to the exception below, notwithstanding any provision of the Federal

3 Rules of Civil Procedure or local rules, no Party shall seek from any other Party document

4 discovery (both electronic and written) of: (a) communications or correspondence between any

5 Party's attorney(s) and expert(s) (both testifying and non-testifying), (b) experts' notes, or (c)

6 draft(s) of any expert's report(s).  The exception to this agreement is that, in the event that an

7 expert is relying on a fact or document provided to him or her by counsel in expressing his or her

8 opinions or in giving testimony, the fact or document upon which the expert is relying shall be

9 discoverable.

10        2.     Nothing herein shall otherwise modify or eliminate any requirements with respect

11 to experts contained in Federal Rule of Civil Procedure 26 or any other applicable local rule.

12        **IT IS SO ORDERED**.

13

14 Dated: _____7/13_____, 2007    BY:_____

15        HONORABLE MARTIN J. JENKINS

16        UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF

17        CALIFORNIA

18

19

20

21

22

23

24

25

26

27

28