1

2

3

4

5

6

7

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12   IN RE: RUBBER CHEMICALS          )
     ANTITRUST LITIGATION,            )
13                                    )     No. C04-1648 MJJ (BZ)
                                      )          (Lead Case)
14                                    )
     This Order relates to:          )     **SCHEDULING ORDER**
15                                    )
     **C06-5700 MJJ (BZ)**               )
16   **BANDAG INC. v. CHEMTURA**         )
     **CORP., et al.**                   )
17                                    )
                                      )
18   _____)

19        On August 2, 2007, I held a telephonic conference

20   regarding the discovery disputes outlined in defendant's July

21   16, 2007 letter.  All interested parties were present through

22   counsel.  **IT IS ORDERED** as follows:

23        1.  By **noon** on **Wednesday, August 8, 2007**, parties shall

24   meet and confer on the record about a date for the deposition

25   and review the topics in the manner done this morning.

26        2.  If they are unsuccessful, Bandag is granted leave to

27   file an appropriate motion for a protective order by **August**

28   **15, 2007**.

                                  1

3.  Any opposition shall be filed by **August 29, 2007.**

4.  Any reply shall be filed by **September 5, 2007.**

5.  If necessary, a hearing on the motion shall be held on **September 19, 2007** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated:  August 2, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BANDAG.CHEMTURA.scheduling.order.8.07.wpd