UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>This Order relates to:<br><br>**C06-5700 MJJ (BZ)**<br>**BANDAG INC. v. CHEMTURA CORP., et al.** | No. C04-1648 MJJ (BZ)<br>(Lead Case)<br><br>**ORDER DENYING MOTIONS TO SEAL DOCUMENTS** |

Having failed to narrowly tailor its request, see Civil Local Rule 79-5(a), plaintiff Bandag, Inc.'s administrative motion to seal "Exhibit 3" [Docket No. 149] is **DENIED**. Having received no Rule 79-5(d) showing from the designating party, defendant Chemtura Corp.'s administrative motion to file "Exhibits 1 and 2" under seal [Docket No. 158] is also **DENIED**. The parties shall file into these documents into the public

///

///

///

1

1  record forthwith.

2  Dated: September 7, 2007

3  _____
          Bernard Zimmerman
4     United States Magistrate Judge

5  G:\BZALL\-REFS\RUBBER CHEMICALS\BANDAG.ORDER.DENY.SEAL.wpd

2