R. Scott Feldmann (CA Bar No. 169230)
Daniel A. Sasse (CA Bar No. 236234)
Van-Dzung V. Nguyen (CA Bar No. 222832)
Chahira Solh (CA Bar No. 248985)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614
Telephone: (949) 263-8400
Facsimile:  (949) 263-8414
Email:      sfeldmann@crowell.com
            dsasse@crowell.com
            vnguyen@crowell.com
            csolh@crowell.com

Kent A. Gardiner
Alexandre de Gramont
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile:  (202) 628-5116
Email:      kgardiner@crowell.com
            adegramont@crowell.com

Attorneys for Plaintiff Bandag, Incorporated
(now Bridgestone Bandag, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MJJ<br>Individual Case No. C 06-5700 MJJ |
| THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al.*<br>*v. Chemtura Corporation, et al.* | **STIPULATION TO AMEND CASE MANAGEMENT ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Plaintiff and Defendants (collectively, the "Parties") in *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, Individual Case No. C 06-5700 MJJ (the "Action"), by and through their respective counsel, submit this Stipulation and [Proposed] Order;

///

1

STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

WHEREAS, Plaintiff's action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C. § 1407(c), and docketed with this Court on September 19, 2006;

WHEREAS, a Case Management Order was entered on October 16, 2007;

WHEREAS, to facilitate on-going discovery, the parties have agreed to an extension of time in the amount of thirty (30) calendar days for all pretrial deadlines except the pretrial conference date and the trial date, and if such an extension causes the date to fall on a weekend, the deadline date shall be set for the Monday following the weekend date;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD THAT:

The case management schedule shall be revised as follows:

| Item | Original Deadline (For All Parties) | Proposed New Deadline (For All Parties) |
|---|---|---|
| Discovery Begins (between Individual Defendants and Bandag only) | July 15, 2007 (between individual defendants and Bandag only) | July 15, 2007 (between individual defendants and Bandag only) |
| Initial Disclosures (between Individual Defendants and Bandag only) | September 12, 2007 (between individual defendants and Bandag only) | September 12, 2007 (between individual defendants and Bandag only) |
| Plaintiff's Expert Reports & Back-Up | December 10, 2007 | January 9, 2008 |
| Defendants' Expert Reports & Back-Up | January 7, 2008 | February 6, 2008 |
| Plaintiff's Rebuttal Reports & Back-Up | February 4, 2008 | March 5, 2008 |
| Deposition of Plaintiff's Experts | Completed by February 19, 2008 | Completed by March 20, 2008 |
| Deposition of Defendants' Experts | Completed by March 4, 2008 | Completed by April 3, 2008 |
| Discovery Cut-Off | April 10, 2008 | Completed by May 12, 2008 |
| Dispositive Motions | April 30, 2008 | May 30, 2008 |
| Oppositions to Dispositive Motions | May 29, 2008 | June 30, 2008 |
| Replies in support of Dispositive Motions | June 19, 2008 | July 21, 2008 |
| Hearing on Dispositive Motions | July 9, 2008 at 2:30 PM | August 12, 2008 |

2

STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

| Item | Original Deadline (For All Parties) | Proposed New Deadline (For All Parties) |
|---|---|---|
| Remand Date | July/August 2008 | August/September 2008 |
| Pretrial Conference | September 16, 2008 at 3:30 PM | September 16, 2008 at 3:30 PM |
| Trial Date[1] | October 6, 2008 at 8:30 AM | October 6, 2008 at 8:30 AM |

IT IS SO STIPULATED.

Respectively submitted,

Dated: November 21, 2007        **CROWELL & MORING LLP**

/s/ Daniel A. Sasse
R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
Chahira Solh
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505

Kent A. Gardiner
Alexandre de Gramont
1001 Pennsylvania Avenue, NW
Washington, DC  20004

Attorneys for Plaintiff Bandag, Incorporated
(now Bridgestone Bandag, LLC)

DC4602017  (Cam No. 101692.005)

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

---

[1] Pursuant to 28 U.S.C. § 1407(a), Defendant Chemtura Corporation submits that the trial date must be set by the transferor court, the Middle District of Tennessee, after remand from this Court at the close of pretrial proceedings.  See *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

3

STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

| | |
|---|---|
| 1 | ADDITIONAL SIGNATURE PAGE TO STIPULATION TO AMEND CASE MANANGEMENT ORDER |
| 2 | |
| 3 | Dated: November 20, 2007        O'MELVENY & MYERS LLP |

*[signature: Benjamin G. Bradshaw/nas]*

Michael F. Tubach
Steven E. Conigliaro
Embarcadero Center West
274 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

Michael Maddigan
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Ian Simmons
Benjamin G. Bradshaw
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendants Chemtura Corporation (formerly known as Crompton Corporation) and Uniroyal Chemical Company, Inc. (now merged into Chemtura Corporation)

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

4

STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

ADDITIONAL SIGNATURE PAGE TO STIPULATION TO AMEND
CASE MANANGEMENT ORDER

Dated: November 20, 2007   **PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Mark R. Hellerer*
―――――――――――――――――――――
Mark Hellerer
Ranah Leila Esmaili
1540 Broadway
New York, NY 10036-4039
Telephone:  (212) 858-1000
Facsimile:   (212) 858-1500

Attorney for Defendant James J. Conway

Dated: November ___, 2007   **ROPES & GRAY LLP**

―――――――――――――――――――――
Jason Brown
Rachel J. Nash
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 841-5700
Facsimile:   (212) 841-5725

Attorneys for Defendant Michael J. Duchesne

Dated: November ___, 2007   **COOLEY GODWARD KRONISH LLP**

―――――――――――――――――――――
William J. Schwartz
Jason M. Koral
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone:  (212) 856-9600
Facsimile:   (212) 856-9494

