R. Scott Feldmann (CA Bar No. 169230)
Daniel A. Sasse (CA Bar No. 236234)
Van-Dzung V. Nguyen (CA Bar No. 222832)
Chahira Solh (CA Bar No. 248985)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
Email: sfeldmann@crowell.com
dsasse@crowell.com
vnguyen@crowell.com
csolh@crowell.com

Kent A. Gardiner
Alexandre de Gramont
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
Email: kgardiner@crowell.com
adegramont@crowell.com

Attorneys for Plaintiff Bandag, Incorporated
(now Bridgestone Bandag, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | MDL Docket No. C 04-1648 MJJ<br>Individual Case No. C 06-5700 MJJ<br><br>**SECOND STIPULATION TO AMEND CASE MANAGEMENT ORDER PURSUANT TO CIVIL LOCAL RULE 6-2 AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 6-2 of the United States District Court for the Northern District of California, Plaintiff and Defendants (collectively, the "Parties") in *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, Individual Case No. C 06-5700 MJJ (the "Action"), by and through their respective counsel, submit this Stipulation and [Proposed] Order;

///

---

1

SECOND STIPULATION TO AMEND CASE MANAGEMENT ORDER AND [PROPOSED] ORDER
MDL DOCKET NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ

WHEREAS, Plaintiff's action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C. § 1407(c), and docketed with this Court on September 19, 2006;

WHEREAS, a Case Management Order was entered on October 16, 2007;

WHEREAS, upon a stipulation by the parties submitted to the Court, an Amended Case Management Order was entered on November 28, 2007;

WHEREAS, to further facilitate on-going discovery, the parties have agreed to an extension of time in the amount of fourteen (14) calendar days for all pretrial deadlines except the pretrial conference date and the trial date, and if such an extension causes the date to fall on a holiday or weekend, the deadline date shall be set for the next business day;

NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD THAT:

The case management schedule shall be revised as follows:

| Item | Deadline from Amended Case Management Order (For All Parties) | Proposed New Deadline (For All Parties) |
|---|---|---|
| Discovery Begins (between Individual Defendants and Bandag only) | July 15, 2007 (between individual defendants and Bandag only) | July 15, 2007 (between individual defendants and Bandag only) |
| Initial Disclosures (between Individual Defendants and Bandag only) | September 12, 2007 (between individual defendants and Bandag only) | September 12, 2007 (between individual defendants and Bandag only) |
| Plaintiff's Expert Reports & Back-Up | January 9, 2008 | January 23, 2008 |
| Defendants' Expert Reports & Back-Up | February 6, 2008 | February 20, 2008 |
| Plaintiff's Rebuttal Reports & Back-Up | March 5, 2008 | March 19, 2008 |
| Deposition of Plaintiff's Experts | Completed by March 20, 2008 | Completed by April 3, 2008 |
| Deposition of Defendants' Experts | Completed by April 3, 2008 | Completed by April 17, 2008 |
| Discovery Cut-Off | Completed by May 12, 2008 | Completed by May 27, 2008 |
| Dispositive Motions | May 30, 2008 | June 13, 2008 |

| Item | Deadline from Amended Case Management Order (For All Parties) | Proposed New Deadline (For All Parties) |
|---|---|---|
| Oppositions to Dispositive Motions | June 30, 2008 | July 14, 2008 |
| Replies in support of Dispositive Motions | July 21, 2008 | August 4, 2008 |
| Hearing on Dispositive Motions | August 12, 2008 | August 26, 2008 |
| Remand Date | August/September 2008 | September 2008 |
| Pretrial Conference | September 16, 2008 at 3:30 PM | September 16, 2008 at 3:30 PM |
| Trial Date[1] | October 6, 2008 at 8:30 AM | October 6, 2008 at 8:30 AM |

**IT IS SO STIPULATED.**

Respectively submitted,

Dated: January 3, 2008              **CROWELL & MORING LLP**

/s/ Daniel A. Sasse
R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
Chahira Solh
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505

Kent A. Gardiner
Alexandre de Gramont
1001 Pennsylvania Avenue, NW
Washington, DC 20004

Attorneys for Plaintiff Bandag, Incorporated
(now Bridgestone Bandag, LLC)

DC4806791 (Cam No. 101692.001)

