UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>**This document relates to:**<br><br><u>**C06-5700 MJJ (BZ)**</u> | No. C04-1648 MJJ (BZ)<br>(Lead Case)<br><br>**BRIEFING ORDER** |

Having received plaintiff Bandag, Incorporated's Motions to Determine the Validity of Fifth Amendment Invocations of Vincent Calarco and Josepth Gatto or to Compel Further Deposition Testimony if Invocations are Improper noticed for April 16, 2008 hearing, **IT IS ORDERED** as follows:

1. Any opposition, by defendants, Mr. Gatto or Mr. Calarco shall be filed by March 20, 2008;

2. Bandag's reply, if any, shall be filed by March 27, 2008.

Dated: March 10, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\BRIEFING ORDER 3.10.08.wpd

1