1  Michael F. Tubach (SB #145955)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street, 26th Floor
3  San Francisco, CA 94111-3344
   Telephone: (415) 984-8700
4  Facsimile: (415) 984-8701

5  Michael Maddigan (SB #163450)
   O'MELVENY & MYERS LLP
6  400 South Hope Street, 18th Floor
   Los Angeles, CA 90071-2899
7  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
8
   Ian Simmons (admitted *pro hac vice*)
9  Benjamin G. Bradshaw (SB #189925)
   O'MELVENY & MYERS LLP
10 1625 Eye St. NW
   Washington, DC 20006
11 Telephone: (202) 383-5300
   Facsimile: (202) 383-5414
12
   Attorneys for Defendant
13 CHEMTURA CORPORATION

14                    UNITED STATES DISTRICT COURT
15
                     NORTHERN DISTRICT OF CALIFORNIA
16
                          SAN FRANCISCO DIVISION
17

18 | IN RE RUBBER CHEMICALS          ) MDL Docket No. C 04-1648 MJJ
19 | ANTITRUST LITIGATION            ) Individual Case No. C 06-5700 MJJ
   |                                 )
20 |                                 )
   |                                 ) **THIRD STIPULATION TO AMEND**
21 | THIS DOCUMENT RELATES TO:       ) **CASE MANAGEMENT ORDER**
   |                                 ) **PURSUANT TO CIVIL LOCAL**
22 | *Bridgestone Americas Holding, Inc., et al.* ) **RULE 6-2 AND [███████] ORDER**
   | *v. Chemtura Corporation, et al.* )
23 |                                 )

24

25       Pursuant to Civil Local rule 6-2 of the United States District Court for the Northern

26 District of California, Plaintiff and Defendants (collectively, the "Parties") in *Bridgestone*

27 *Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, MDL Docket No. C 04-1648 MJJ,

28 Individual Case No. C 06-5700 MJJ (the "Action"), by and through their respective counsel,

1  submit this Stipulation and [Proposed] Order;

2      WHEREAS, Plaintiff's action, *Bridgestone Americas Holding, Inc., et al. v. Chemtura*

3  *Corporation, et al.*, was transferred from the Middle District of Tennessee pursuant to 28 U.S.C.

4  § 1407(c), and docketed with this Court on September 19, 2006;

5      WHEREAS, a Case Management Order was entered on October 16, 2007;

6      WHEREAS, upon a stipulation by the Parties submitted to the Court, an Amended Case

7  Management Order was entered on November 28, 2007;

8      WHEREAS, upon a stipulation by the Parties submitted to the Court, a Second Amended

9  Case Management Order was entered on January 8, 2008;

10     WHEREAS, to further facilitate on-going discovery, the parties have agreed to an

11 extension of time as set forth below;

12     NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED BETWEEN THE

13 PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD THAT:

14 The case management schedule shall be revised as follows:

| Item | Deadline from Second Amended Case Management Order (For All Parties) | Proposed New Deadline (For All Parties) |
|---|---|---|
| Discovery Begins (between Individual Defendants and Bandag only) | July 15, 2007 (between Individual Defendants and Bandag only) | July 15, 2007 (between Individual Defendants and Bandag only) |
| Initial Disclosures (between Individual Defendants and Bandag only) | September 12, 2007 (between Individual Defendants and Bandag only) | September 12, 2007 (between Individual Defendants and Bandag only) |
| Plaintiff's Expert Reports & Back-Up | January 23, 2008 | January 23, 2008 |
| Defendants' Expert Reports & Back-Up | February 20, 2008 | February 20, 2008 |
| Plaintiff's Rebuttal Reports & Back-Up | March 19, 2008 | March 19, 2008 |
| Deposition of Plaintiff's Experts | April 17, 2008 | By May 16, 2008 |

| | | |
|---|---|---|
| Deposition of Defendants' Experts | April 3, 2008 | By May 30, 2008 |
| Discovery Cut-Off | May 27, 2008 | June 10, 2008 |
| Dispositive Motions | June 13, 2008 | June 27, 2008 |
| Oppositions to Dispositive Motions | July 14, 2008 | July 28, 2008 |
| Replies in Support of Dispositive Motions | August 4, 2008 | August 18, 2008 |
| Hearing on Dispositive Motions | August 26, 2008 | August 26, 2008 |
| Remand Date | September 2008 | September 2008 |
| Pretrial Conference | September 16, 2008 at 3:30 PM | September 16, 2008 at 3:30 PM |
| Trial Date[1] | October 6, 2008 at 8:30 AM | October 6, 2008 at 8:30 AM |

**IT IS SO STIPULATED.**

Respectfully submitted,

---

[1] Pursuant to 28 U.S.C. § 1407(a), Defendant Chemtura Corporation respectfully submits that the trial date must be set by the transferor court, the Middle District of Tennessee, after remand from this Court at the close or pretrial proceedings. *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998)

