1  R. Scott Feldmann (State Bar No. 169230)
   Daniel A. Sasse (State Bar No. 236234)
2  Van-Dzung V. Nguyen (State Bar No. 222832)
   Chahira Solh (State Bar No. 248985)
3  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
4  Irvine, CA 92614-8505
   Telephone:   (949) 263-8400
5  Facsimile:   (949) 263-8414
   Email:       sfeldmann@crowell.com
6               dsasse@crowell.com
                vnguyen@crowell.com
7               csolh@crowell.com

8  Robert T. Rhoad (admitted *pro hac vice*)
   1001 Pennsylvania Avenue, NW
9  Washington, DC 20004
   Telephone:   (202) 624-2500
10 Facsimile:   (202) 628-5116

11 Attorneys for Plaintiff
   Bandag, Incorporated
12 (now Bridgestone Bandag, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MMC<br>Individual Case No. C 06-5700 MMC<br><br>ORDER APPROVING<br>**STIPULATION OF DISMISSAL AS TO DEFENDANT MICHAEL J. DUCHESNE** |
| THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | |

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for Plaintiff Bandag, Incorporated (now Bridgestone Bandag, LLC) and Defendant Michael J. Duchesne, that the above-captioned action is dismissed with prejudice as against Defendant Michael J. Duchesne, without fees and costs to any party.

Dated: April 10, 2008

CROWELL & MORING LLP

By: _____
R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Robert T. Rhoad (admitted *pro hac vice*)
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116

*Attorneys for Plaintiff Bandag, Incorporated (now Bridgestone Bandag, LLC)*

ROPES & GRAY LLP

By: _____
Jason Brown (admitted *pro hac vice*)
Kevin Brown (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Attorneys for Defendant Michael J. Duchesne*

IT IS SO ORDERED.

Dated: April 11, 2008   BY: _____
Judge of the United States District Court for the Northern District of California