**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br>C-06-5700 MMC<br>_____/ | MDL Docket No. C-04-1648 MMC<br><br>**ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE** |

Harlan J. Protass, an active member in good standing of the bar of the United States District Court for the Southern District of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing third party witness Katherine Sudaz,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-4.  All papers filed by the attorney shall indicate appearance pro hac vice.  Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

**IT IS SO ORDERED.**

Dated: April 14, 2008

_____
MAXINE M. CHESNEY
United States District Judge