Ethan A. Balogh (CSB# 172224)
eab@colemanbalogh.com
**COLEMAN & BALOGH LLP**
255 Kansas Street, Suite 340
San Francisco, CA 94103
Tel: (415) 565-9600
Fax: (415) 565-9601

Barry A. Bohrer (admitted *pro hac vice*)
bbohrer@maglaw.com
E. Scott Schirick (admitted *pro hac vice*)
sschirick@maglaw.com
**MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.**
565 Fifth Avenue
New York, New York 10017
Tel: (212) 856-9600
Fax: (212) 856-9494

Attorneys for Defendant
Peter D. Welch

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-04-1648 ~~(MJJ)~~ MMC |
| THIS DOCUMENT RELATES TO: | Case No. C 06-5700 ~~(MJJ)~~ MMC |
| BRIDGESTONE AMERICAS HOLDING, INC., BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, BANDAG INCORPORATED, and PIRELLI TIRE, LLC, | ORDER APPROVING **STIPULATION OF DISMISSAL AS TO DEFENDANT PETER D. WELCH** |
| Plaintiffs, v. | |
| CHEMTURA CORPORATION, UNIROYAL CHEMICAL COMPANY, INC., JAMES J. CONWAY, JOSEPH B. EISENBERG, MICHAEL J. DUCHESNE and PETER D. WELCH, | |
| Defendants. | |

STIPULATION OF DISMISSAL AS TO DEFENDANT PETER D. WELCH
Master Docket No. C 04-01648 (MJJ), Case No. C 06-5700 (MJJ)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for Plaintiff Bandag, Incorporated (now Bridgestone Bandag, LLC) and Defendant Peter D. Welch that the above-captioned action is dismissed with prejudice as against Defendant Peter D. Welch, without fees or costs to any party.

Dated: April 10, 2008

| | |
|---|---|
| CROWELL & MORING LLP | MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C. |
| By: /s/ D. A. Sasse<br>R. Scott Feldmann<br>Daniel A. Sasse<br>Van-Dzung V. Nguyen<br>3 Park Plaza, 20th Floor<br>Irvine, CA  92614-8505<br>Telephone:  (949) 263-8400<br>Facsimile:  (949) 263-8414<br><br>Robert T. Rhoad<br>1001 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Telephone:     (202) 624-2500<br>Facsimile:      (202) 628-5116 | By: /s/<br>Barry A. Bohrer (admitted pro hac vice)<br>E. Scott Schirick (admitted pro hac vice)<br>565 Fifth Avenue<br>New York, New York 10017<br>Tel:  (212) 856-9600<br>Fax:  (212) 856-9494 |
| *Attorneys for Plaintiff Bandag, Incorporated (now Bridgestone Bandag, LLC)* | *Attorneys for Defendant Peter D. Welch* |

**IT IS SO ORDERED.**

Dated: April 15, 2008          BY: /s/ Maxine M. Chesney

Honorable ~~Martin J. Jenkins~~ Maxine M. Chesney
United States District Court for the
Northern District of California

2
**STIPULATION OF DISMISSAL AS TO DEFENDANT PETER D. WELCH**
Master Docket No. C 04-01648 (MJJ), Case No. C 06-5700 (MJJ)