UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION,

No. C04-1648 MMC (BZ)
(Lead Case)

**AMENDED INITIAL DISCOVERY ORDER**

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties and non-parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties and non-parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the

1  parties or non-parties must participate in a telephone
2  conference with the Court **before** filing any discovery motions
3  or other papers.  The party seeking discovery shall request a
4  conference in a letter **filed electronically** not exceeding two
5  pages (with no attachments) which briefly explains the nature
6  of the action and the issues in dispute.  Other parties or
7  non-parties shall reply in similar fashion within two days of
8  receiving the letter requesting the conference.  The Court
9  will then schedule a conference.

10       After the conference with the Court, if filing papers is
11 deemed necessary, they should be filed **electronically** with the
12 Clerk's Office, with **one hard copy delivered directly to**
13 **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**

14 Dated: April 16, 2008

                                    _____
                                           Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-REFS\RUBBER CHEMICALS\AMENDED.INITIAL DISCOVERY ORDER.wpd

2