JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 2 8 2008

FILED
CLERK'S OFFICE



# ORIGINAL

## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: RUBBER CHEMICALS
ANTITRUST LITIGATION**

MDL No. 1648

### ORDER REASSIGNING LITIGATION

Due to the resignation of the Honorable Martin J. Jenkins, the actions in the above litigation have been reassigned to the Honorable Maxine M. Chesney in the Northern District of California.

IT IS THEREFORE ORDERED that this litigation is reassigned to the Honorable Maxine M. Chesney for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

FOR THE PANEL

John G. Heyburn II
Chairman

A CERTIFIED TRUE COPY

APR 2 8 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION