IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>C-05-0211<br>_____ / | MDL Docket No. C-04-1648 MMC<br><br>**ORDER DIRECTING PLAINTIFF IN <u>GOODYEAR TIRE & RUBBER CO. V. BAYER A.G., ET AL.</u>, CASE NO. 05-0211, TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On April 25, 2008, the Court ordered plaintiff Goodyear Tire & Rubber Co. ("Goodyear"), <u>inter alia</u>, to participate in the preparation of a Joint Status Conference Statement, to be filed no later than May 16, 2008, and to attend the May 23, 2008 Status Conference; the Court further ordered that if Goodyear was of the view that Case No. 05-0211 had been resolved in its entirety, Goodyear was not obligated to so participate and attend, provided that, no later than May 16, 2008, Goodyear filed either a separate statement indicating said individual case had been so resolved or a dismissal or other document indicating that all claims pleaded therein had been resolved and that closure of said individual case was appropriate.

Goodyear did not participate in the filing of a Joint Status Conference Statement, failed to appear at the May 23, 2008 Status Conference, and, to date, has failed to file any response to the Court's order of April 25, 2008.

The docket indicates Goodyear's claims against defendant Bayer A.G. have been dismissed, but is silent as to the disposition, if any, of Goodyear's claims against the other defendants.

Accordingly, Goodyear is hereby ORDERED TO SHOW CAUSE, in writing and no later than June 6, 2008, why the claims against the remaining defendants in Case No. C-05-0211 should not be dismissed.

**IT IS SO ORDERED.**

Dated:  May 27, 2008

_____
MAXINE M. CHESNEY
United States District Judge