IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br> C-05-2011 _____/ | MDL Docket No. C-04-1648 MMC <br><br> **ORDER DIRECTING PLAINTIFFS IN POLYONE CORPORATION, ET AL., V. BAYER A.G., ET AL., CASE NO. 05-2011, TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

On April 25, 2008, the Court ordered plaintiffs PolyOne Corporation ("PolyOne") and Parker Hannifin Corporation ("Parker Hannifin"), inter alia, to participate in the preparation of a Joint Status Conference Statement, to be filed no later than May 16, 2008, and to attend the May 23, 2008 Status Conference; the Court further ordered that if PolyOne and Parker Hannifin were of the view that Case No. 05-2011 had been resolved in its entirety, PolyOne and Parker Hannifin were not obligated to so participate and attend, provided that, no later than May 16, 2008, PolyOne and Parker Hannifin filed either a separate statement indicating said individual case had been so resolved or a dismissal or other document indicating that all claims pleaded therein had been resolved and that closure of said individual case was appropriate.

PolyOne and Parker Hannifin did not participate in the filing of a Joint Status Conference Statement, failed to appear at the May 23, 2008 Status Conference, and, to

date, have failed to file any response to the Court's order of April 25, 2008.

The docket indicates PolyOne and Parker Hannifin's claims against defendants Bayer A.G., Bayer Corporation, and Bayer Materialscience LLC have been dismissed, but is silent as to the disposition, if any, of PolyOne and Parker Hannifin's claims against the other defendants.

Accordingly, PolyOne and Parker Hannifin are hereby ORDERED TO SHOW CAUSE, in writing and no later than June 6, 2008, why the claims against the remaining defendants in Case No. C-05-2011 should not be dismissed.

**IT IS SO ORDERED.**

Dated: May 27, 2008

MAXINE M. CHESNEY
United States District Judge