IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION, <br><br> THIS DOCUMENT RELATES TO: <br><br> C-05-2224 <br> _____ / | MDL Docket No. C-04-1648 MMC <br><br> **ORDER DIRECTING PLAINTIFFS IN <u>CATERPILLAR INC., ET AL., V. CROMPTON CORPORATION, ET AL.,</u> CASE NO. 05-2224, TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

      On April 25, 2008, the Court ordered plaintiffs Caterpillar Inc. ("Caterpillar"), Carlisle Companies Inc., Carlisle Corp., Carlisle Syntec Inc., Carlisle Tire & Wheel Co., Carlisle Engineered Products, Inc., and Carlisle Power Transmission Products, Inc. (collectively, "Carlisle"), <u>inter alia</u>, to participate in the preparation of a Joint Status Conference Statement, to be filed no later than May 16, 2008, and to attend the May 23, 2008 Status Conference; the Court further ordered that if Caterpillar and Carlisle were of the view that Case No. 05-2224 had been resolved in its entirety, Caterpillar and Carlisle were not obligated to so participate and attend, provided that, no later than May 16, 2008, Caterpillar and Carlisle filed either a separate statement indicating said individual case had been so resolved or a dismissal or other document indicating that all claims pleaded therein had been resolved and that closure of said individual case was appropriate.

      Caterpillar and Carlisle did not participate in the filing of a Joint Status Conference

1  Statement, failed to appear at the May 23, 2008 Status Conference, and, to date, have
2  failed to file any response to the Court's order of April 25, 2008.
3  The docket indicates Caterpillar and Carlisle's claims against defendant Crompton
4  Corporation have been dismissed, but is silent as to the disposition, if any, of Caterpillar
5  and Carlisle's claims against the other defendant.
6  Accordingly, Caterpillar and Carlisle are hereby ORDERED TO SHOW CAUSE, in
7  writing and no later than June 6, 2008, why the claims against the remaining defendant in
8  Case No. C-05-2224 should not be dismissed.
9  **IT IS SO ORDERED.**

11  Dated: May 27, 2008

            _____
            MAXINE M. CHESNEY
            United States District Judge