IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION, | MDL Docket No. C-04-1648 MMC |
| THIS DOCUMENT RELATES TO:<br>C-05-2224 | **ORDER DISCHARGING ORDER TO SHOW CAUSE RE: CATERPILLAR INC., ET AL., V. CROMPTON CORPORATION, ET AL., CASE NO. 05-2224; DIRECTIONS TO CLERK** |

Before the Court is plaintiffs Caterpillar Inc., Carlisle Companies Inc., Carlisle Corp., Carlisle Syntec Inc., Carlisle Tire & Wheel Co., Carlisle Engineered Products, Inc., and Carlisle Power Transmission Products, Inc.'s response to the Court's May 27, 2008 order directing said plaintiffs to show cause why the remaining claims, if any, in the above-titled individual action should not be dismissed.

In light of plaintiffs' representation that all claims alleged herein have been resolved, the order to show cause is hereby DISCHARGED as moot, and the Clerk is directed to close Civil Case No. 05-2224.

**IT IS SO ORDERED.**

Dated: May 30, 2008

MAXINE M. CHESNEY
United States District Judge