IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>C-05-0211<br>_____ / | MDL Docket No. C-04-1648 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE RE: <u>GOODYEAR TIRE & RUBBER CO. V. BAYER A.G., ET AL.,</u> CASE NO. 05-0211; DIRECTIONS TO CLERK** |

Before the Court is plaintiff Goodyear Tire & Rubber Co.'s response to the Court's May 27, 2008 order directing said plaintiff to show cause why the remaining claims, if any, in the above-titled individual action should not be dismissed.

In light of plaintiff's representation that all claims alleged herein have been resolved, the order to show cause is hereby DISCHARGED as moot, and the Clerk is directed to close Civil Case No. 05-0211.

**IT IS SO ORDERED.**

Dated: June 6, 2008

_____
MAXINE M. CHESNEY
United States District Judge