IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION, | MDL Docket No. C-04-1648 MMC |
| THIS DOCUMENT RELATES TO:<br>C-05-2011 | **ORDER DISMISSING REMAINING CLAIMS IN <u>POLYONE CORPORATION, ET AL., V. BAYER A.G., ET AL.</u>, CASE NO. 05-2011** |

By order filed May 27, 2008, the Court ordered plaintiffs PolyOne Corporation ("PolyOne") and Parker Hannifin Corporation ("Parker Hannifin") to show cause, no later than June 6, 2008, why any claims remaining in Case No. C-05-2011 should not be dismissed. To date, PolyOne and Parker Hannifan have failed to respond to the Court's order. Moreover, as set forth in the Court's May 27, 2008 order, PolyOne and Parker Hannifan failed to appear at the May 23, 2008 Status Conference and failed to participate in the filing of a Joint Status Conference Statement in connection therewith.

Accordingly, the Court hereby DISMISSES any claims remaining in Case No. C-05-2011.

**IT IS SO ORDERED.**

Dated: June 16, 2008

MAXINE M. CHESNEY
United States District Judge