```
 1   Michael F. Tubach (SB #145955)
     O'MELVENY & MYERS LLP
 2   Embarcadero Center West
     275 Battery Street, 26th Floor
 3   San Francisco, CA 94111-3344
     Telephone: (415) 984-8700
 4   Facsimile: (415) 984-8701

 5   Michael Maddigan (SB #163450)
     O'MELVENY & MYERS LLP
 6   400 South Hope Street, 18th Floor
     Los Angeles, CA 90071-2899
 7   Telephone: (213) 430-6000
     Facsimile: (213) 430-6407
 8
     Ian Simmons (admitted pro hac vice)
 9   Benjamin G. Bradshaw (SB #189925)
     O'MELVENY & MYERS LLP
10   1625 Eye Street, NW
     Washington, DC 20006
11   Telephone: (202) 383-5300
     Facsimile: (202) 383-5414
12
     Attorneys for Defendant
13   CHEMTURA CORPORATION
     (additional counsel appear on signature page)
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MMC<br>Individual Case No. C 06-5700 MMC |
| THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al.*<br>*v. Chemtura Corporation, et al.* | **JOINT STATUS STATEMENT**<br>AND ORDER THEREON |

Pursuant to this Court's Minute Order dated May 23, 2008, the Parties to the above-entitled individual action—(1) Plaintiff Bandag, Incorporated (n/k/a Bridgestone Bandag, LLC) ("Bandag"), (2) Defendants Chemtura Corporation and Uniroyal Chemical Company, Inc. (now merged into Chemtura Corporation) (collectively "Chemtura") and (3) Defendant James J. Conway—jointly submit this Joint Status Statement.

As the Parties stated in their May 16, 2008 Joint Status Report (Master Docket # 679; Individual Docket # 241) and at the last status conference on May 23, 2008, the Parties have been engaged in conversations about utilizing a fully litigated and binding arbitration to try this case. The Parties can now report to the Court that they have reached a consensus on the contours of that binding arbitration proposal. Pursuant to Chemtura's existing settlement agreements, a third-party neutral (Mary Jo White of Debevoise & Plimpton LLP) has been appointed to ensure compliance with certain provisions in those agreements. Chemtura intends to submit the binding arbitration proposal to the third-party neutral to confirm that it does not trigger any obligations under existing settlement agreements, which Chemtura believes is the case. Chemtura will ask the third-party neutral for a prompt response and believes that it should be able to obtain a response within a period of 28 days. Accordingly, the Parties respectfully request an additional 28 days to submit the arbitration proposal to the Court for its signature. With the Court's permission, the Parties request that the status conference scheduled for June 27, 2008 at 10:30 am be continued until July 25, 2008, with an updated joint status statement due on July 18, 2008.

Respectively submitted,

Dated: June 20, 2008

**CROWELL & MORING LLP**

R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
David Crowe
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Robert Rhoad
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

Attorneys for Plaintiff Bandag, Incorporated (n/k/a Bridgestone Bandag, LLC)

| | |
|---|---|
| Dated: June 20, 2008 | **O'MELVENY & MYERS LLP** |
| | /s/ Michael F. Tubach |
| | Michael F. Tubach<br>Embarcadero Center West<br>274 Battery Street, 26th Floor<br>San Francisco, CA 94111-3344<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| | Michael Maddigan<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| | Ian Simmons<br>Benjamin G. Bradshaw<br>1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414 |
| | Attorneys for Defendant Chemtura Corporation |
| Dated: June 20, 2008 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| | /s/ Mark Hellerer |
| | Mark Hellerer<br>Ranah Leila Esmaili<br>1540 Broadway<br>New York, NY 10036-4039<br>Telephone: (212) 858-1000<br>Facsimile: (212) 858-1500 |
| | Attorney for Defendant James J. Conway |

**IT IS SO ORDERED**
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: June 23, 2008

3