1  ROBERT G. BADAL (No. 81313)
   robert.badal@hellerehrman.com
2  WILLIAM H. FORMAN (No. 150477)
   william.forman@hellerehrman.com
3  JEFFREY A. RICHMOND (No. 155808)
   jeff.richmond@hellerehrman.com
4  HELEN CHO ECKERT (No. 240531)
   helen.eckert@hellerehrman.com
5  BETHANY M. STEVENS (No. 245672)
   bethany.stevens@hellerehrman.com
6  HELLER EHRMAN LLP
7  333 South Hope Street, 39th Floor
   Los Angeles, CA 90071-3043
8  Telephone: +1.213.689.0200
   Facsimile: +1.213.614.1868
9
10 Attorneys for Plaintiff
   KOREA KUMHO PETROCHEMICAL CO., LTD.
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MMC |
|---|---|
| | Case No. C 07-1057 MMC |
| KOREA KUMHO PETROCHEMICAL CO., LTD., | **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS** |
| Plaintiff, | |
| v. | Current Hearing Date:    July 25, 2008 |
| FLEXSYS AMERICA LP, et al., | Proposed Hearing Date:   Aug. 1, 2008 |
| | Time:                    9:00 a.m. |
| Flexsys. | Courtroom:               7 |
| | The Honorable Maxine M. Chesney |

Pursuant to Local Rules 6-1(b), 6-2 and 7-11, Defendants Flexsys America L.P. and Flexsys N.V. and Plaintiff Korea Kumho Petrochemicals Co., Ltd. ("KKPC," and together with Defendants, the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Defendants Flexsys America L.P. and Flexsys N.V. have filed a motion to dismiss Plaintiff KKPC's Third Amended Complaint (ECF Doc. No. 91);

WHEREAS, a hearing on Defendants' motion to dismiss is set for Friday, July 25, 2008 at 9:00 a.m. (ECF Doc. No. 92);

WHEREAS, KKPC wishes to briefly continue the hearing on Defendants' motion to dismiss due to an unforeseen conflict in the calendar of its lead counsel, Robert G. Badal (*see*, concurrently filed Declaration of William H. Forman);

WHEREAS, the Parties have met and conferred regarding a hearing date and have determined they both are available on August 1, 2008; and

WHEREAS, Defendants' counsel have consented to continue the hearing for one week until August 1, 2008;

NOW THEREFORE, the Parties propose that the motion to dismiss be set for a hearing before the Court on August 1, 2008, or at another time that is convenient for the Court.

Respectfully submitted,

Dated: June 30, 2008

HELLER EHRMAN LLP


By: ___/s/ Robert G. Badal_____
       ROBERT G. BADAL

Attorneys for Plaintiff
KOREA KUMHO PETROCHEMICAL CO., LTD.

1

| | | |
|---|---|---|
| 1 | DATED: June 30, 2008 | GIBSON, DUNN & CRUTCHER LLP |

By:  /s/ Andrew Z. Edelstein
       ANDREW Z. EDELSTEIN

Attorneys for Defendants
FLEXSYS AMERICA L.P., FLEXSYS N.V.

//

//

//

### ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS ORDERED THAT:  The hearing on Defendants' motion to dismiss is hereby set for August  1 , 2008, at   9 : 00 a.m.

DATED: July 1, 2008

                U.S. District Court Judge