Michael F. Tubach (SB #145955)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Michael Maddigan (SB #163450)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Ian Simmons (admitted *pro hac vice*)
Benjamin G. Bradshaw (SB #189925)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant
CHEMTURA CORPORATION
(additional counsel appear on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | MDL Docket No. C 04-1648 MMC<br>Individual Case No. C 06-5700 MMC<br><br>**JOINT STATUS STATEMENT AND ORDER THEREON** |

Pursuant to this Court's Order dated June 23, 2008, the Parties to the above-entitled individual action—(1) Plaintiff Bandag, Incorporated (n/k/a Bridgestone Bandag, LLC) ("Bandag"), (2) Defendants Chemtura Corporation and Uniroyal Chemical Company, Inc. (now merged into Chemtura Corporation) (collectively "Chemtura") and (3) Defendant James J. Conway—jointly submit this Joint Status Statement.

1    In their June 20, 2008 Joint Status Statement (Master Docket # 690, Individual Docket # 243), the Parties informed the Court that they had reached agreement on the contours of a proposal that would utilize a fully litigated and binding arbitration to try this case. The Parties also informed the Court that, pursuant to Chemtura's existing settlement agreements, a third-party neutral (Mary Jo White of Debevoise & Plimpton LLP) has been appointed to ensure compliance with certain provisions in those agreements, and that Chemtura intended to submit the binding arbitration proposal to the third-party neutral to confirm that it does not trigger any obligations under existing settlement agreements, which Chemtura believes is the case. Chemtura reports to the Court that it has submitted the arbitration proposal to the third-party neutral. As of the date of this Joint Status Statement, Chemtura has not received a response. Accordingly, the Parties respectfully request an additional 28 days to submit the arbitration proposal to the Court for its signature. With the Court's permission, the Parties request that the status conference scheduled for July 25, 2008 be continued until August 22, 2008, with an updated joint status statement due on August 15, 2008. Should the Court need any additional information, the Parties would be pleased to provide it.

Respectively submitted,

Dated: July 18, 2008

**CROWELL & MORING LLP**

R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
David Crowe
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Robert Rhoad
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

| | |
|---|---|
| 1 | Attorneys for Plaintiff Bandag, Incorporated (n/k/a Bridgestone Bandag, LLC) |
| 2 | |
| 3 | |
| 4  Dated: July 18, 2008 | **O'MELVENY & MYERS LLP** |
| 5 | |
| 6 | Michael F. Tubach<br>Embarcadero Center West |
| 7 | 274 Battery Street, 26th Floor<br>San Francisco, CA 94111-3344 |
| 8 | Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| 9 | |
| 10 | Michael Maddigan<br>400 South Hope Street, 18th Floor<br>Los Angeles, CA 90071-2899 |
| 11 | Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407 |
| 12 | |
| 13 | Ian Simmons<br>Benjamin G. Bradshaw |
| 14 | 1625 Eye Street, NW<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300 |
| 15 | Facsimile: (202) 383-5414 |
| 16 | Attorneys for Defendant Chemtura Corporation |
| 17 | |
| 18  Dated: July 18, 2008 | **PILLSBURY WINTHROP SHAW PITTMAN LLP** |
| 19 | |
| 20 | |
| 21 | Mark Hellerer<br>Ranah Leila Esmaili |
| 22 | 1540 Broadway<br>New York, NY 10036-4039 |
| 23 | Telephone:   (212) 858-1000<br>Facsimile:   (212) 858-1500 |
| 24 | Attorney for Defendant James J. Conway |
| 25 | |
| 26 | |
| 27 | |
| 28 | Dated: July 18, 2008 |

IT IS SO ORDERED
Judge Maxine M. Chesney