IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>C-07-1057<br>_____/ | MDL Docket No. C-04-1648 MMC<br><br>**ORDER VACATING AUGUST 1, 2008 HEARING ON DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT IN <u>KOREA KUMHO PETROCHEMICAL CO., LTD. V. FLEXSYS AMERICA LP, ET AL.</u>, CASE NO. 07-1057** |

Before the Court is defendants Flexsys America LP and Flexsys N.V.'s "Motion to Dismiss with Prejudice Plaintiff's Third Amended Complaint," filed May 16, 2008. Plaintiff Korea Kumho Petrochemical Co., Ltd., has filed opposition, to which Flexsys has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the papers, see Civil L.R. 7-1(b), and VACATES the hearing scheduled for August 1, 2008.

**IT IS SO ORDERED.**

Dated: July 30, 2008

MAXINE M. CHESNEY
United States District Judge