1  Michael F. Tubach (SB #145955)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street, 26th Floor
3  San Francisco, CA 94111-3344
   Telephone: (415) 984-8700
4  Facsimile: (415) 984-8701

5  Michael Maddigan (SB #163450)
   O'MELVENY & MYERS LLP
6  400 South Hope Street, 18th Floor
   Los Angeles, CA 90071-2899
7  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
8
   Ian Simmons (admitted *pro hac vice*)
9  Benjamin G. Bradshaw (SB #189925)
   O'MELVENY & MYERS LLP
10 1625 Eye Street, NW
   Washington, DC 20006
11 Telephone: (202) 383-5300
   Facsimile: (202) 383-5414
12
   Attorneys for Defendant
13 CHEMTURA CORPORATION
   (additional counsel appear on signature page)

14

## UNITED STATES DISTRICT COURT

15

### NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

16

17

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MMC<br>Individual Case No. C 06-5700 MMC |
| | **JOINT STATUS STATEMENT** |
| THIS DOCUMENT RELATES TO: | AND ORDER THEREON |
| *Bridgestone Americas Holding, Inc., et al.*<br>*v. Chemtura Corporation, et al.* | |

Pursuant to this Court's Order dated July 18, 2008, the Parties to the above-entitled individual action—(1) Plaintiff Bandag, Incorporated (n/k/a Bridgestone Bandag, LLC) ("Bandag"), (2) Defendants Chemtura Corporation and Uniroyal Chemical Company, Inc. (now merged into Chemtura Corporation) (collectively "Chemtura") and (3) Defendant James J. Conway—jointly submit this Joint Status Statement.

In their recent Joint Status Statements, the Parties informed the Court that they had reached agreement on the contours of a proposal that would utilize a fully litigated and binding arbitration to try this case. The Parties also informed the Court that, pursuant to Chemtura's existing settlement agreements, a third-party neutral (Mary Jo White of Debevoise & Plimpton LLP) has been appointed to ensure compliance with certain provisions in those agreements, and that Chemtura intended to submit the binding arbitration proposal to the third-party neutral to confirm that it does not trigger any obligations under existing settlement agreements, which Chemtura believes is the case. In the July 18, 2008 Joint Status Statement (Master Docket # 698, Individual Docket # 245), Chemtura reported to the Court that it had submitted the arbitration proposal to the third-party neutral and was awaiting a response to its request. Chemtura has been informed that it can expect a final response from the third-party neutral in the near future. Accordingly, Chemtura believes that with another short extension the parties will be in a position to submit the arbitration proposal to the Court for its signature. With the Court's permission, therefore, the Parties request that the status conference scheduled for August 22, 2008 be continued until September 19, 2008, with an updated joint status statement due on September 12, 2008. Should the Court need any additional information, the Parties would be pleased to provide it.

Respectively submitted,

Dated: August 14, 2008

**CROWELL & MORING LLP**

R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
David Crowe
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Robert Rhoad
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 624-2500

| | |
|---|---|
| 1 | Facsimile:   (202) 628-5116 |
| 2 | Attorneys for Plaintiff Bandag, Incorporated (n/k/a Bridgestone Bandag, LLC) |
| 3 | |
| 4 | Dated: August 15, 2008    **O'MELVENY & MYERS LLP** |

*[signature]*

Michael F. Tubach
Embarcadero Center West
274 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Michael Maddigan
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Ian Simmons
Benjamin G. Bradshaw
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant Chemtura Corporation

Dated: August 15, 2008    **PILLSBURY WINTHROP SHAW PITTMAN LLP**

*[signature]*

Mark Hellerer
Ranah Leila Esmaili
1540 Broadway
New York, NY 10036-4039
Telephone:   (212) 858-1000
Facsimile:   (212) 858-1500

Attorney for Defendant James J. Conway

**IT IS SO ORDERED**

*[signature]* Judge Maxine M. Chesney

Dated: August 18, 2008

3
JOINT STATUS STATEMENT
MDL CASE NO. C 04-1648 MMC; INDIVIDUAL CASE NO. C 06-5700 MMC