1  ROBERT G. BADAL (No. 81313)
   robert.badal@hellerehrman.com
2  WILLIAM H. FORMAN (No. 150477)
   william.forman@hellerehrman.com
3  JEFFREY A. RICHMOND (No. 155808)
4  jeff.richmond@hellerehrman.com
   HELEN C. ECKERT (No. 240531)
5  helen.eckert@hellerehrman.com
   BETHANY M. STEVENS (No. 245672)
6  bethany.stevens@hellerehrman.com
7  HELLER EHRMAN LLP
   333 South Hope Street, 39th Floor
8  Los Angeles, CA 90071-3043
   Telephone: +1.213.689.0200
9  Facsimile: +1.213.614.1868

10 Attorneys for Plaintiff
   KOREA KUMHO PETROCHEMICAL CO., LTD.
11

12 *Additional Parties and Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. 04-1648 MMC |
| KOREA KUMHO PETROCHEMICAL CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> FLEXSYS AMERICA LP, FLEXSYS N.V., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. C-07-1057 MMC (BZ) <br><br> **JOINT STATUS STATEMENT AND [PROPOSED] ORDER THEREON** <br><br> Conference Date: Sept. 5, 2008 <br> Time: 10:30 a.m. <br> Place: Courtroom No. 7 <br> Hon. Maxine Chesney |

Heller
Ehrman LLP

1  Pursuant to this Court's minute order dated May 23, 2008, the undersigned parties
2  respectfully submit this Joint Status Statement, which pertains to this individual action alone.

3  The parties last reported to the Court in their May 16, 2008 Joint Status Statement (Master
4  Docket No. 678; Individual Docket No. 90).  Since that time, the parties have completed briefing on
5  Defendants' motion to dismiss Plaintiff's Third Amended Complaint.  Defendants filed a motion to
6  dismiss on May 16, 2008; Plaintiff filed an opposition on June 13, 2008, to which Defendants
7  replied on July 3, 2008.  On July 30, 2008, the Court entered an order vacating the previously
8  scheduled hearing on the motion.

9  On August 20, 2008, the Court entered an order directing the parties to show cause in
10 writing by September 9, 2008 why the Court should not issue a suggestion of remand pursuant to
11 Rule 7.6 of the Rules for Multidistrict Litigation.  In the same order, the Court indicated it will
12 defer ruling on Defendants' motion to dismiss until it determines whether a suggestion of remand is
13 appropriate, and if so, until the Panel acts upon the Court's suggestion.

14 Because the parties will have not yet responded to the Court's order to show cause on
15 September 5, 2008, the parties respectfully request a brief continuance of the currently scheduled
16 status conference to permit the Court to consider the parties' positions on whether a suggestion of
17 remand is appropriate.

18 Accordingly, the parties request that the status conference scheduled for September 5, 2008
19 at 10:30 a.m. be continued until October 3, 2008, with an updated joint status statement due on
20 September 26, 2008.

DATED:  August 28, 2008          Respectfully submitted,
                                 HELLER EHRMAN LLP


                                 By /s/ William H. Forman
                                 WILLIAM H. FORMAN

                                 Attorneys for Plaintiff
                                 KOREA KUMHO PETROCHEMICAL CO., LTD.

Heller
Ehrman LLP

1
JOINT STATUS STATEMENT: MASTER DOCKET 04-1648-MMC/RELATES TO C-07-1057-MMC

```
GIBSON DUNN & CRUTCHER LLP
DANIEL G. SWANSON, SBN 116556
DSwanson@gibsondunn.com
ANDREW Z. EDELSTEIN, SBN 218023
AEdelstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

D. JARRETT ARP, pro hac vice
JArp@gibsondunn.com
ADAM J. DI VINCENZO, pro hac vice
ADiVincenzo@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 955-8600

By /s/ Andrew Z. Edelstein
ANDREW Z. EDELSTEIN

Attorneys for Defendants
FLEXSYS AMERICA L.P. and FLEXSYS N.V.
```

//

//

//

### ORDER OF THE COURT

IT IS ORDERED THAT: The status conference scheduled for September 5, 2008 at 10:30 a.m. is hereby continued until October 3, 2008 at 10:30 a.m., with an updated joint status statement due on September 26, 2008.

DATED: August 29, 2008

_____
U.S. District Court Judge

Heller Ehrman LLP

2

JOINT STATUS STATEMENT: MASTER DOCKET 04-1648-MMC/RELATES TO C-07-1057-MMC