Michael F. Tubach (SB #145955)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Michael Maddigan (SB #163450)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Ian Simmons (admitted *pro hac vice*)
Benjamin G. Bradshaw (SB #189925)
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant
CHEMTURA CORPORATION
(additional counsel appear on signature page)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MMC<br>Individual Case No. C 06-5700 MMC |
| THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al.*<br>*v. Chemtura Corporation, et al.* | **JOINT STATUS STATEMENT**<br>AND ORDER CONTINUING STATUS CONFERENCE |

Pursuant to this Court's Order dated August 18, 2008, the Parties to the above-entitled individual action—(1) Plaintiff Bandag, Incorporated (n/k/a Bridgestone Bandag, LLC) ("Bandag"), (2) Defendants Chemtura Corporation and Uniroyal Chemical Company, Inc. (now merged into Chemtura Corporation) (collectively "Chemtura") and (3) Defendant James J. Conway—jointly submit this Joint Status Statement.

1   In their recent Joint Status Statements, the Parties informed the Court that they had
2   reached agreement on the contours of a proposal that would utilize a fully litigated and binding
3   arbitration to try this case. The Parties also informed the Court that, pursuant to Chemtura's
4   existing settlement agreements, a third-party neutral (Mary Jo White of Debevoise & Plimpton
5   LLP) has been appointed to ensure compliance with certain provisions in those agreements, and
6   that Chemtura intended to submit the binding arbitration proposal to the third-party neutral to
7   confirm that it does not trigger any obligations under existing settlement agreements, which
8   Chemtura believes is the case.

9   In the August 15, 2008 Joint Status Statement (Master Docket # 702, Individual Docket #
10  248), Chemtura reported to the Court that it had submitted the arbitration proposal to the third-
11  party neutral and was awaiting a response to its request. The third-party neutral has informed
12  Chemtura that the arbitration will not trigger any obligations under existing settlement
13  agreements. Accordingly, the Parties anticipate that they will submit a Stipulation to Submit to
14  Arbitration to the Court for its endorsement, approval, and signature by September 19, 2008.
15  With the Court's permission, the Parties request that the status conference scheduled for
16  September 19, 2008 be continued until October 3, 2008, through telephonic or in-person
17  appearances, should the Court deems it necessary. Should the Court need any additional
18  information, the Parties would be pleased to provide it.

Respectively submitted,

Dated: September 12, 2008

**CROWELL & MORING LLP**

_____
R. Scott Feldmann
Daniel A. Sasse
Van-Dzung V. Nguyen
Chahira Solh
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:  (949) 263-8400
Facsimile:   (949) 263-8414

Robert Rhoad
1001 Pennsylvania Avenue, NW

|   |   |
|---|---|
| 1 | Washington, DC 20004 |
| 2 | Telephone: (202) 624-2500 |
|   | Facsimile: (202) 628-5116 |

Attorneys for Plaintiff Bandag, Incorporated (n/k/a Bridgestone Bandag, LLC)

Dated: September 12, 2008

**O'MELVENY & MYERS LLP**

_/s/ Ken Baldwin /cs_
Michael F. Tubach
Embarcadero Center West
274 Battery Street, 26th Floor
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Michael Maddigan
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Ian Simmons
Benjamin G. Bradshaw
1625 Eye Street, NW
Washington, DC 20006-4001
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendant Chemtura Corporation

Dated: September 12, 2008

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

_Mark Hellerer /s_
Mark Hellerer
Ranah Leila Esmaili
1540 Broadway
New York, NY 10036-4039
Telephone: (212) 858-1000
Facsimile: (212) 858-1500

Attorney for Defendant James J. Conway

## ORDER

Good cause appearing, the Status Conference is hereby CONTINUED to September 19, 2008 to October 3, 2008. A Joint Status Statement shall be filed by September 26, 2006.

DATED: September 15, 2008

_Maxine M. Chesney_
United States District Judge