IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br>C-07-1057<br>_____ / | MDL Docket No. C-04-1648 MMC<br><br>**ORDER VACATING STATUS CONFERENCE** |

Before the Court is the parties' Joint Status Statement, filed September 25, 2008.

In light of the pendency of defendants' motion to dismiss and plaintiff's motion for leave to file a supplemental complaint, and the Court's having taken under submission the parties' respective responses to the August 20, 2008 order directing the parties to show cause why the Court should not issue a suggestion of remand, the October 3, 2008 Status Conference is hereby VACATED.

The Status Conference will be reset, as necessary, following issuance of rulings on the above-referenced motions and a determination as to whether issuance of a suggestion of remand is appropriate.

**IT IS SO ORDERED.**

Dated: September 25, 2008

_____
MAXINE M. CHESNEY
United States District Judge