GIBSON, DUNN & CRUTCHER LLP
DANIEL G. SWANSON, SBN 116556
DSwanson@gibsondunn.com
ANDREW Z. EDELSTEIN, SBN 218023
AEdelstein@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

GIBSON, DUNN & CRUTCHER LLP
D. JARRETT ARP, pro hac vice
JArp@gibsondunn.com
ADAM J. DI VINCENZO, pro hac vice
ADiVincenzo@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 955-8600

Attorneys for Defendants
FLEXSYS AMERICA L.P. and FLEXSYS N.V.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>C-07-1057-MMC | CASE NO. M:04-cv-01648-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT** |

**STIPULATION**

**WHEREAS**, on September 23, 2008 Plaintiff Korea Kumho Petrochemical Co., Ltd. filed a Notice of Motion and Motion for Leave to File a Supplemental Complaint (07-1057 ECF Doc. # 111; 04-1648 ECF Doc. # 715) (the "Motion");

**WHEREAS**, Defendants intend to oppose the Motion and their Opposition is currently due on or before Friday, October 10, 2008;

**WHEREAS**, the parties have met and conferred and agreed on a mutually convenient briefing schedule for the Motion as follows: Defendants' Opposition to the Motion shall be due on or before

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT
MASTER DOCKET: 04-1648-MMC/RELATES TO: 07-1057-MMC

Gibson, Dunn & Crutcher LLP

October 28, 2008; and Plaintiff's Reply in Support of the Motion shall be due on or before November 12, 2008;

**WHEREAS**, in addition to the Motion, the Court currently has pending before it a determination of whether a suggestion of remand to the JPML is appropriate and has deferred ruling on Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint pending that determination; and

**WHEREAS**, the parties respectfully request that the Court defer setting a hearing date for the Motion until such time as the Court makes its determination as to whether a suggestion of remand to the JPML is appropriate.

**IT IS THEREFORE AGREED AND STIPULATED THAT**:

The Parties propose that: (1) Defendants' Opposition to the Motion be due on or before October 28, 2008; (2) Plaintiff's Reply in Support of the Motion be due on or before November 12, 2008; and (3) the hearing on the Motion be deferred until after the Court makes its determination as to whether a suggestion of remand to the JPML is appropriate.

### [PROPOSED] ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS ORDERED


DATED: October 8, 2008                                                   _____
                                                                         U.S. District Court Judge


Respectfully submitted,

DATED:  October 8, 2008

GIBSON, DUNN & CRUTCHER LLP

By:_____/s/_____
         Andrew Z. Edelstein

Attorneys for Defendants
FLEXSYS AMERICA L.P. and FLEXSYS N.V.

2

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT
MASTER DOCKET: 04-1648-MMC/RELATES TO: 07-1057-MMC

Gibson, Dunn & Crutcher LLP

| | |
|---|---|
| DATED: October 8, 2008 | HELLER EHRMAN LLP<br>WILLIAM H. FORMAN, SBN 150477<br>william.forman@hellerehrman.com<br>JEFFREY A. RICHMOND, SBN 155808<br>jeff.richmond@hellerehrman.com<br>HELEN H. CHO, SBN 240531<br>helen.cho@hellerehrman.com<br>BETHANY L. MARVIN, SBN 245672<br>bethany.marvin@hellerehrman.com<br>355 South Hope Street<br>Los Angeles, CA 90071-3043<br>Telephone:   (213) 689-0200<br>Facsimile:    (213) 614-1868<br><br>By:_____/s/_____<br>       William H. Forman<br><br>ROBERT G. BADAL<br>Robert.badal@wilmerhale.com<br>WILMER CUTLER PICKERING<br>  HALE & DOOR LLP<br>350 South Grand Avenue, Suite 2100<br>Los Angeles CA 90071<br>Telephone:   (213) 443-5300<br>Facsimile:    (213) 443-5400<br><br>Attorneys for Plaintiff<br>KOREA KUMHO PETROCHEMICAL CO., LTD. |

   Per General Order No. 45, Rule X, I hereby attest that concurrence in the filing of this document has been obtained from William H. Forman.

By:_____/s/_____
       Andrew Z. Edelstein

100534192_1.DOC

3

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT
MASTER DOCKET: 04-1648-MMC/RELATES TO: 07-1057-MMC