WILMER CUTLER PICKERING HALE AND DORR LLP
ROBERT G. BADAL (SBN 81313)
Robert.Badal@wilmerhale.com
350 S. Grand Avenue, #2100
Los Angeles, CA  90071
Telephone:  +1 (213) 443-5321
Facsimile:  +1 (213) 443-5400

HELLER EHRMAN LLP
WILLIAM H. FORMAN (SBN 150477)
William.forman@hellerehrman.com
333 S. Hope Street
Los Angeles, CA  90071-3043
Telephone:  +1 (213) 689-0200
Facsimile:  +1 (213) 614-1868

Attorneys for Plaintiff
KOREA KUMHO PETROCHEMICAL CO., LTD.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>C-07-1057-MMC | Case No. M:04-cv-01648-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT** |

## **STIPULATION**

***WHEREAS***, by stipulation dated October 8, 2008, the parties stipulated to an agreed briefing schedule for Plaintiff Kumho Petrochemical Co., Ltd.'s Notice of Motion and Motion for Leave to File a Supplemental Complaint (07-1057 ECF Doc. #111; 04-1648 ECF Doc. #715) (The "Motion");

***WHEREAS***, by order dated October 8, 2008, the Court adopted the parties' proposed briefing schedule;

1

STIP. & [PROPOSED] ORDER RE BRIEFING SCHEDULE ON P'S MTN. FOR LEAVE TO FILE SUPP. COMPL.

MASTER DOCKET:  04-1648-MMC/RELATES TO:  07-1057-MMC

1   *WHEREAS*, the parties have met and conferred and agreed to a modest revision to the agreed-upon briefing schedule to accommodate counsel;

**IT IS THEREFORE AGREED AND STIPULATED THAT:**

The Parties propose that: (1) Defendants' Opposition to the Motion be due on October 29, 2008; and (2) Plaintiff's Reply in Support of the Motion be due on or before November 17, 2008.

~~[PROPOSED]~~ ORDER OF THE COURT

PURSUANT TO STIPULATION, IT IS ORDERED

DATED: October 29, 2008        _____
                                U.S. District Court Judge

Respectfully submitted,

DATED: October 28, 2008         GIBSON, DUNN & CRUTCHER LLP

                                By:        /s/
                                      ANDREW Z. EDELSTEIN

                                Attorneys for Defendants
                                FLEXSYS AMERICA L.P. and FLEXSYS N.V.

                                HELLER EHRMAN LLP

                                By:        /s/
                                      WILLIAM H. FORMAN

                                WILMER CUTLER PICKERING HALE
                                AND DORR LLP

                                By:    /s/ *Robert G. Badal*
                                      ROBERT G. BADAL

                                Attorneys for Plaintiff
                                KOREA KUMHO PETROCHEMICAL CO., LTD.

2

STIP. & [PROPOSED] ORDER RE BRIEFING SCHEDULE ON P'S
MTN. FOR LEAVE TO FILE SUPP. COMPL          MASTER DOCKET: 04-1648-MMC/RELATES TO: 07-1057-MMC