United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION,<br><br>THIS DOCUMENT RELATES TO:<br><br>C-07-1057<br>_____/ | MDL Docket No. C-04-1648 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE ISSUED IN <u>KOREA KUMHO PETROCHEMICAL CO., LTD. V. FLEXSYS AMERICA LP, ET AL.</u>, CASE NO. 07-1057** |

Before the Court are the parties' respective responses to the Court's August 20, 2008 order directing the parties to show cause why the Court should not issue, pursuant to Rule 7.6 of the Rules for Multidistrict Litigation, a suggestion of remand.

In their respective responses, each party, albeit for different reasons, asserts that the Court should not issue a suggestion of remand. Having read and considered the parties' respective responses to the order to show cause, the Court declines, at this time, to issue a suggestion of remand, and, instead, will continue to coordinate the instant action with <u>In Re: Rubber Chemicals Antitrust Litigation</u>, MDL Docket No. 1648.

Accordingly, the order to show cause is hereby DISCHARGED.

**IT IS SO ORDERED.**

Dated: December 4, 2008

_____
MAXINE M. CHESNEY
United States District Judge