Daniel A. Sasse (State Bar No. 236234)
  dsasse@crowell.com
Van V. Nguyen (State Bar No. 222832)
  vnguyen@crowell.com
Chahira Solh (State Bar No. 248985)
  csolh@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California  92614-8505
Telephone:     (949) 263-8400
Facsimile:     (949) 263-8414

Attorneys for Plaintiff
Bandag, Incorporated
(now Bridgestone Bandag, LLC)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | MDL Docket No. C 04-1648 MMC<br>Individual Case No. C 06-5700 MMC<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL ARBITRATION DOCUMENTS SUBMITTED IN SUPPORT OF UNOPPOSED MOTION FOR ORDER CONFIRMING ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT THEREUPON**<br><br>[CIVIL LOCAL RULES 7-11 AND 79-5]<br><br>Date:         September 25, 2009<br>Time:        9:00 a.m.<br>Ct. Room:  No. 7<br>                   Honorable. Maxine M. Chesney |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  The Court, having considered the Parties Joint Administrative Motion to File Under Seal Arbitration Documents Submitted in Support of Unopposed Motion for Order Confirming Arbitration Award and for Entry of Judgment Thereupon and the Stipulation of the Parties in support thereof, and it appearing to the Court that there is GOOD CAUSE shown, the Court makes the following order:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Joint Administrative Motion to File Under Seal Arbitration Documents Submitted in Support of Unopposed Motion for Order Confirming Arbitration Award and for Entry of Judgment Thereupon is hereby GRANTED pursuant to Civil Local Rule 79-5.

IT IS FURTHER ORDERED that the following documents shall be received and filed under seal in their entireties by the Clerk of Court:

1. Exhibit C to the Declaration of Daniel A. Sasse in Support of Unopposed Motion for Order Confirming Arbitration Award and for Entry of Judgment Thereupon [MDL Docket # 740, Indvidual Docket # 259] (Award of Arbitration Panel, dated on or about July 27, 2009).

2. Exhibit D to the Declaration of Daniel A. Sasse in Support of Unopposed Motion for Order Confirming Arbitration Award and for Entry of Judgment Thereupon [MDL Docket # 740, Indvidual Docket # 259] (Statement of Reasons, dated on or about July 27, 2009).

The Clerk of Court is directed to maintain under seal the foregoing documents, until such further order of the Court.

**IT IS SO ORDERED,**

DATED: September 4    , 2009    BY: *[signature: Maxine M. Chesney]*
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Cam No. 101692.0000001
DC8706529.1

1

MDL Docket No. C 04-1648 MMC
Individual Case No. C 06-5700 MMC

[PROPOSED] ORDER
GRANTING JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL ARBITRATION DOCUMENTS