| | |
|---|---|
| 1 | Daniel A. Sasse (State Bar No. 236234) |
|   | dsasse@crowell.com |
| 2 | Van V. Nguyen (State Bar No. 222832) |
|   | vnguyen@crowell.com |
| 3 | Chahira Solh (State Bar No. 248985) |
|   | csolh@crowell.com |
| 4 | CROWELL & MORING LLP |
|   | 3 Park Plaza, 20th Floor |
| 5 | Irvine, California  92614-8505 |
|   | Telephone:   (949) 263-8400 |
| 6 | Facsimile:    (949) 263-8414 |
| 7 | Attorneys for Plaintiff |
|   | Bandag, Incorporated |
| 8 | (now Bridgestone Bandag, LLC) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Docket No. C 04-1648 MMC |
|---|---|
| | Individual Case No. C 06-5700 MMC |
| THIS DOCUMENT RELATES TO: | [~~PROPOSED~~] **FINAL AND NONAPPEALABLE JUDGMENT** |
| *Bridgestone Americas Holding, Inc., et al. v. Chemtura Corporation, et al.* | Date:           September 25, 2009 |
| | Time:           9:00 a.m. |
| | Ct. Room:    No. 7 |
| | Honorable Maxine M. Chesney |

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1  Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., and the Stipulation and Order
2  to Submit to Arbitration, executed by this Court on September 23, 2008, the Award of Arbitration
3  Panel is confirmed and judgment is now hereby entered in the above-captioned case in accordance
4  with the Award of Arbitration Panel, dated on or about July 27, 2009, as set forth below:
5  The final and nonappealable judgment shall be, and hereby is, entered in favor of Plaintiff
6  Bandag, Incorporated (now Bridgestone Bandag, LLC) and against Defendants Chemtura
7  Corporation and Uniroyal Chemical Company, Inc. (now merged with Chemtura Corporation) in
8  the amount of $14,352,139.16.  The Clerk of Court is directed to enter judgment accordingly.

10  DATED:  September 4    , 2009       BY: _____
                                          HONORABLE MAXINE M. CHESNEY
11                                        UNITED STATES DISTRICT COURT FOR THE
                                          NORTHERN DISTRICT OF CALIFORNIA

13  Cam No. 101692.0000001
    DC8665153.3

---

1

MDL Docket No. C 04-1648 MMC
Individual Case No. C 06-5700 MMC

[PROPOSED] JUDGMENT