1  Daniel A. Sasse (State Bar No. 236234)
    dsasse@crowell.com
2  Van Nguyen (State Bar No. 222832)
    vnguyen@crowell.com
3  Chahira Solh (State Bar No. 248985)
    csolh@crowell.com
4  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
5  Irvine, California  92614-8505
   Telephone:     (949) 263-8400
6  Facsimile:     (949) 263-8414

7  Attorneys for Plaintiff
   Bandag, Incorporated
8  (now Bridgestone Bandag, LLC)
   (additional counsel appear on signature page)

9

10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | MDL Case No. C 04-1648 MMC<br>Individual Case No. C 06-5700 MMC |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>*Bridgestone Americas Holdings, Inc., et al. v. Chemtura Corporation, et al.* | **STIPULATION OF DISMISSAL AS TO DEFENDANT JAMES J. CONWAY**<br><br>AND ORDER THEREON |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys of record for Plaintiff Bandag, Incorporated (now Bridgestone Bandag, LLC) and Defendant James J. Conway, that upon the Court confirming the Award of Arbitration Panel and entering judgment in the above-captioned case in accordance with the Award of Arbitration Panel, the above-captioned action shall be dismissed with prejudice as against Defendant James J. Conway, without fees and costs to any party.

DATED: August 21, 2009

CROWELL & MORING LLP

By: /s/ Daniel A. Sasse (as)
Daniel A. Sasse
Van Nguyen
Chahira Solh
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
Telephone:  (949) 263 8400
Facsimile:   (949) 263 8414

Attorneys for Plaintiff
Bandag, Incorporated
(now Bridgestone Bandag, LLC)

DATED: August 21, 2009

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Mark Hellerer
Mark Hellerer
Ranah Leila Esmaili
1540 Broadway
New York, NY 10036-4039
Telephone:  (212) 858-1000
Facsimile:   (212) 858-1500

Attorneys for Defendant James J. Conway

---

1

MDL Case No. C 04-1648 MMC
Individual Case No. C 06-5700 MMC

STIPULATION OF DISMISSAL AS TO DEFENDANT JAMES J. CONWAY

1  **IT IS SO ORDERED**.

2  DATED: Sept. 4 , 2009

*[Signature: Maxine M. Chesney]*

Honorable Maxine M. Chesney
United States District Court for the Northern
District of Califonia

7  DC8845308.1

---

2                            MDL Case No. C 04-1648 MMC
                             Individual Case No. C 06-5700 MMC

STIPULATION OF DISMISSAL AS TO DEFENDANT JAMES J. CONWAY