Attorneys for Defendant Joseph B. Eisenberg

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

ADDITIONAL SIGNATURE PAGE TO STIPULATION TO AMEND
CASE MANANGEMENT ORDER

Dated: November 20, 2007　　**PILLSBURY WINTHROP SHAW PITTMAN LLP**

　　　　　　　　　　　　　　　　/s/ Mark Hellerer
　　　　　　　　　　　　　　Mark Hellerer
　　　　　　　　　　　　　　Ranah Leila Esmaili
　　　　　　　　　　　　　　1540 Broadway
　　　　　　　　　　　　　　New York, NY 10036-4039
　　　　　　　　　　　　　　Telephone:  (212) 858-1000
　　　　　　　　　　　　　　Facsimile:   (212) 858-1500

　　　　　　　　　　　　　　Attorney for Defendant James J. Conway

Dated: November 20, 2007　　**ROPES & GRAY LLP**

　　　　　　　　　　　　　　　　/s/ Jason Brown
　　　　　　　　　　　　　　Jason Brown
　　　　　　　　　　　　　　Rachel J. Nash
　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　New York, NY 10111
　　　　　　　　　　　　　　Telephone:  (212) 841-5700
　　　　　　　　　　　　　　Facsimile:   (212) 841-5725

　　　　　　　　　　　　　　Attorneys for Defendant Michael J. Duchesne

Dated: November 20, 2007　　**COOLEY GODWARD KRONISH LLP**

　　　　　　　　　　　　　　　　/s/ William J. Schwartz
　　　　　　　　　　　　　　William J. Schwartz
　　　　　　　　　　　　　　Jason M. Koral
　　　　　　　　　　　　　　1114 Avenue of the Americas
　　　　　　　　　　　　　　New York, NY  10036-7798
　　　　　　　　　　　　　　Telephone:  (212) 856-9600
　　　　　　　　　　　　　　Facsimile:   (212) 856-9494

　　　　　　　　　　　　　　Attorneys for Defendant Joseph B. Eisenberg

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

5

STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

ADDITIONAL SIGNATURE PAGE TO STIPULATION TO AMEND
CASE MANANGEMENT ORDER

Dated: November 20, 2007        **PILLSBURY WINTHROP SHAW PITTMAN LLP**

Mark Hellerer
Ranah Leila Esmaili
1540 Broadway
New York, NY 10036-4039
Telephone:  (212) 858-1000
Facsimile:   (212) 858-1500

Attorney for Defendant James J. Conway

Dated: November 20, 2007        **ROPES & GRAY LLP**

Jason Brown
Rachel J. Nash
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 841-5700
Facsimile:   (212) 841-5725

Attorneys for Defendant Michael J. Duchesne

Dated: November 20, 2007        **COOLEY GODWARD KRONISH LLP**

William J. Schwartz
Jason M. Koral
1114 Avenue of the Americas
New York, NY  10036-7798
Telephone:  (212) 856-9600
Facsimile:   (212) 856-9494

Attorneys for Defendant Joseph B. Eisenberg

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

5

STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

1  ADDITIONAL SIGNATURE PAGE TO STIPULATION TO AMEND
2  CASE MANANGEMENT ORDER

3  Dated: November 20, 2007              **MORVILLO, ABRAMOWITZ, GRAND, IASON,**
                                          **ANELLO & BOHRER, P.C.**
4
                                          _/s/ E. Scott Schirick_
5                                         Barry A. Bohrer
                                          E. Scott Schirick
6                                         565 Fifth Avenue
                                          New York, NY 10017
7                                         Telephone: (212) 856-9600
                                          Facsimile: (212) 856-9494
8
                                          Attorneys for Defendant Peter D. Welch
9

6

STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

### [PROPOSED] AMENDED CASE MANAGEMENT ORDER

The Court has considered the Stipulation to Amend the Case Management Order submitted by the Parties, and hereby orders that the following amended case management schedule shall govern the proceedings in *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, Individual Case No. C 06-5700 MJJ:

| Item | Deadlines/Dates |
|---|---|
| Discovery Begins (between Individual Defendants and Bandag only) | July 15, 2007 (between individual defendants and Bandag only) |
| Initial Disclosures (between Individual Defendants and Bandag only) | September 12, 2007 (between individual defendants and Bandag only) |
| Plaintiff's Expert Reports & Back-Up | January 9, 2008 |
| Defendants' Expert Reports & Back-Up | February 6, 2008 |
| Plaintiff's Rebuttal Reports & Back-Up | March 5, 2008 |
| Deposition of Plaintiff's Experts | Completed by March 20, 2008 |
| Deposition of Defendants' Experts | Completed by April 3, 2008 |
| Discovery Cut-Off | Completed by May 12, 2008 |
| Dispositive Motions | May 30, 2008 |
| Oppositions to Dispositive Motions | June 30, 2008 |
| Replies in support of Dispositive Motions | July 21, 2008 |
| Hearing on Dispositive Motions | August 12, 2008 |
| Remand Date | August/September 2008 |
| Pretrial Conference | September 16, 2008 at 3:30 PM |
| Trial Date[1] | October 6, 2008 at 8:30 AM |

**IT IS SO ORDERED.**

Dated: 11/28/07   _____



Honorable Martin J. Jenkins
United States District Court for the
Northern District of California

---

[1] Pursuant to 28 U.S.C. § 1407(a), Defendant Chemtura Corporation submits that the trial date must be set by the transferor court, the Middle District of Tennessee, after remand from this Court at the close of pretrial proceedings. *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

7

STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