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

---

[1] Pursuant to 28 U.S.C. § 1407(a), Defendant Chemtura Corporation submits that the trial date must be set by the transferor court, the Middle District of Tennessee, after remand from this Court at the close of pretrial proceedings. See *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

| | |
|---|---|
| 1 | ADDITIONAL SIGNATURE PAGE TO SECOND STIPULATION TO AMEND CASE MANANGEMENT ORDER |
| 2 | |
| 3 | Dated: January 3, 2008      **O'MELVENY & MYERS LLP** |

Dated: January 3, 2008

**O'MELVENY & MYERS LLP**

/s/ Benjamin G. Bradshaw
Michael F. Tubach
Steven E. Conigliaro
Embarcadero Center West
274 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Michael Maddigan
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Ian Simmons
Benjamin G. Bradshaw
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants Chemtura Corporation (formerly known as Crompton Corporation) and Uniroyal Chemical Company, Inc. (now merged into Chemtura Corporation)

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

ADDITIONAL SIGNATURE PAGE TO SECOND STIPULATION TO AMEND
CASE MANANGEMENT ORDER

Dated: January 3, 2008　　　　**PILLSBURY WINTHROP SHAW PITTMAN LLP**

/s/ Mark Hellerer
Mark Hellerer
Ranah Leila Esmaili
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Attorney for Defendant James J. Conway

Dated: January 3, 2008　　　　**ROPES & GRAY LLP**

/s/ Jason Brown
Jason Brown
Rachel J. Nash
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 841-5700
Facsimile: (212) 841-5725

Attorneys for Defendant Michael J. Duchesne

Dated: January 3, 2008　　　　**COOLEY GODWARD KRONISH LLP**

/s/ William J. Schwartz
William J. Schwartz
Jason M. Koral
1114 Avenue of the Americas
New York, NY 10036-7798
Telephone: (212) 856-9600
Facsimile: (212) 856-9494

Attorneys for Defendant Joseph B. Eisenberg

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

ADDITIONAL SIGNATURE PAGE TO SECOND STIPULATION TO AMEND
CASE MANANGEMENT ORDER

Dated: January 3, 2008　　　　**MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.**

/s/ E. Scott Schirick
Barry A. Bohrer
E. Scott Schirick
565 Fifth Avenue
New York, NY 10017
Telephone: (212) 856-9600
Facsimile: (212) 856-9494

Attorneys for Defendant Peter D. Welch

## [PROPOSED] SECOND AMENDED CASE MANAGEMENT ORDER

The Court has considered the Second Stipulation to Amend the Case Management Order submitted by the Parties, and hereby orders that the following amended case management schedule shall govern the proceedings in *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, Individual Case No. C 06-5700 MJJ:

| Item | Deadlines/Dates |
|---|---|
| Discovery Begins (between Individual Defendants and Bandag only) | July 15, 2007 (between individual defendants and Bandag only) |
| Initial Disclosures (between Individual Defendants and Bandag only) | September 12, 2007 (between individual defendants and Bandag only) |
| Plaintiff's Expert Reports & Back-Up | January 23, 2008 |
| Defendants' Expert Reports & Back-Up | February 20, 2008 |
| Plaintiff's Rebuttal Reports & Back-Up | March 19, 2008 |
| Deposition of Plaintiff's Experts | Completed by April 3, 2008 |
| Deposition of Defendants' Experts | Completed by April 17, 2008 |
| Discovery Cut-Off | Completed by May 27, 2008 |
| Dispositive Motions | June 13, 2008 |
| Oppositions to Dispositive Motions | July 14, 2008 |
| Replies in support of Dispositive Motions | August 4, 2008 |
| Hearing on Dispositive Motions | August 26, 2008 |
| Remand Date | September 2008 |
| Pretrial Conference | September 16, 2008 at 3:30 PM |
| Trial Date[1] | October 6, 2008 at 8:30 AM |

**IT IS SO ORDERED.**

Dated: 1/8/2008

_____
Honorable Martin J. Jenkins
United States District Court for the
Northern District of California

---

[1] Pursuant to 28 U.S.C. § 1407(a), Defendant Chemtura Corporation submits that the trial date must be set by the transferor court, the Middle District of Tennessee, after remand from this Court at the close of pretrial proceedings. *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).