| | | |
|---|---|---|
| 1 | Dated: March 26, 2008 | **CROWELL & MORING LLP** |
| 2 | | |
| 3 | | _/s/ Dan Sasse/jh_ |
| 4 | | R. Scott Feldmann<br>Daniel A. Sasse |
| 5 | | Van-Dzung V. Nguyen<br>David Crowe |
| 6 | | Chahira Solh<br>3 Park Plaza, 20th Floor |
| 7 | | Irvine, CA 92614-8505<br>Telephone: (949) 263-8400 |
| 8 | | Facsimile: (949) 263-8414 |
| 9 | | Kent A. Gardiner<br>Alexandre de Gramont |
| 10 | | Robert Rhoad<br>1001 Pennsylvania Avenue, NW |
| 11 | | Washington, DC 20004<br>Telephone: (202) 624-2500 |
| 12 | | Facsimile: (202) 628-5116 |
| 13 | | Attorneys for Plaintiff Bandag, Incorporated<br>(n/k/a Bridgestone Bandag, LLC) |
| 14 | Dated: March 26, 2008 | **O'MELVENY & MYERS LLP** |
| 15 | | |
| 16 | | _/s/ Benjamin G. Bradshaw/β_ |
| 17 | | Michael F. Tubach<br>Embarcadero Center West |
| 18 | | 275 Battery Street, 26th Floor<br>San Francisco, CA 94111-3344 |
| 19 | | Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| 20 | | Michael Maddigan |
| 21 | | 400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899 |
| 22 | | Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| 23 | | Ian Simmons (admitted _pro hac vice_) |
| 24 | | Benjamin G. Bradshaw (SB #189925)<br>1625 Eye Street, NW |
| 25 | | Washington, DC 20006<br>Telephone: (202) 383-5300 |
| 26 | | Facsimile: (202) 383-5414 |
| 27 | | Attorneys for Defendant Chemtura Corporation |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March __, 2007 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| 2 | | |
| 3 | | _/s/ Mark Hellerer / RTW_ |
| 4 | | Mark Hellerer |
| | | Ranah Leila Esmaili |
| 5 | | 1540 Broadway |
| | | New York, NY 10036-4039 |
| 6 | | Telephone: (212) 858-1000 |
| | | Facsimile: (212) 858-1500 |
| 7 | | |
| | | Attorney for Defendant James J. Conway |
| 8 | | |
| 9 | Dated: March 27, 2007 | **ROPES & GRAY LLP** |
| 10 | | |
| 11 | | _/s/ Jason B._ |
| | | Jason Brown |
| 12 | | 1211 Avenue of the Americas |
| | | New York, NY 10036 |
| 13 | | Telephone: (212) 596-9000 |
| | | Facsimile: (212) 596-9090 |
| 14 | | |
| | | Attorneys for Defendant Michael J. Duchesne |
| 15 | | |
| 16 | Dated: March __, 2007 | **COOLEY GODWARD KRONISH LLP** |
| 17 | | |
| 18 | | _n/a - dismissed_ |
| | | William J. Schwartz |
| 19 | | Jason M. Koral |
| | | 1114 Avenue of the Americas |
| 20 | | New York, NY 10036-7798 |
| | | Telephone: (212) 479-6000 |
| 21 | | Facsimile: (212) 479-6275 |
| 22 | | Attorneys for Defendant Joseph B. Eisenberg |

| | | |
|---|---|---|
| 1 | Dated: March 26, 2007 | MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C. |
| 2 | | |
| 3 | | |
| 4 | | *[signature]* |
| 5 | | Barry A. Bohrer |
|   | | E. Scott Schirick |
| 6 | | 565 Fifth Avenue |
|   | | New York, NY 10017 |
| 7 | | Telephone: (212) 856-9600 |
|   | | Facsimile: (212) 856-9494 |
| 8 | | Attorneys for Defendant Peter D. Welch |

6

THIRD STIPULATION TO AMEND CASE MANAGEMENT ORDER AND ▓▓▓ ORDER
(MDL CASE NO. C 04-1648 MJJ; INDIVIDUAL CASE NO. C 06-5700 MJJ)

# [PROPOSED] THIRD AMENDED CASE MANAGEMENT ORDER

The Court has considered the Third Stipulation to Amend the Case Management Order submitted by the Parties, and hereby orders that the following amended case management schedule shall govern the proceedings in *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.*, MDL Docket No. C 04-1648 MJJ, Individual Case No. C 06-5700 MJJ:

| Item | Deadline/Dates (For All Parties) |
|---|---|
| Discovery Begins (between Individual Defendants and Bandag only) | July 15, 2007 (between Individual Defendants and Bandag only) |
| Initial Disclosures (between Individual Defendants and Bandag only) | September 12, 2007 (between Individual Defendants and Bandag only) |
| Plaintiff's Expert Reports & Back-Up | January 23, 2008 |
| Defendants' Expert Reports & Back-Up | February 20, 2008 |
| Plaintiff's Rebuttal Reports & Back-Up | March 19, 2008 |
| Deposition of Plaintiff's Experts | By May 16, 2008 |
| Deposition of Defendants' Experts | By May 30, 2008 |
| Discovery Cut-Off | June 10, 2008 |
| Dispositive Motions | June 27, 2008 |
| Oppositions to Dispositive Motions | July 28 2008 |
| Replies in Support of Dispositive Motions | August 18, 2008 |
| Hearing on Dispositive Motions | August 26, 2008 |
| Remand Date | September 2008 |
| Pretrial Conference | September 16, 2008 at 3:30 PM |
| Trial Date[2] | October 6, 2008 at 8:30 AM |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/31/2008

*/s/ Martin J. Jenkins*
Honorable Martin J. Jenkins
United States District Court for the Northern District of California

---

[2] Pursuant to 28 U.S.C. § 1407(a), Defendant Chemtura Corporation respectfully submits that the trial date must be set by the transferor court, the Middle District of Tennessee, after remand from this Court at the close or pretrial proceedings. *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998)